# United States District Court

_____ DISTRICT OF _____

ABELLANOSA, JOANNA. et. al.

V.

L&T INTERNATIONAL CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 05 0010

FILED
Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and Address of Defendant)

L&T INTERNATIONAL CORPORATION
P.O. BOX 501280, Saipan MP 96950

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

JOE HILL
P.O. BOX 500917            Tokcha Ave. at Lulai Way
Saipan, MP 96950           Susupe, Saipan

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

GALO L. PEREZ    BY: deputy clerk                March 31, 2005

CLERK                                             DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 29, 2005 |
| NAME OF SERVER | TITLE |
| MARIO N. CORPUS | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Atty. Steven Pixley, counsel for L & T

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-01-05
                Date

*Signature of Server*  MARIO N. CORPUS

P.O. Box 500917, Saipan, MP 96950
*Address of Server*

1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.