FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Defendant*

## IN THE DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al.,  )<br>            ) <br>      Plaintiffs,  ) <br>            ) <br>   vs.      ) <br>            ) <br> L & T INTERNATIONAL CORPORATION.  ) <br>            ) <br>      Defendant.  ) <br>_____) | Civil Action No. 05-0010<br><br>NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST, SECOND, and SEVENTH CAUSES OF ACTION<br><br>Date  : September 29, 2005<br>Time  : 9:00 a. m.<br>Judge : Hon. Alex R. Munson |

### NOTICE

**PLEASE TAKE NOTICE** that, on **Thursday, September 29, 2005** at **9:00 a.m.**, or as soon thereafter as it may be heard, Defendant, L&T International Corporation, through Counsel, shall move this Court for an order Dismissing the First, Second and Seventh Claims of the Complaint in the above-entitled action.

### MOTION

Defendant, L&T International Corporation moves to dismiss the First, Second, and Seventh Claims of the Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b) 6. The basis for this

motion is provided in the memoranda of points and authorities filed herewith, the complaint and all proceedings of record in this case.

**WHEREFORE,** Defendant respectfully moves this Court for an order Dismissing the First, Second, and Seventh Claims of the Complaint outright.

Dated this 1st day of September, 2005.

_____
**COLIN M. THOMPSON, ESQ.**
Attorney for L&T International Corporation