FILED
Clerk
District Court

SEP 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOE HILL
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>L & T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>CERTIFICATE OF SERVICE |

I, YANG, LI, hereby certify that I am an adult person and that I personally served a copy of *Plaintiffs' Opposition To Defendant's Motion To Dismiss* in Civil Action No. 05-0010 on Attorney Colin M. Thompson by delivering the said document to an adult employee at Law Offices of Colin M. Thompson located on the second floor of J.E. Tenorio Building, Middle Road, Saipan, CNMI on September 15, 2005.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on this 16th day of September, 2005 at Saipan, CNMI.

                                                Yang, Li
                                                Affiant

Page 2