FILED
Clerk
District Court

SEP 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOE HILL
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al., <br><br> Plaintiff, <br><br> v. <br><br> L & T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> MOTION FOR LEAVE TO COMPLY WITH LOCAL RULE 7.1.d RE: TABLE OF CONTENTS AND TABLE OF AUTHORITIES <br><br> Date: September 29, 2005 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

Pursuant to Local Rule 7.1.d, "[b]riefs or memoranda exceeding fifteen (15) pages shall have a table of contents and authorities cited." Plaintiffs, through inadvertence and oversight, failed to attach or include the table of contents and table of authorities in the Opposition to Defendant's Motion to Dismiss filed on September 15, 2005.

The required Table of Contents and Table of Authorities are hereby submitted and Plaintiffs request leave of court to make and accept this

supplemental filing. Defendant has or will be promptly served a copy of this Motion and the supplemental table of contents and authorities. Counsel telephoned the office of Colin Thompson on September 16, 2005 and informed his staff of Plaintiffs' intent to file this supplementation. Counsel for Plaintiffs believe that Defendant will not be prejudiced hereby.

**SIGNED** this 16th day of September, 2005.

_____
JOE HILL
Attorney for Plaintiffs

## TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ***

STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 1

ARGUMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3

    I    Defendant L&T, as an employer, is required by law and contract to pay for the costs of physical exams and health clearance certificates for the Plaintiffs pursuant to 3 CMC § 4438(b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3

    II    Plaintiffs' Allegations on Outrageous Conduct Sufficiently State a Claim Upon Which Relief May Be Granted. . . . . . . Page 9

    III    Plaintiffs Meet the Required Standards Generally for Intentional Infliction of Emotional Distress Claims Under the Restatements. . . . . . . . . . . . . . . . . . . . . Page 16

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 20

# TABLE OF AUTHORITIES

**CASES**

American Family Association, Inc. v. City and County of San Francisco, 277 F.3d 1114 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2

Charfauros v. Bd. of Elections, 249 F.3d 941, 956-57 (9th Cir. 2001) (*en banc*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 9

Charfauros, et. al v. Board of Elections, et. al. 1998 MP 16, 5 N.M.I. 188 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 17, 18, 19

Davis v. Bayless, 70 F.3d 367, 372 n.3 (5th Cir. 1995) . . . . . . . . . . . . . . . Page 8

Gilligan v. Jamco Development Corp.,108 F.3d 246 (9th Cir. 1997) . . . Page 2

Govendo v. Marianas Public Land Corp., 2 N.M.I. 482 (1992) . . . . . . . Page 3

In re Adoption of Magofna, 1 N.M.I. 449, 454 (1990) . . . . . . . . . . . . . . Page 9

Independent Enter, Inc. v. Pittsburg Water & Sewer Auth., 103 F.3d 1165, 1175 (3rd Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 8

Mccalden v. Cal. Library Ass'n, 955 F.2d 1214 (9th Cir. 1992) . . . . . . . . Page 9

Mcmanus v. Fleetwood Enters, Inc. , 320 F.3d 545 (5th Cir. 2003) . . . . Page 8

Miller v. Currie, 50 F.3d 373 (6th Cir., 1995) . . . . . . . . . . . . . . . Pages 10, 11, 12

Parks School of Business v. Symington, 51 F.3d 1480 (9th Cr. 1995) . . . Page 2

Roe v. City of San Diego, 356 F.3d 1108 (9th Cir., 2004) . . . . . . . . . . . Page 2

Sablan v. Tenorio, 4 N.M.I. 351, 355 (1996) . . . . . . . . . . . . . . . . . . . . . . Page 2

Steckman v. Hart Brewing, Inc., 143 F.3d 1293 (9th Cir. 1998) . . . . . . . . Page 2

Williamson v. General Dynamics Corp., 208 F.3d 1144, 1149 (9th Cir., 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2

**STATUTES**

3 CMC § 4438(b) .................................................. Pages 3-8

3 CMC §4411, et. seq .............................................. Page 7

3 CMC § 4412 (h) ................................................. Page 7

7 CMC § 3401 .................................................... Page 17


**FEDERAL RULES**

Fed. R. Civ. P. 8(e)(2) ............................................ Page 8

Fed. R. Civ. P. 12(b)(6) ........................................... passim

Fed. R. Civ. P. 11. ............................................... Page 5


**OTHER AUTHORITIES**

Restatement (Second) Torts Section 46 (1965) .............. Pages 17, 18, 19