FILED
Clerk
District Court

SEP 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-05-00010                                                September 29, 2005
                                                           9:00 a.m.

## JOANNA ABELLANOSA, et al -vs- L & T INTERNATIONAL CORPORATION

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Gilbert Birnbrich, Law Clerk
             Joe Hill, Attorney for Plaintiff
             Colin Thompson, Attorney for Defendant

PROCEEDINGS:   MOTION TO DISMISS 1st, 2nd and 7th Cause of Action and Motion for Leave to Comply with Rule 7.1.d

　　　　Attorney Joe Hill appeared on behalf of Plaintiffs. Attorney Colin Thompson appeared on behalf of Defendant.

　　　　Attorney Colin Thompson argued the motions. Attorney Joe Hill argued on behalf of the plaintiffs.

　　　　Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                             Adjourned 9:30 a.m.

                             _____
                             K. Lynn Lemieux, Courtroom Deputy