| | |
|---|---|
| 1  JOE HILL | F I L E D |
|    HILL LAW OFFICES | Clerk |
| 2  P.O. Box 500917 | District Court |
| 3  Saipan, MP 96950 | OCT 1 8 2005 |
|    Tel.: (670) 234-6806/7743 | For The Northern Mariana Islands |
| 4  Fax: (670) 234-7753 | By_____ |
| | (Deputy Clerk) |

5  Attorney for Plaintiffs

6

7  IN THE UNITED STATES DISTRICT COURT
        FOR THE
8  NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al., | Civil Action No. 05-0010 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| L & T INTERNATIONAL CORPORATION, | |
| Defendant. | |

I, YANG, LI, hereby certify that I am an adult person and that I personally served a copy of *First Amended Complaint* in Civil Action No. 05-0010 on Attorney Colin M. Thompson by delivering the said document to an adult employee at Law Offices of Colin M. Thompson located on the second floor of J.E. Tenorio Building, Middle Road, Saipan, CNMI on October 17, 2005.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on this 18th day of October, 2005 at Saipan, CNMI.
3
4
5                                                    Yang, Li
                                                     Affiant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23