Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al., ) | Civil Action No. 05-0010 |
| Plaintiffs, ) | |
| vs. ) | ANSWER TO FIRST AMENDED COMPLAINT |
| L & T INTERNATIONAL CORPORATION. ) | |
| Defendant. ) | Date : <br> Time : <br> Judge : Hon. Alex R. Munson |

For its answer to plaintiffs' first amended complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

2. The allegations contained in paragraph 2 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

3. Answering Defendant admits the allegations contained in paragraph 3 to the extent supported by the statutes cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 3.

4. The allegations contained in paragraph 4 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

5.      The allegations contained in paragraph 5 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

6.      The allegations contained in paragraph 6 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

7.      The allegations contained in paragraph 7 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

8.      Answering Defendant denies each and every allegation or statement contained in paragraph 8 of the Complaint.

9.      Answering Defendant denies each and every allegation or statement contained in paragraph 9 of the Complaint.

10.     Answering Defendant admits each and every allegation or statement contained in paragraph 10 of the Complaint.

11.     Answering Defendant denies each and every allegation or statement contained in paragraph 11 of the Complaint.

12.     Answering Defendant admits that defendant was the employer of each plaintiff but denies all other allegations contained in paragraph 12.

13.     Answering Defendant admits each and every allegation or statement contained in paragraph 13 of the Complaint.

14.     Answering Defendant denies the allegations contained in paragraph 14 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

15.     Answering Defendant has insufficient information to form a belief as to the truth of paragraph 15 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

16.     Answering Defendant has insufficient information to form a belief as to the truth of paragraph 16 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

17. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 17 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

18. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 18 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

19. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 19 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

20. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 20 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

21. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 21 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

22. Answering Defendant admits the allegations contained in paragraph 22 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 22.

23. Answering Defendant denies the allegations contained in paragraph 23 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

24. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 24 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

25. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 25 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

26. Answering Defendant denies the allegations contained in paragraph 26 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

27. Answering Defendant denies the allegations contained in paragraph 27 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

28. Answering Defendant admits each and every allegation contained in paragraph number 28 of the Complaint.

29. Answering Defendant denies the allegations contained in paragraph 29 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

30. Answering Defendant denies the allegations contained in paragraph 30 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

31. Answering Defendant denies the allegations contained in paragraph 31 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

32. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 32 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

33. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 33 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

34. Answering Defendant denies each and every allegation or statement contained in paragraph 34 of the Complaint.

35. Answering Defendant denies each and every allegation or statement contained in paragraph 35 of the Complaint.

36. Answering Defendant denies each and every allegation or statement contained in paragraph 36 of the Complaint.

37. Answering Defendant denies the allegations contained in paragraph 37 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

38. Answering Defendant denies each and every allegation or statement contained in paragraph 38 of the Complaint.

39. Answering Defendant denies each and every allegation contained in paragraph number 39 of the Complaint.

40. Answering Defendant denies each and every allegation or statement contained in paragraph 40 of the Complaint.

41. Answering Defendant denies each and every allegation or statement contained in paragraph 41 of the Complaint.

42. Answering Defendant denies each and every allegation or statement contained in paragraph 42 of the Complaint.

43. Answering Defendant denies each and every allegation or statement contained in paragraph 43 of the Complaint.

44. Answering Defendant admits each and every allegation or statement contained in paragraph 44 of the Complaint.

45. Answering Defendant admits each and every allegation or statement contained in paragraph 45 of the Complaint.

46. Answering Defendant admits the quoted language is contained in Exhibit "7" to the Amended Complaint. Except as expressly admitted, Answering Defendant denies each and every allegation and statement contained in the paragraph 46.

47. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 47 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

48. Answering Defendant denies each and every allegation or statement contained in paragraph 48 of the Complaint.

49. Answering defendant admits executing an Employer's Non-Resident Worker Agreement but denies all other allegations in paragraph 49.

50. The allegations contained in paragraph 50 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

51. The allegations contained in paragraph 51 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

52. Answering Defendant denies the allegations contained in paragraph 52 for lack of information or knowledge.

53. Answering Defendant admits contained in paragraph 53 that plaintiffs were given termination notices as shown in Exhibit "9". Except as expressly admitted, Answering Defendant each and every allegation and statement contained in the paragraph 53.

54. Answering Defendant admits that it terminated the plaintiffs' contract. Except as expressly admitted, Answering Defendant each and every allegation and statement contained in the paragraph 54.

55. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 55 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

56. Answering Defendant denies the allegations contained in paragraph 56 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

57. Answering Defendant denies the allegations contained in paragraph 57 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

58. Answering Defendant denies the allegations contained in paragraph 58 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

59. Answering Defendant denies the allegations contained in paragraph 59 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

60. Answering Defendant denies the allegations contained in paragraph 60 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

61. In answering the allegations in paragraph 61, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-60 of Answering Defendant's answer.

