Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| 1 | JOE HILL |
| 2 | HILL LAW OFFICES<br>P.O. Box 500917 |
| 3 | Saipan, MP 96950<br>Tel.: (670) 234-6806/7743 |
| 4 | Fax: (670) 234-7753 |
| 5 | Attorney for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| ABELLANOSA, JOANNA, *et. al.*, | Civil Action No. 05-0010 |
|---|---|
| Plaintiffs, | **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R.CIV.P. 26(a)(1) AND LR 16.2CJ.d** |
| v. | Date: November 25, 2005 |
| L&T INTERNATIONAL CORPORATION, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Alex R. Munson |

TO  :   **L&T INTERNATIONAL CORPORATION**
        **through its Attorney of Record Collin M. Thompson**

Plaintiffs, through counsel, make these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and Local Rule 16.2CJ.d.

### A. Individuals with Discoverable Information

1. **All Plaintiffs**
   Address          :   c/o Joe Hill Law Offices
   Telephone Number :   (670) 234-6806; 234-7743

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753

2. **Cory Quin**
   Address : L&T International Corporation
   Lower Base, Saipan
   Telephone Number : Not Available

3. **Baby Lopez**
   Address : L&T International Corporation
   Lower Base, Saipan
   Telephone Number : Not Available

4. **Ma. Luisa Dela Cruz-Ernest** Human Resources Manager
   Address : L&T International Corporation
   Lower Base, Saipan
   Telephone Number : Not Available

5. **Joaquin S. Torres** Human Resources Director
   Address : L&T International Corporation
   Lower Base, Saipan
   Telephone Number : Not Available

## B. Relevant Documents & Tangible Things

1.   The following is a list of documents, data compilations, and tangible things in Plaintiffs' possession, custody, or control which they may use to support their claim or defenses.

   i.   Copies of Employment Contracts;

   ii.  Copies of Consensual Transfer Documents;

   iii. Copies of Conditional Transfer Documents; and

   iv.  Copies of Notice(s) of Termination

The above-referenced documents will be made available to Defendant, or its attorney or authorized representative for inspection and copying.

### C. Information Related to Calculation of Damages

1. No comprehensive computation of Plaintiffs' damages is available at this time. All non-privileged documents on which any computation would be based will be made available to Defendant, or its attorney or authorized representative for inspection and copying.

### D. Insurance

1. Plaintiffs do not have copies of any relevant insurances policies.

**DATED** this 21st day of November 2005.

*/s/ Joe Hill*
JOE HILL
Attorney for Plaintiffs

c:DC.C.A.05.ABELLANOSA.L&T.disclosures/mario

Page 3