F I L E D
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et.al.., <br><br> Plaintiffs, <br><br> vs. <br><br> L & T INTERNATIONAL CORPORATION. <br><br> Defendant. | Civil Action No. 05-0010 <br><br><br> Oorder Rescheduling Case Management Conference Time |

Joe Hill
Attorney at Law
P.O. Box 500917
Saipan, MP 96950

Colin H. Thompson
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

IT IS ORDERED that the Case Management Conference in the above case scheduled for Friday, November 25, 2005, at 9:30 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED THIS 21st day of November, 2005.

*[signature]*

Judge Alex R. Munson

AO 72
(Rev. 08/82)