F I L E D
Clerk
District Court

NOV 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   Colin M. Thompson, Esq.
    Law Offices of Colin M. Thompson
2   J.E. Tenorio Building
    PMB 917 Box 10001
3   Saipan, Mariana Islands 96950
    Telephone: (670) 233-0777
4   Facsimile:  (670) 233-0776

5   *Attorney for Defendant*

6                    IN THE DISTRICT COURT
                         FOR THE
7                NORTHERN MARIANA ISLANDS

8   ABELLANOSA, JOANNA, et. al.,          )    Civil Action No. 05-0010
                                          )
9                Plaintiffs,              )
                                          )
10        vs.                             )    DEFENDANT'S CASE
                                          )    MANAGEMENT CONFERENCE
11  L & T INTERNATIONAL CORPORATION.      )    STATEMENT PURSUANT
                                          )    TO LR 16.2CJ.e2
12               Defendant.               )
                                          )    Date  : November 25, 2005
13  _____)   Time  :  9:30 a. m.
                                               Judge : Hon. Alex R. Munson

14

15        Defendant, through counsel, hereby requests leave of Court to submit their Case Management

16  Conference Statement as required by Local 16.2CJ.e2 out of time, as follows:

17        A.    **Service of process on parties not yet served**.    Defendant L&T International

18  Corporation was served.

19        B.    **Jurisdiction and Venue**.  The Court has jurisdiction over this case and this matter has

20  been properly brought before it based on the current state of the pleadings.

21        C.    **Track Assignment**.  This case should be assigned to the Complex Track based of the

22  factors listed in Local Rule 16.2CJ(c)(2)(c).

23        D.    **Anticipated motions**.  Defendant anticipates filing motions for summary

24  judgment/partial summary judgment.

25

E.    **Anticipated discovery or remaining discovery, including limitation on discovery.** The Parties have yet to conduct any discovery. The discovery demands in this case are extensive given the number of parties and claims.

F.    **Appropriateness of especial procedures such as consolidation of actions for discovery or pre-trial, reference to a master or to arbitration or to the Judicial Panel or Multidistrict Litigation, or application of the Manual for Complex Litigation.** The manual for complex litigation may have some applications in this case.

G.    **Modifications of the standard pre-trial procedures specified by this Plan on account if the relative simplicity or complexity of the action or proceeding.** Depending on the track to which this case is assigned, modifications to the pre-trial procedures may become necessary in order to allow the defendant sufficient opportunity to conduct discovery in advance of the deadline for filing of dispositive motions.

H.    **Settlement prospects.** No settlement discussion has been undertaken. Defendant is amenable to settlement.

I.    **Ay other matter which may be conducive to the just, efficient, and economical determination of the proceeding, including the definition or limitation of issues.** At this time, Defendant has identified no such matters.

Dated this 25th day of November 2005.

_____
**COLIN M. THOMPSON, ESQ.**
Attorney for L&T International Corporation

2