Clerk
District Court

NOV 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Defendant*

IN THE DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al., | Civil Action No. 05-0010 |
| Plaintiffs, | |
| vs. | **DEMAND FOR JURY TRIAL** |
| L & T INTERNATIONAL CORPORATION. | |
| | Date : November 25, 2005 |
| Defendant. | Time : 8:30 a.m. |
| | Judge : Hon. Alex R. Munson |

**COMES NOW**, Defendant, L&T International Corporation by and through counsel, Colin M. Thompson to demand a trial by Jury on all issues triable by a jury in this action.

Dated this 25th day of November 2005

COLIN M. THOMPSON
Attorney at Law