JOE HILL
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>L & T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>CERTIFICATE OF SERVICE |

I, YANG, LI, hereby certify that I am an adult person and that I personally served copies of *"Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) And LR 16.2 CJ.d"* and *"Plaintiffs' Case Management Conference Statement Pursuant To LR 16.2CJ. e.2"* in Civil Action No. 05-0010 on Attorney Colin M. Thompson by delivering the said documents to an adult employee at Law Offices of Colin M. Thompson located on the second floor of J.E. Tenorio Building, Middle Road, Saipan, CNMI on November 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of November, 2005 at Saipan, CNMI.



Yang, Li
Affiant