FILED
Clerk
District Court

MAR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et.al., <br><br> Plaintiffs, <br><br> vs. <br><br> L & T INTERNATIONAL CORPORATION. <br><br> Defendant. | Civil Action No. 05-0010 <br><br> Order Rescheduling Status Conference |

Joe Hill
Attorney at Law
P.O. Box 500917
Saipan, MP 96950

Colin H. Thompson
Attorney at Law
P.O. Box 7757 SVRB
Saipan, MP 96950

IT IS ORDERED THAT the Status Conference in the above case set for Friday, May 5, 2006, at 9:00 a.m., is rescheduled to Friday, April 7, 2006, at 9:00 a.m.

DATED this 20th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)