FILED
Clerk
District Court

APR 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

## FOR THE

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOS JOANNA et.al. | ) Case No.: 05-0010 |
| | ) |
| Plaintiff, | ) DEPOSITION OF CORAZON A. DOMINE |
| | ) |
| vs. | ) |
| | ) |
| L&T INTERNATIONAL CORPORATION | ) |
| | ) |
| Defendant | ) |
| | ) |

Dated this
_____

*********************************

TRANSCRIBED BY:
DM TRANSCRIPTION SERVICES CO.
P.O. BOX 5313 CHRB
SAIPAN MP 96950
Phone/Fax (670) 256-1460

DEPOSITION - 1