F I L E D
Clerk
District Court

MAY - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Colin M. Thompson, Esq.
   The Law Offices of Colin M. Thompson
2  J.E. Tenorio Building
   PMB 917, Box 10001
3  Saipan, MP 96950
   Telephone: (670) 233-0777
4  Facsimile:  (670) 233-0776

5  *Attorney for Defendant*

6

7                IN THE UNITED STATES DISTRICT COURT

8                              FOR THE

9                     NORTHERN MARIANA ISLANDS

10

11  ABELLANOSA, et al.,                    )       Civil Action No. 05-0010
                                           )
12                                         )
                     Plaintiffs.           )       STIPULATED MOTION TO
                                           )       AMEND CASE MANAGEMENT
13         vs.                             )       SCHEDULING ORDER
                                           )
14  L&T INTERNATIONAL CORP.                )
                                           )
15                   Defendant.            )
                                           )
16  _____)

17         COMES NOW, Colin M. Thompson, on behalf of the Defendant, L&T International

18  Corporation and Joe Hill on behalf of the Plaintiffs, Abellanosa et. al., and stipulate to amend the Case

19  Management Conference Order.  Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rules

20  16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 25, 2005.

21  The Parties hereby stipulate to amend as follows:

22         1.    All parties are to be joined on or before June 1, 2006.

23         2.    All motions to amend pleadings shall be filed on or before June 1, 2006.

24         3.    All discovery shall be served by June 1, 2006.

25         4.    All discovery motions shall be filed so as to be heard on or before June 1, 2006.

           5.    Plaintiff expert disclosure shall be served on or before June 1, 2006.

                                        - 1 -

ORIGINAL

1

2

6.     Defendant and third-party defendant expert disclosure shall be served on or before July 1, 2006.

3

7.     Expert discovery shall be completed by September 1, 2006.

4

8.     It is further stipulated that either party may exceed the limitation on the number of

5

interrogatories provided under the rules.

6

7

All other provisions of the Case Management Scheduling Order remain unchanged at this time.

8

The parties reserve the right to move the Court for further amendments on a showing of good cause.

9

10

Respectfully submitted by:

11

12

Date: _May 5, 2006_

13

_____
JOE HILL, ESQ.
Attorney for Plaintiffs

14

15

Date: _May 9, 2006_

16

_____
COLIN M. THOMPSON, ESQ.
Attorney for Defendant

17

18

19

20

21

22

23

24

25