F I L E D
Clerk
District Court

MAY - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6

7       **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN MARIANA ISLANDS**

8

9   **ABELLANOSA, et al.,**                    **Civil Action No. 05-0010**

10            **Plaintiffs,**

                                               ~~[PROPOSED]~~   *aR M*
11            **vs.**

                                               **ORDER GRANTING STIPULATED**
12  **L&T INTERNATIONAL**                       **MOTION TO AMEND CASE**
    **CORPORATION,**                            **MANAGEMENT SCHEDULING**
13                                              **ORDER**
              **Defendant.**

14

15

16

17          The parties' Stipulated Motion to Amend Case Management Scheduling Order is

    hereby GRANTED. The Case Management Scheduling Order is hereby modified as follows:

18
            1.      All parties are to be joined on or before June 1, 2006.
19
            2.      All motions to amend pleadings shall be filed on or before June 1, 2006.
20
            3.      All discovery shall be served by June 1, 2006.
21
            4.      All discovery motions shall be filed so as to be heard on or before June 1,
22
                    2006.
23

5.   Plaintiff expert disclosure shall be served on or before June 1, 2006.

6.   Defendant and third-party defendant expert disclosure shall be served on or before July 1, 2006.

7.   Expert discovery shall be completed by September 1, 2006.

8.   Either party may exceed the limitation on the number of interrogatories provided under the rules.

**SO ORDERED** this _9th_ day of May, 2006.

_____
HON. ALEX R. MUNSON
District Court Judge

**RECEIVED**

MAY - 9 2006

Clerk
District Court
The Northern Mariana Islands