Colin M. Thompson, Esq.
The Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

F I L E D
Clerk
District Court

JUN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ABELLANOSA, et al., | ) | Civil Action No. 05-0010 |
| | ) | |
| Plaintiffs. | ) | [PROPOSED] ORDER GRANTING |
| vs. | ) | STIPULATED MOTION TO |
| | ) | AMEND CASE MANAGEMENT |
| L&T INTERNATIONAL CORP. | ) | SCHEDULING ORDER |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, Colin M. Thompson, on behalf of the Defendant, L&T International Corporation and Joe Hill on behalf of the Plaintiffs, Abellanosa et. al. to stipulate to amend Case Management Conference Order. Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rules 16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 25, 2005. The Parties hereby stipulate to amend it as follows:

1. All parties are to be joined on or before August 1, 2006.

2. All motions to amend pleadings shall be filed on or before August 1, 2006.

3. All discovery shall be served by August 1, 2006.

4. All discovery motions shall be filed so as to be heard on or before September 1, 2006.

5. Plaintiff expert disclosure shall be served on or before August 1, 2006.

- 1 -

6. Defendant and third-party defendant expert disclosure shall be served on or before September 1, 2006.

7. Expert discovery shall be completed by October 1, 2006.

8. Either party may exceed the limitation on the number of interrogatories provided under the rules.

Respectfully submitted by:

Date: 6-02-2006

JOE HILL, ESQ.
Attorney for Plaintiffs

Date: 6/2/06

COLIN M. THOMPSON, ESQ.
Attorney for Defendant

- 2 -