F I L E D
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ABELLANOSA, et al., | ) | Civil Action No. 05-0010 |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| Plaintiffs. | ) | STIPULATED MOTION TO |
| vs. | ) | AMEND CASE MANAGEMENT |
| L&T INTERNATIONAL CORP. | ) | SCHEDULING ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties' Stipulated Motion to Amend Case Management Conference Order is hereby GRANTED. The Case Management Scheduling Order is hereby modified as follows:

1. All parties are to be joined on or before August 1, 2006.

2. All motions to amend pleadings shall be filed on or before August 1, 2006.

3. All discovery shall be served by August 1, 2006.

4. All discovery motions shall be filed so as to be heard on or before September 1, 2006.

5. Plaintiff expert disclosure shall be served on or before August 1, 2006.

6. Defendant and third-party defendant expert disclosure shall be served on or before September 1, 2006.

1

7. Expert discovery shall be completed by October 1, 2006.

8. Either party may exceed the limitation on the number of interrogatories provided under the rules.

**SO ORDERED** this ___8TH___ day of June, 2006.

HON. ALEX R. MUNSON
District Court Judge

**RECEIVED**

JUN - 8 2006

Clerk
District Court
The Northern Mariana Islands

2