Steven P. Pixley, Esq.
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for L&T International Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et. al., ) | Civil Action No. 05-0010 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | NOTICE OF ENTRY OF |
| ) | APPEARANCE OF COUNSEL |
| L&T INTERNATIONAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

    Steven P. Pixley hereby formally notifies the Court and Plaintiff's Counsel that he is hereby formally entering an appearance in this civil action as co-counsel with Colin M. Thompson, Esq.

    Respectfully submitted, this 2nd day of August, 2006.

                                                      STEVEN P. PIXLEY
                                                      Attorney at Law