**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., | Civil Action No. 05-0010 |
| Plaintiffs, | **NOTICE OF MOTION AND VERIFIED MOTION TO COMPEL ANSWERS TO REQUESTS FOR ADMISSION AND ANSWERS TO INTERROGATORIES** |
| v. | |
| L&T INTERNATIONAL CORPORATION, | |
| Defendant. | **Hearing: August 31, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will bring the attached motion for hearing before the United States District Court for the Northern Mariana Islands at the Horiguchi Building in Garapan Village, Island of Saipan,

Commonwealth of the Northern Mariana Islands on **Thursday, August 31, 2006** at **9:00 a.m**.

    **DATED** this 3rd day of August, 2006.

/s/ _____
**JOE HILL**
Counsel for Plaintiffs