# Joe Hill
## Hill Law Offices
P.O.Box 500917
Saipan, CM-MP 96950
Tel:(670) 234 6806/7743
Fax:(670) 234 7753
Email: joe.hill@saipan.com

April 25, 2006

Attorney Colin M. Thompson
The Law Offices of Colin M. Thompson
2nd Floor, J.E. Tenorio Building
Gualo Rai, Saipan, CNMI


Re: Confirmation of mutual agreement to exceed limitation
on the number of interrogatories

Dear Colin:

Accompanying this letter is Plaintiffs' First Set of Requests For Admissions and First Set of Interrogatories.

You will note that pursuant to our mutual understanding and as mentioned in Chamber with Judge Munson, the interrogatories exceed the number authorized by the rules as we had agreed, accordingly, I will not object and you may likewise exceed the limitation on interrogatories.

I sincerely appreciate the mutual spirit of cooperation regarding discovery.


Sincerely,


Joe Hill

Attachment: As indicated

**EXHIBIT "A"**

**JOE HILL, Esq.**
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Phone: (670) 234-6806/7743
Fax:    (670) 234-7753

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, ET AL.,<br><br>                    Plaintiffs,<br><br>        versus<br><br><br>L & T INTERNATIONAL CORPORATION,<br><br><br>Defendant. | Civil Action No. 05-0010<br><br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS  AND FIRST SET OF INTERROGATORIES TO DEFENDANT** |

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

        Pursuant to Rule 36, Federal Rules of Civil Procedure, Plaintiffs request Defendant, within 30 days of service hereof, to make the following admissions through an authorized officer or agent.

        Pursuant to Rule 33, Federal Rules of Civil Procedure, the Plaintiffs request the Defendant within 30 days of service hereof, to answer the following interrogatories under oath. A copy of your answers shall be served

upon counsel for Plaintiffs, Joe Hill at Hill Law Offices, Tokcha Avenue at Lulai Way, Susupe, Saipan, CNMI.

Where the answers set forth in your answers to these interrogatories are supplied upon information and belief, rather than upon the personal knowledge of the person supplying the answers, the person supplying the answers should so state, and further identify with specificity and particularity the source(s) of such information and belief. In the event the person supplying the answer to these interrogatories is unable to answer an interrogatory, or a portion thereof, based on personal knowledge, information or belief, the person supplying this information should so state and further, describe with specificity and particularity, the efforts to obtain such information and knowledge as to enable that person to answer the interrogatories, or portions thereof.

In answering these interrogatories, you are required to furnish all information however obtained, including hearsay, which is available to you, including information known by or in possession of yourself, your agents, investigators and your attorneys, or appearing in your records or files.

In answering these interrogatories, you must make a diligent search of your records and of other papers and materials in your possession or available to you, including information which is in the possession of your attorneys, investigators for your offices, and not merely such information known of your own personal knowledge.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

3

If an interrogatory cannot be answered in full, answer to the extent possible, specify the reason for your inability to answer the remainder, and state whatever information and knowledge you have regarding the unanswered portion.

With respect to each interrogatory, in addition to supplying the information asked for and identifying the specific documents referred to, identify and describe all documents to which you refer in preparing your answers.

These interrogatories are continuing and the answers must be supplemented to the maximum extent authorized by law and the applicable rules. You are under a continuing duty seasonably to supplement your response with respect to any question directly addressed to the identity and location of persons having knowledge of discoverable matters and to correct any response which you know or later learn to be incorrect or incomplete.

If a question asks you to "state" or "describe" about something, some person or entity, or some procedure, this includes the words and calls for the "identity" or "identification" of same or to "identify" regarding same.

You are reminded that all answers must be made separately and fully and that an incomplete or evasive answer is a failure to answer.

I. DEFINITIONS AND CONSTRUCTION

A.    For the purpose of this Plaintiffs' First Set of Requests for

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

Admissions and First Set of Interrogatories to Defendant, the terms listed below are defined as follows:

1.   The words "YOU," "YOUR," and "YOURSELF" and each variation thereof shall mean and shall refer to Defendant L&T International Corporation, and each and every officer, employee or agent of said defendant.

