**Colin M. Thompson, Esq.**
Law Offices of Colin M. Thompson
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile:   (670) 233-0776

**Steven P. Pixley, Esq.**
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone:   (670) 233-2898/5175
Facsimile:    (670) 233-4716

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et. al., | Civil Action No. 05-0010 |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION and MOTION FOR SUMMARY JUDGMENT |
| L&T INTERNATIONAL CORPORATION. | |
| Defendant. | Date: August 31, 2006<br>Time: 9:00 a.m.<br>Judge: Hon Alex R. Munson |

### NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

Notice is hereby given that a hearing on L & T International Corporation's (L & T) Motion for Summary Judgment is being scheduled in the above-entitled court and action. The hearing on L & T

International Corporation's Motion for Summary Judgment will be conducted in the Horiguchi Building, District Court of the Northern Mariana Islands on August 31, 2006 at 9:00 a.m.

## MOTION FOR SUMMARY JUDGMENT

L & T International Corporation, through counsel the Law Offices of Colin M. Thompson, moves this Court for an Order granting Summary Judgment against Plaintiff Abellanosa et.al. pursuant to Fed R.Civ.P. 56. Defendant's motion for summary judgment is based on this Notice of Motion, Memorandum of Points and Authorities, the Declaration of Colin M. Thompson, Jack S. Torres and Corazon Quing and the papers and pleadings filed in this action, and such further evidence and argument as may be presented at or before the hearing on this motion.

Dated this 4th day of August, 2006.

/s/Colin M. Thompson
**COLIN M. THOMPSON**
Attorney for Defendant