62. The allegations contained in paragraph 62 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

63. The allegations contained in paragraph 63 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

64. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 64 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

65. Answering Defendant denies each and every allegation or statement contained in paragraph 65 of the Complaint.

66. Answering Defendant denies each and every allegation or statement contained in paragraph 66 of the Complaint.

67. Answering Defendant denies each and every allegation or statement contained in paragraph 67 of the Complaint.

68. Answering Defendant denies each and every allegation or statement contained in paragraph 68 of the Complaint.

69. In answering the allegations in paragraph 69, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-68 of Answering Defendant's answer.

70. Answering Defendant denies each and every allegation or statement contained in paragraph 70 of the Complaint.

71. Answering Defendant denies each and every allegation or statement contained in paragraph 71 of the Complaint.

72. Answering Defendant denies each and every allegation or statement contained in paragraph 72 of the Complaint.

73. In answering the allegations in paragraph 73, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-72 of Answering Defendant's answer.

74. Answering Defendant denies each and every allegation or statement contained in paragraph 74 of the Complaint.

75. Answering Defendant denies each and every allegation or statement contained in paragraph 75 of the Complaint.

76. Answering Defendant denies each and every allegation or statement contained in paragraph 76 of the Complaint.

77. In answering the allegations in paragraph 77, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-76 of Answering Defendant's answer.

78. Answering Defendant admits each and every allegation or statement contained in paragraph 78 of the Complaint.

79. Answering Defendant denies each and every allegation or statement contained in paragraph 79 of the Complaint.

80. Answering Defendant denies each and every allegation or statement contained in paragraph 80 of the Complaint.

81. Answering Defendant denies each and every allegation or statement contained in paragraph 81 of the Complaint.

82. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 82 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

83. Answering Defendant has insufficient information to form a belief as to the truth of paragraph 83 of Plaintiff's Complaint and placing its denial on that ground, denies the allegations and each of them and requires strict proof thereof.

84. Answering Defendant denies each and every allegation or statement contained in paragraph 84 of the Complaint.

85. In answering the allegations in paragraph 85, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-84 of Answering Defendant's answer.

86. Answering Defendant denies each and every allegation or statement contained in paragraph 86 of the Complaint.

87. Answering Defendant denies each and every allegation or statement contained in paragraph 87 of the Complaint.

88. Answering Defendant denies each and every allegation or statement contained in paragraph 88 of the Complaint.

89. Answering Defendant denies each and every allegation or statement contained in paragraph 89 of the Complaint.

90. Answering Defendant denies each and every allegation or statement contained in paragraph 90 of the Complaint.

91. Answering Defendant denies each and every allegation or statement contained in paragraph 91 of the Complaint.

92. In answering the allegations in paragraph 92, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-91 of Answering Defendant's answer.

93. Answering Defendant denies each and every allegation or statement contained in paragraph 93 of the Complaint.

94. Answering Defendant denies each and every allegation or statement contained in paragraph 94 of the Complaint.

95. Answering Defendant denies each and every allegation or statement contained in paragraph 95 of the Complaint.

96. Answering Defendant denies each and every allegation or statement contained in paragraph 96 of the Complaint.

97. Answering Defendant denies each and every allegation or statement contained in paragraph 97 of the Complaint.

98. Answering Defendant denies each and every allegation or statement contained in paragraph 98 of the Complaint.

99. Answering Defendant denies each and every allegation or statement contained in paragraph 99 of the Complaint.

100. In answering the allegations in paragraph 100, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-99 of Answering Defendant's answer.

101. Answering Defendant admits each and every allegation or statement contained in paragraph 101 of the Complaint.

102. Answering Defendant admits each and every allegation or statement contained in paragraph 102 of the Complaint.

## GENERAL DENIAL

Except for those facts expressly admitted, Answering Defendant generally denies all allegations in the Complaint. Defendant further denies that plaintiffs are entitled to the relief sought in the prayer contained on pages 28-30 of the first amended complaint or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. As a First Affirmative Defense, Plaintiff fails to state a claim upon a relief can be granted.

2. As a Second Affirmative Defense, Plaintiff's claims are barred by Waiver.

3. As a Third Affirmative Defense, Plaintiff's claims are barred by Estoppel.

4. As a Fourth Affirmative Defense, Plaintiff's claims are barred by Fraud

6. As a Fifth Affirmative Defense, Plaintiff's claims are barred by the. Statute of Limitations.

7. As a Sixth Affirmative Defense, Plaintiff's claims are barred by Illegality.

8. As a Seventh Affirmative Defense, Plaintiff's claims are barred by Laches.

9. As. an Eight Affirmative Defense, Plaintiff's claims are barred by Unclean hands.

10. As a Ninth Affirmative Defense, Plaintiff's claims are barred by Release.

11. As a Tenth Affirmative Defense, Plaintiff's claims are barred by Statute of Frauds.

12. As an Eleventh Affirmative Defense, Plaintiff's claims are limited because Plaintiff has not suffered damage or because of Plaintiff's failure to mitigate damages.

**WHEREFORE, DEFENDANT PRAYS THAT:**

1. Plaintiffs takes nothing by their complaint;

2. Answering Defendant be awarded costs of this action and reasonable attorneys fees;

3. For such further relief as the Court deems just and proper.

Dated this 31st day of October 2005

COLIN M. THOMPSON
Attorney at Law