2.   The term "PLAINTIFFS" should be read as applying to the singular or plural.

3.   The term "DEFENDANT" shall mean L&T International Corporation and, when not negated by the context, shall also mean each and every officer, employee or agent of said defendant who has held or presently holds such a position during the relevant time period.

4.   The word "ANY" shall mean any and every.

5.   The word "EACH" shall mean each and every.

6.   The term "EMPLOYMENT RECORDS" include all files or collections of information kept by any person for the use of any person reviewing or evaluating the work of plaintiffs within the defendant employer's organization. These terms include, but are not limited to, information on any individual or aggregate of individuals concerning applicant flow, residence, interviews, tests, evaluations, referral from referral agencies, length of service, absences, tardiness, education level, selection, job assignment,

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

performance, training, qualifications, validation of tests, promotion, health, and/or safety, vacancies, job applications, test results, marital status, sex, age, race, family status, recruitment, payroll records, fringe benefit records, evaluations, assessments, reports, tests, and recommendations.

7.    The word    "DOCUMENT" means any writing, recording, or photograph, as those terms are defined in Rule 1001 of the Federal Rules of Evidence. All preliminary notes and drafts, and any non-identical copy  of a document (whether the difference from the original is because of notes made upon the copy or otherwise) constitute separate document.

8.    The word "IDENTIFY" when used with respect to a person or persons means (1) state the name, current business and home addresses and telephone number(s) of each such person; (2) denote the name of the present employer, place of employment, and job title, if any, of each such person, (3) state the race, sex, and age of the person.

9.    The word "IDENTIFY" when used with respect to a document or documents means (1) specify the nature of the document (for example, letter, memorandum, etc.); (2) to state the date, if any, appearing on the document, or, if not, the date upon which such document was prepared; (3) to describe in general the subject matter of the document; (4) to identify each person who wrote, signed, dictated or otherwise participated in the preparation of a document; (5) to identify each person, if any, who was an addressee thereof; (6) if it now exists, to identify each person having custody of the document; (7) to state if you have custody or have had

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX: 234-7753

custody of the document.

10.   The terms "TERMINATE" and "TERMINATION" mean the ending or concluding of employment including, but not limited to, resignation, retirement, abandonment of work, firing, layoff, failure to renew a contract, abolition of a position or job.

## REQUESTS FOR ADMISSIONS AND
## REQUESTS FOR INTERROGATORIES

Request No. 1:  Admit that defendant was aware of the existence and coverage of the Nonresident Workers Act (NWA).

_____Admit

_____Deny


_Interrogatory No. 1:_  If your answer to Request for Admission No. 1 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


Request No. 2:  Admit that defendant was aware of the existence and coverage of the CNMI Minimum Wage and Hours Act (MWHA).

_____Admit

_____Deny


*Interrogatory No. 2:*  If your answer to Request for Admission No. 2 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


Request No. 3:  Admit that defendant was aware of the existence and coverage of the Fair Labor Standards Act (FLSA).

_____Admit

_____Deny


*Interrogatory No. 3:*  If your answer to Request for Admission No. 3 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


*Interrogatory No. 4:*  Do you contend that defendant or plaintiff is covered by any exemption provided by the NWA, FLSA or the regulations

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX: 234-7753

issued thereunder or under an order, ruling, approval, interpretation, administrative practice or enforcement policy of the CNMI DOL or the Federal Administrator of the Wage and Hour Division as a defense to this action? If so, —

a.  state the citation of the statute, regulation, order, ruling, approval, interpretation, administrative practice or enforcement policy granting the exemption;

b.  identify each fact upon which you rely to demonstrate the applicability of the exemption;

c.  state the workweeks for which the exemption applied;

d.  identify each document upon which you rely to demonstrate the applicability of the exemption; and

e.  for each such regulatory order, ruling, interpretation, administrative practice or enforcement policy, state how the defendant has acted in conformity with the same.

Request No. 4:    Admit that L&T International Corporation was, during the three (3) years prior to the filing of this suit, an enterprise engaged in commerce or in the production of goods for commerce  within the meaning of 29 USC §203(s).

_____Admit

_____Deny

_Interrogatory No. 5:_  If your answer to Request for Admission No. 4 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have

knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

*Interrogatory No. 6:*  Describe and give all names defendant has been known by or used, the type of business engaged in, the company's postal address, address of the head office, address of each manufacturing facility owned and/or operated by defendant, the identity of defendant's parent, subsidiary and affiliate businesses.

*Interrogatory No. 7:* State the following information regarding defendant:

a. the name, address, and job classification of each and every officer or employee of said corporation who was in the chain of command between either plaintiff(s) and the person with the highest authority in defendant's operation during the period January 1, 2003 to the date of service of these interrogatories;

b. the name and address of each and every shareholder owning at least five percent (5%) of any or all classes of stock in said defendant's corporation during the period January 1, 2003 to the date of service of these interrogatories; and

c. identify each and every person (by name, address, job classification) responsible for the computation or payment of wages to the plaintiffs-employees of defendant during the period January 1, 2003 to the date of service of these interrogatories stating the function each such person performed with respect to employee wage payments.

*Interrogatory No. 8:*  From January 1, 2003 to present, identify the name and job position of:

a. each and every corporate officer; and

b. each and every member of the Board of Directors of

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6806/7743 ~ FAX. 234-7753

defendant.

Request No. 5:  Admit or deny that each plaintiff was hired for a term of  one year.

_____Admit

_____Deny


Interrogatory No. 9:  If your answer to Request for Admission No. 5 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


Request No. 6:  Admit that plaintiffs' employment with defendant was not at-will employment.

_____Admit

_____Deny


Interrogatory No. 10:  If your answer to Request for Admission No. 6  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

the defendant's answer to that Request for Admission.

Request No. 7:  Admit that the document attached hereto and marked as Exhibit "1" is the nonresident worker contract form used by defendant.

_____Admit

_____Deny


*Interrogatory No. 11:*  If your answer to Request for Admission No. 7 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


Request No. 8: Admit that the contract form in Exhibit "1" was drafted by defendant.

_____Admit

_____Deny


*Interrogatory No. 12:*  If your answer to Request for Admission No. 8 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

1  knowledge of facts that the defendant believes supports or tends to support

2  the defendant's answer to that Request for Admission.

3       **Request No. 9:**  Admit that the nonresident contract form used by

4  defendant for plaintiffs is not the standard nonresident contract form used

5  by CNMI DOL.

6  _____Admit

7  _____Deny

8

9       ***Interrogatory No. 13:***  If your answer to Request for Admission No.

10  9  is anything other than unequivocal "Admit," please describe, state and

11  explain in detail each fact and legal theory that the defendant believes

12  supports or tends to support the defendant's answer to that Request for

13  Admission, including the identity of documents that support or tend to

14  support the defendant's answer and the identity of all persons who have

15  knowledge of facts that the defendant believes supports or tends to support

16  the defendant's answer to that Request for Admission.

17

18       **Request No. 10:**  Admit that defendant inserted in plaintiffs' contracts

19  the "x" mark in subsection 1 under the provision for Food, Lodging and

20  Others on page 1 of the contract form used by defendant.

21  _____Admit

22  _____Deny

23

24       ***Interrogatory No. 14:***  If your answer to Request for Admission No.

25  10  is anything other than unequivocal "Admit," please describe, state and

26  explain in detail each fact and legal theory that the defendant believes

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

1  supports or tends to support the defendant's answer to that Request for

2  Admission, including the identity of documents that support or tend to

3  support the defendant's answer and the identity of all persons who have

4  knowledge of facts that the defendant believes supports or tends to support

5  the defendant's answer to that Request for Admission.

6

7       Request No. 11:  Admit that Ma. Luisa Dela-Cruz Ernest was

8  employed as Manager of Human Resources for defendant, with policy level

9  and making authority, and authority to hire and fire plaintiffs, at all pertinent

10 times.

11

12      *Interrogatory No. 15:*  If your answer to Request for Admission No.

13 11 is anything other than unequivocal "Admit," please describe, state and

14 explain in detail each fact and legal theory that the defendant believes

15 supports or tends to support the defendant's answer to that Request for

16 Admission, including the identity of documents that support or tend to

17 support the defendant's answer and the identity of all persons who have

18 knowledge of facts that the defendant believes supports or tends to support

19 the defendant's answer to that Request for Admission.

20

21      Request No. 12: Admit that Ma. Luisa Dela-Cruz Ernest was the

22 Manager of Human Resources for the business entities and corporations

23 under the L&T Group of companies.

24 _____Admit

25 _____Deny

26

14

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

*Interrogatory No. 16:*  If your answer to Request for Admission No. 12  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 13: Admit that defendant and the L&T Group of Companies share a single-centralized Human Resources Department.

\_\_\_\_\_Admit

\_\_\_\_\_Deny

*Interrogatory No. 17:*  If your answer to Request for Admission No. 13  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 14: Admit that defendant signed and executed a document entitled  Application  to Employ Nonresident Worker(s) and Employer's Nonresident Worker Agreement, to employ plaintiffs as required under the Nonresident Workers Act (NWA).

_____Admit

_____Deny


**Interrogatory No. 18:** If your answer to Request for Admission No. 14 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.


**Request No. 15:** Admit that defendant did not pay the physical examination fees of the plaintiffs listed in Exhibit "4" of the First Amended Complaint.

_____Admit

_____Deny


**Interrogatory No. 19:** If your answer to Request for Admission No. 15 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

16

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

1    Request No. 16:  Admit that defendant did not pay the health
2    certificate fees of the plaintiffs listed in Exhibit "4" of the First Amended
3    Complaint.

4    _____ Admit

5    _____ Deny

6

7    Interrogatory No. 20:  If your answer to Request for Admission No.
8    16  is anything other than unequivocal "Admit," please describe, state and
9    explain in detail each fact and legal theory that the defendant believes
10    supports or tends to support the defendant's answer to that Request for
11    Admission, including the identity of documents that support or tend to
12    support the defendant's answer and the identity of all persons who have
13    knowledge of facts that the defendant believes supports or tends to support
14    the defendant's answer to that Request for Admission.

15

16    Request No. 17:  Admit that plaintiffs listed in Exhibit "5" of the First
17    Amended Complaint were required by defendant to pay the fees for their
18    physical examination.

19    _____ Admit

20    _____ Deny

21

22    Interrogatory No. 21:  If your answer to Request for Admission No.
23    17  is anything other than unequivocal "Admit," please describe, state and
24    explain in detail each fact and legal theory that the defendant believes
25    supports or tends to support the defendant's answer to that Request for
26    Admission, including the identity of documents that support or tend to

17

support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 18:  Admit that plaintiffs listed in Exhibit "5" of the First Amended Complaint were required by defendant to pay the fees for their health certificates.

_____Admit

_____Deny

Interrogatory No. 22:  If your answer to Request for Admission No. 18  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 19:  Admit that defendant did not pay for the physical examination fees and health certificate fees of plaintiffs.

_____Admit

_____Deny

Interrogatory No. 23:  If your answer to Request for Admission No. 19  is anything other than unequivocal "Admit," please describe, state and

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6806/7743 ~ FAX. 234-7753

explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

**Request No. 20:**  Admit that pursuant to the Nonresident Workers Act (3 CMC §§ 4437[c]; 4438[b]), defendant-employer was required to pay the fees for plaintiffs' physical examination.

_____Admit

_____Deny

*Interrogatory No. 24:*  If your answer to Request for Admission No. 20 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

**Request No. 21:**   Admit that pursuant to the Nonresident Workers Act (3 CMC §§ 4437[c]; 4438[b]), defendant-employer was required to pay the fees for plaintiffs' health certificates.

_____Admit

_____Deny

_____*Interrogatory No. 25:*  If your answer to Request for Admission No. 21 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

_____*Request No. 22:*  Admit that defendant promised to pay the fees for plaintiffs physical examination and health certificate for the second year of plaintiffs' employment.

_____Admit

_____Deny

_____*Interrogatory No. 26:*  If your answer to Request for Admission No. 22  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

_____*Request No. 23:*  Admit that in calculating plaintiffs regular hourly

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

rate for overtime pay, defendant did not factor in the amount or reasonable value of physical examination fees, and health certificate fees.

_____Admit

_____Deny

*Interrogatory No. 27:*  If your answer to Request for Admission No. 23  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 24:  Admit that defendant sometimes used workers from affiliate corporations to perform work for defendant.

_____Admit

_____Deny

*Interrogatory No. 28:*  If your answer to Request for Admission No. 24  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

Request No. 25: Admit or deny that plaintiffs' employment was terminated without just cause.

_____Admit

_____Deny

*Interrogatory No. 29:* If your answer to Request for Admission No. 25 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 26: Admit that defendant did not give each plaintiff ten (10) days advance written notice before termination.

_____Admit

_____Deny

*Interrogatory No. 30:* If your answer to Request for Admission No. 26 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6806/7743 ~ FAX. 234-7753

*Interrogatory No. 31:*  For each plaintiff terminated, by defendant, describe in detail and/or state:

a.  the name, last known address, employer and employment position of each and every person who in any way participated in the decision to terminate each plaintiff;

b. the reason(s) for plaintiffs' termination of employment;

c. the name and last known address of each person who was present when plaintiffs' employment was terminated; and

d. identify each and every document upon which you base your answer to this interrogatory.

*Interrogatory No. 32:*  State whether any employees and/or agents of defendant took any notes and/or prepared any memoranda or other writings during and/or in connection with the termination of plaintiffs' employment with defendant. If yes, identify:

a. the name and job position of the individual who took the notes and/or prepared the memoranda or other writings;

b. the location of the notes and memoranda; and

c. the substance of the notes and memoranda.

*Interrogatory No. 33:*  Identify by date, location and participants of each and every conversation in which the subject of termination of plaintiffs was discussed by defendant and any of its supervisors, officers or managers, and state the substance of each such conversation.

*Interrogatory No. 34:* Describe in detail and identify by date each and every correspondence, memorandum or other document in which the subject of the termination of plaintiffs was discussed by defendant, its officers, managers or other employees.

*Interrogatory No. 35:* State each and every date on which the subject of plaintiffs' termination was discussed between: (1) employees/officers of defendant; and (2) employees/officers of defendant and third parties. For each such discussion:

a. identify each participating individual by name, job title and employer;

b. describe the substance of each discussion; and

c. state whether any notes were taken during the discussion or whether any memoranda or other written documents referring to the discussion were subsequently created.

*Interrogatory No. 36:* Describe in detail, giving the dates of any decision, resolution, discussion or consideration by the defendant's Board of Directors, its officers and managers, concerning "on-going re-engineering and reduction in force due to economic necessity."

*Interrogatory No. 37:* State whether any disciplinary or warning action for job performance reasons or otherwise was ever taken against plaintiffs any time during the course of their employment with defendant. If yes, state:

a. the dates on which the disciplinary or warning action was taken;

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

b. the reason for and the form of the disciplinary or warning action;

c. the name and job position of each person who in any way participated in the decision to issue the disciplinary or warning action; and

d. identify each and every document upon which you base your answer to this interrogatory.

Request No. 27:  Admit that defendant did not offer any position or employment opportunity to the plaintiffs with the companies, corporations, affiliates or business entities, affiliated or connected with or under the Tan Holdings Corporation in lieu of terminating plaintiffs.

_____Admit

_____Deny

Interrogatory No. 38:  If your answer to Request for Admission No. 27 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 28:  Admit that defendant hired Chinese workers who performed  the work of Hand Packers during the period from February 1, 2004 through April 1, 2006.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

25

1 _____ Admit

2 _____ Deny

3

4      *Interrogatory No. 39:*  If your answer to Request for Admission No.

5 28  is anything other than unequivocal "Admit," please describe, state and

6 explain in detail each fact and legal theory that the defendant believes

7 supports or tends to support the defendant's answer to that Request for

8 Admission, including the identity of documents that support or tend to

9 support the defendant's answer and the identity of all persons who have

10 knowledge of facts that the defendant believes supports or tends to support

11 the defendant's answer to that Request for Admission.

12

13      Request No. 29:  Admit that defendant gave plaintiffs no advance

14 written notice of reduction in force (RIF) pursuant to  the Worker Adjustment

15 and Retraining Notification Act (WARN). (29 U.S.C. § 2102(a)(1) and (2).

16

17 _____ Admit

18 _____ Deny

19

20      *Interrogatory No. 40:*  If your answer to Request for Admission No.

21 29 is anything other than unequivocal "Admit," please describe, state and

22 explain in detail each fact and legal theory that the defendant believes

23 supports or tends to support the defendant's answer to that Request for

24 Admission, including the identity of documents that support or tend to

25 support the defendant's answer and the identity of all persons who have

26 knowledge of facts that the defendant believes supports or tends to support

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

the defendant's answer to that Request for Admission.

Request No. 30: Prior to May 13, 2004, defendant did not give plaintiffs a copy of their employment contract.

_____Admit

_____Deny

Interrogatory No. 41: If your answer to Request for Admission No. 30 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 31: Admit that plaintiffs did not read the substantive content of their employment contract prior to signing.

_____Admit

_____Deny

Interrogatory No. 42: If your answer to Request for Admission No. 31 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

**Request No. 32:**  Admit or deny that the plaintiffs were told to eat their lunch under a makeshift tent across the street from the place of work.

_____Admit

_____Deny

*Interrogatory No. 43:*  If your answer to Request for Admission No. 32  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

**Request No. 33:**  Admit that none of defendant's  Chinese workers were required to eat their lunch under a tent.

_____Admit

_____Deny

*Interrogatory No. 44:*  If your answer to Request for Admission No. 33  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 34:  Admit that defendant's Chinese workers ate their lunch in the company's air-conditioned Cafeteria.

_____Admit

_____Deny

Interrogatory No. 45:  If your answer to Request for Admission No. 34  is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 35: Admit that defendant is obligated to pay plaintiffs' return airfare to the Philippines.

_____Admit

_____Deny

Interrogatory No. 46:  If your answer to Request for Admission No. 35 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Request No. 36: Admit or deny that the three-page document attached hereto and marked as Exhibit "2" is a genuine and authentic document.

_____Admit

_____Deny

Interrogatory No. 47: If your answer to Request for Admission No. 36 is anything other than unequivocal "Admit," please describe, state and explain in detail each fact and legal theory that the defendant believes supports or tends to support the defendant's answer to that Request for Admission, including the identity of documents that support or tend to support the defendant's answer and the identity of all persons who have knowledge of facts that the defendant believes supports or tends to support the defendant's answer to that Request for Admission.

Interrogatory No. 48: Give the name(s) and address(es) of each employee of the defendant having supervisory duties in relation to the named plaintiffs.

Interrogatory No. 49: Identify each of plaintiffs' supervisors, state (a) the dates during which each plaintiff was under the supervision of each such supervisor; and (b) the language(s) in which the supervisor communicated to plaintiffs in.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

*Interrogatory No. 50:*  State and describe the daily schedule of work, meal breaks, and rest breaks for each of the plaintiffs during the period of plaintiffs' employment with defendant.

*Interrogatory No. 51:* For each job classification held by either plaintiff, at defendant's facilities during the period  January 1, 2003 to the date of service of interrogatories, state the plaintiffs' general duties and responsibilities, and identify any documents (as defined in Rule 1001, Federal Rules of Evidence) in defendant's possession or control, or of which it has knowledge, reflecting any of the said information.

*Interrogatory No. 52:*  List each present and former employee of the defendant who has performed work as a Hand Packer during the time period January 1, 2003 to the date of service of these interrogatories, and for such employee, state the following:

      a. the name, current or last known address, and the telephone number of the employee;

      b.  the location(s) within the defendant's facilities and outside in other business places at which the employee worked;

      c.  the job title of the employee (if more than one job title, include the dates the employee held the particular job title);

      d.  the last date on which the employee worked for the defendant (if the employee no longer works for defendant), and defendant's stated reason(s) for termination of each such employee.

*Interrogatory No. 53:* Identify each and every fringe benefit (including, but not limited to, health, life and disability insurance, pension plan, profit sharing, bonus plan, savings plan and stock option plan) for which the plaintiffs were eligible while employed by defendant. For each such

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

benefit, state:

a. the date on which each plaintiff became eligible for the benefit;

b. the monthly cost to defendant for providing the benefit to plaintiffs as of the last date of plaintiffs' employment with defendant;

c. where the defendant contributes to a fund for a particular fringe benefit, state the basis for determining the amount of contribution and the amount of each monthly contribution made by defendant per fringe benefit for each and every month during the twelve (12) months preceding plaintiffs' termination;

d. where eligibility for the fringe benefit is governed by vesting requirements, identify those vesting requirements;

e. for any bonus or commission for which each plaintiff was eligible, state the basis for determining the amount of bonus or commission and identify each and every bonus or commission each plaintiff received during the term of their employment; and

f. identify each and every document which in any way describes each fringe benefit and the benefits thereunder.

*Interrogatory No. 54:* Identify and describe all fringe benefits provided by defendant that were factored into defendant's calculation of plaintiff(s) regular hourly rate.

*Interrogatory No. 55:* Identify all expert witnesses you may call at the time of trial and state their opinions and the basis for those opinions.

*Interrogatory No. 56:* Identify by name, job position and last known address, all persons having knowledge of plaintiffs' performance as Hand Packers or Folders while at defendant-L&T.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

*Interrogatory No. 57:*  From January 1, 2003 to the present, state whether severance pay or any other payments or benefits were given to any of defendant's employees on or following the date of that employee's termination of employment with defendant. If yes:

a. identify by name, job position (title) and date of termination all persons who received such severance pay, payments or benefits, and identify by name and job position all individuals at defendant  who directed, approved, recommended or were otherwise involved in the granting of such severance pay, payments or benefits to those individuals;

b. state whether any company, corporation, affiliate or business entity, affiliated or connected with or under the Tan Holdings Corporation, their officers, employees and directors,  directed, approved, recommended or was otherwise involved in the payments;

c. describe the precise nature and amount of each item of severance pay or other payment or benefit;

d. describe the precise factual basis and reason for each item of severance pay or other payment or benefit given; and

e. identify each and every document upon which you base your answer to this interrogatory.

*Interrogatory No. 58:*  Describe in detail, stating each fact and legal theory relied on, defendant's termination of plaintiffs  based on "on-going re-engineering and reduction in force due to economic necessity."

*Interrogatory No. 59:*  Describe in detail, identifying each document and opinion relied on, stating each fact and legal theory relied on, the

process and procedures utilized by defendant in determining that each plaintiff had to be terminated because of "on-going re-engineering and reduction in force due to economic necessity," giving the date(s) of said actions.

*Interrogatory No. 60:*  Describe in detail and identify each and every fiscal and economic indicator, occurrence, event, report, opinion and factor, that defendant relied on in determining to terminate plaintiffs because of "on-going re-engineering and reduction in force due to economic necessity."

*Interrogatory No. 61:*  Identify and describe in detail each and every employee that was laid-off, suffered a reduction in hours or was terminated as a result of defendant's asserted  "on-going re-engineering and reduction in force due to economic necessity," during the period from January 1, 2001 through January 1, 2006.

*Interrogatory No. 62:* Identify and describe in detail each job vacancy filled by defendant between January 1, 2001 and January 1, 2006.

*Interrogatory No. 63:*  Identify and describe all defendant's employee manuals and/or employee handbooks, rules and regulations, regarding employee conduct, discipline and termination in existence for the period January 1, 2003 to January 1, 2006. And if defendant will do so without a formal request for production, provide copies of any such documents to counsel for plaintiffs by attaching copies to defendant's answers to these interrogatories.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX. 234-7753

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX. 234-7753

*Interrogatory No. 64:* Give the names and addresses of all businesses to which defendant supplied garments, goods or services for the years 2001 to the present.

*Interrogatory No. 65:* Describe and identify all payments made to plaintiffs for each work week and payroll period during plaintiffs' employment with defendant, stating for each such period (a) each plaintiffs' regular hourly wage rate; (b) hourly overtime rate; and (c) each plaintiff's gross and net pay.

*Interrogatory No. 66:* State the amount of your net worth for each of the last five fiscal years.

*Interrogatory No. 67:* From 2001 to present, state whether defendant has ever been named a party to any action, whether administrative or judicial (or was put on notice that such an action would be initiated), wherein either allegations of breach of contract, failure to pay wages, unlawful termination and bad faith breach of contract, breach of covenants of good faith and fair dealings, intentional infliction of emotional distress or fraud and deceit, were raised and, in so doing, state:

    a. the name of each individual who named defendant as a party or informed defendant that he/she intended to do so;

    b. the date on which the action was filed or on which defendant was put on notice that such action would or might be filed;

    c. the final disposition of the action or notice that such action would be pending; and

    d. the docket number of any such action and the name of the court or administrative agency in which it was filed.

*Interrogatory No. 68:* State and describe in detail, the legal and factual basis for and supporting the defendant's First Affirmative Defense that "Plaintiff fails to state a claim upon a relief can be granted" as set forth in its Answer.

*Interrogatory No. 69:* State and describe in detail, the legal and factual basis for and supporting the defendant's Second Affirmative Defense that "Plaintiff's claims are barred by Waiver" as set forth in its Answer.

*Interrogatory No. 70:* State and describe in detail, the legal and factual basis for and supporting the defendant's Third Affirmative Defense that "Plaintiff's claims are barred by Estoppel" as set forth in its Answer.

*Interrogatory No. 71:* State and describe in detail, the legal and factual basis for and supporting the defendant's Fourth Affirmative Defense that "Plaintiff's claims are barred by Fraud" as set forth in its Answer.

*Interrogatory No. 72:* State and describe in detail, the legal and factual basis for and supporting the defendant's Fifth Affirmative Defense that "Plaintiff's claims are barred by the Statute of Limitations" as set forth in its Answer.

*Interrogatory No. 73:* State and describe in detail, the legal and factual basis for and supporting the defendant's Sixth Affirmative Defense that "Plaintiff's claims are barred by Illegality" as set forth in its Answer.

*Interrogatory No. 74:* State and describe in detail, the legal and factual basis for and supporting the defendant's Seventh Affirmative Defense that "Plaintiff's claims are barred by Laches" as set forth in its Answer.

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6850/7743 ~ FAX. 234-7753

36

*Interrogatory No. 75:* State and describe in detail, the legal and factual basis for and supporting the defendant's Eight Affirmative Defense that "Plaintiff's claims are barred by Unclean hands" as set forth in its Answer.

*Interrogatory No. 76:* State and describe in detail, the legal and factual basis for and supporting the defendant's Ninth Affirmative Defense that "Plaintiff's claims are barred by Release" as set forth in its Answer.

*Interrogatory No. 77:* State and describe in detail, the legal and factual basis for and supporting the defendant's Tenth Affirmative Defense that "Plaintiff's claims are barred by Statute of Frauds" as set forth in its Answer.

*Interrogatory No. 78:* State and describe in detail what information, documentation, and facts defendant had in its possession indicating and supporting assertion that "Plaintiff's claims are limited because Plaintiff has not suffered damage or because of Plaintiff's failure to mitigate damages" as set forth in the Eleventh Affirmative Defense in its Answer.

*Interrogatory No. 79:* State the name(s), business address(es), and job title(s) or capacity(ies) of the persons, officer(s), employee(s) or agent(s) answering or providing any information used to answer any of these Interrogatories.

Dated this 25th day of April, 2006.

_____
**JOE HILL**
Attorney for Plaintiffs

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6806/7743 ~ FAX. 234-7753

Mydocs:*Abellanosa et al-Req4Adm&Int(L&T)*:roly