Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et. al., ) | Civil Action No. 05-0010 |
| ) | |
| Plaintiffs, ) | |
| ) | DECLARATION OF |
| vs. ) | JOAQUIN TORRES |
| ) | |
| L&T INTERNATIONAL CORPORATION. ) | |
| ) | |
| Defendant. ) | |

I, Joaquin S. Torres, do declare that:

1.  I am the Human Resources Director for L&T Group of Companies, Ltd., hereinafter L&T, is the successor corporation to L&T International Corporation.

2.  I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

3.  In my capacity as Human Resources Director, I am responsible for overseeing human resources function and for creating and implementing policy directive.

4.  I executed the employment contracts between the Plaintiffs and L&T International Corporation on behalf of L&T.

- 1 -

5. Attached to this declaration as *Exhibit "A"* is a true and correct copy of one such contract. All of the Plaintiffs executed the same form contract between themselves and L&T ("The Employment Contract").

6. At all relevant times it was my intention and the intention of L&T to honor and satisfy all obligations set forth in the Employment Contracts between L&T and the Plaintiffs subject to all conditions of those contracts.

7. All promises made by L&T to the Plaintiffs were contained within the Employment Contracts.

8. L&T made no promises to the Plaintiffs other that those contained in the Employment Contracts.

9. All nonresident applicants on-island who are under contract with another employer were required pursuant to the CNMI Department of Labor application checklist requirements to submit to the CNMI Department of Labor valid health certificates..

10. All nonresident applications were asked by L&T employees to submit their valid health clearance certificates prior to the submission of their employment application for transfer with the CNMI Department of Labor.

11. It is a requirement of the CNMI Department of Labor for all applicants to work permit to submit a valid health clearance in every applications for consensual or expiration transfer.

12. All but five Plaintiffs submitted their valid health clearance certificates prior to submission of their employment applications for transfer with the CNMI Department of Labor.

13. On or about May 5, 2004, I was informed by Mr. Willie Tan that we needed to downsize the factory in Saipan to the level of orders.

14. Even before this communication, I had drafted and implemented a reduction in force plan for engineering and maintenance department.

15. Attached to this declaration as *Exhibit "B"* is a true and correct copy of the Reduction in Force Plan.

16. Based on Mr. Willie Tan's directive, a decision was made by the Vice-President for Production about which departments would be subject to reduction in force and as to the number of individuals who would be terminated.

17. I was responsible for implementing the reduction in force plan based on the decision made by top management and the input from the industrial engineers relating to performance of the affected employees.

18. Pursuant to our reduction in force policy, a matrix was created listing all employees subject to reduction in force ordered according to their performance rating.

19. In order to effectuate the reduction of workforce, we identified the employees with the lowest performance rating.

20. Attached to this declaration as *Exhibit "C"* is a true and correct copy of Matrix used to determine the employees subject to termination in May of 2004.

21. The reason for terminating the Plaintiffs in May 2004 was that we were reducing the work force because of economic necessity, to wit: declining orders.

22. The selection of the Plaintiffs for reduction in force was made in manner consistent with our reduction in force policy and the Employment Contracts.

23. Once we selected those employees, including the Plaintiffs, for termination in May of 2004, notice was provided to each terminated employee.

24. Attached to this declaration as *Exhibit "D"* is a true and correct copy of Notice of Termination.

25. It did not make me feel good to terminate the Plaintiffs. I wish that the business requirements of the factory would have permitted the continued employment of the Plaintiffs. But the economic reality was that orders were declining which made it necessary to terminate the Plaintiffs along with other employees.

26. Neither I nor any other persons working at L&T terminated the Plaintiffs in order to cause them suffer emotional distress. The Plaintiffs were terminated as part of a reduction in force due to economic necessity.

27. Since the Plaintiffs were terminated, no one has been hired to take their place; not a single application for hand packager has been submitted to Department of Labor by L&T Group of Companies or its affiliates.

28. In 2004, there were 296 employees working as Hand Packager. Today, there are only 61 Hand Packagers.

29. In 2004, the factory was producing an average of 162,729 dozen garments a months. Now, the factory produces only an average of 64,510 dozen garments a months.

30. L&T hired the Plaintiffs and others pursuant to Non-Resident Workers Act and the terms of The Employment Contracts. Likewise, L&T terminated the Plaintiff's and other pursuant to the Non-Resident Worker Act and terms of The Employment Contracts. Declining orders necessitated a reduction in force and consequent termination of employees including ht Plaintiffs. The Plaintiff's were impacted, as were many others, by the economic conditions that led to their termination. I was given the unpleasant task of implementing the reduction in force policy and overseeing the termination of the Plaintiff's and many others. L&T did not hire the Plaintiffs with the intention of defrauding

them. L&T did not terminate the Plaintiffs with the intention to cause them emotional distress. L&T terminated the Plaintiffs and many others because it was reducing its workforce due to the economic necessity primarily created by declining orders.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 4th day of August, 2006.

_____
JOAQUIN S. TORRES
Attorney for Defendant

# EMPLOYMENT CONTRACT

This Employment contract is entered into by and between L&T INTERNATIONAL CORPORATION, of P.O. Box 501280, Saipan, MP 96950, hereinafter referred to as the Employer, and ___JOANNA B. ABELLANOSA___ of Mahayahay, Iligan City, Philippines, hereinafter referred to as the Employee.

The Employer hereby employs the Employee and the Employee hereby accepts to be employed by the Employer to serve and perform the duties stipulated herein or as may be assigned from time to time.

The employee understands and recognizes that the employer must operate efficiently in a highly competitive market or industry and the employee assumes the responsibility for cooperating fully to the attainment of the employer's goals. To this end, the employee agrees to devote his/her entire time and attention to the performance of his/her duties and use his/her utmost endeavors to promote the interests of employer and to conform to the rules and regulations of the company now in force or as these rules and regulations are amended. The employee further agrees that he/she will support the employer in its effort to improve productivity and quality of workmanship; living and working conditions; and strengthen goodwill between them.

## DUTIES AND RESPONSIBILITIES

The parties hereto agree that the Employee shall be employed as __PACKAGER,HAND__ and shall perform the following duties and responsibilities:

Packages materials manually, performing any combination of the following duties. Cleans packaging containers. Lines & pads crates & assembles cartons. Obtains & sort product. wraps protective material around product. Labels product. Sorts bundles or filled containers. Packs specials arrangements or selections of product. Inspects materials products at each step of packaging process. Records information, such as weight time & date packaged. May stack, separate, count, pack, wrap & weigh product. Perform other related duties as required or assigned.

## TERM

The initial term of this Contract shall be for a period of one (1) year commencing on the employee's departure from the Philippines and ending twelve months thereafter unless the Director of Labor stipulates a different date: ___3/16/05___

## WORK DAYS AND HOURS

The work schedule will be as follows: Monday to Friday, from __9__ AM to __6__ PM for a total of 40 hours per week. This work schedule is subject to change depending on the Employer's business requirements. Overtime is not compulsory. In the event, however, that an Employee is scheduled to work and agrees to work overtime and does not notify the Employer in advance that he/she will not report and then is absent, unless for reasons beyond his/her control, it shall be considered absenteeism, the same as a failure to report on a regular work day. The workweek shall commence at 8:30 A.M. Monday morning and end the following Monday morning at 8:30 A.M.

## COMPENSATION

The employee shall be compensated for services rendered or work performed at the regular rate of $3.05 per hour for the first 40 hours of work per week; and one and one half times (x 1.5) the regular rate for all time worked over forty (40) hours in any one work week. The employee shall be paid on a bi-weekly interval unless applicable law provides otherwise.

## DEDUCTIONS

CNMI taxes, statutory or regulatory fees imposed on employees by applicable laws, and Social Security, if applicable, shall be withheld from the employee's salary at each pay period. Deductions such as remittances to family and obligations for the payment of loans and other obligations, unless specified herein, may be made only upon the request of the employee. Such authorization must be voluntarily given in writing and in the language spoken and understood by the employee together with an English translation, signed and delivered to the payroll department. The employer shall keep and maintain true, accurate and complete records of all such authorizations and deductions and shall make the same available for inspection and examinations upon demand by the Department of Labor and Immigration. The employee shall be provided with a copy of all deductions made from each payroll.

## FOOD, LODGING AND OTHERS

1. The employer shall ensure that the following facilities are provided:
   ( ) employer provided housing at a charge of $100.00 per month or $46.15 pay period.
   ( ) three meals per day, six days per week at a charge of $100.00 per month or $46.15 pay period.
   (X) employee to provide own food/housing (will stay with relative/family)

2. The employee agrees that the employer has the right to increase or decrease the employee's food and lodging deduction, if applicable, based on actual or reasonable cost of providing such facilities at the time these costs are incurred subject to approval by the Department of Labor and Immigration or its successor agency or department.

3. The employee shall have primary responsibility for providing his/her own transportation to and from work unless applicable laws provide otherwise. Employee agrees to pay the cost of transportation if he/she desires to avail himself/herself of company's transportation service unless applicable laws provide otherwise.

4. Medical insurance or payment of all medical expenses of the employee during the employee's legal stay in the Commonwealth under the term of this contract or modification thereof, including the cost of referral and evacuation by the Commonwealth Health Center (CHC) for medical treatment outside of the Commonwealth, and the cost of embalming and transportation of the employee's corpse back to his/her point of origin in the event of death, will be paid by the Employer unless applicable law provides otherwise or except as modified by case law. Any changes in CNMI laws that allow employer to have employees bear medical cost, the employees shall pay whatever costs are incurred in excess of what the company subsidizes.

Page 1 of 4

Exh. "A"

5. Employee shall respect and obey all laws, rules and regulations of the Commonwealth of the Northern Mariana Islands and comply with such reasonable rules and regulations as the employer may establish from time to time.

6. Employee agrees to work and live in harmony with her/his co-workers, and at all times to conduct herself/himself in an orderly manner, with due regard to the comfort and convenience of her/his co-workers.

## PRINCIPAL PLACE OF WORK

The Employee's principal place of employment shall be in Saipan, CNMI. However, the employee may be required to perform his/her duties outside the CNMI or at the other senatorial districts within the CNMI depending on the nature of the Employer's business and upon the Employer's compliance with applicable labor rules and/or regulations.

## REPATRIATION

The employer shall be responsible for the booking and purchase of the employee's return airplane ticket to his/her point of hire at the expiration or termination of the employment contract. The employee expressly agrees to depart the Commonwealth no later than three days after the expiration of the permit unless the permit is renewed, or the employee is permitted to stay in the Commonwealth by operation of law. The employer shall not be responsible for repatriation expenses in the event the employee is transferred to another employer by the Department of Labor and Immigration or where repatriation is not required or mandated by law due to a change in labor or immigration status of the employee.

## NOTIFICATION AND REPATRIATION

In the event of a serious illness, accident or death of the Employee, the Employee grants the Employer sole discretion to take any and all appropriate action under applicable laws and rules and this agreement relative to notification of next of kin and repatriation to the country of hire.

## OTHER PROVISIONS

The following additional provisions apply to this Contract: (Set forth or attach any work rules, living accommodation rules and standards for Employee conduct, etc.). Company rules and regulations previously filed with DLI.

## SAFETY AND HEALTH

The employer agrees to post at the work site, employer-provided housing or supply employee and the employee agrees to strictly adhere to policies, rules and regulations concerning safety, health, fire protection and sanitation. The employer may call general employee and educational meetings which it may deem proper and the time spent at such meetings shall not be considered as working time if held before or after the regular hours of work.

## GRIEVANCES

1. All grievances or disputes between the parties herein arising out of or in connection with this employment contract as to hours, wages or other conditions of employment including health, safety, work and living conditions shall be dealt with in accordance with the following procedures:

   [a] Any employee who has a grievance or dispute shall promptly take the matter with the immediate supervisor; in the case of living accommodations, with the Asst. Housing Manager. The immediate supervisor or Asst. Housing Manager shall have 24 hours to adjust or settle the grievance or dispute. If either or both is unable to adjust or settle the matter within 24 hours, then the grievance or dispute shall be reduced to writing by the immediate supervisor or Asst. Housing Manager. The Section or Unit Supervisor or Housing Manager shall have two working days to adjust or settle the grievance or dispute or give his/her answer in writing stating the reasons why he/she was unable to adjust or settle the grievance or dispute.

   [b] If the grievance or dispute is not adjusted or settled in paragraph [a], the grievance or dispute shall be referred to the Department Manager who shall have three working days to adjust the grievance or dispute or state in writing his/her reasons why the grievance or dispute cannot be adjusted or why a satisfactory settlement cannot be reached.

   [c] If not adjusted or settled, in paragraph [b], the grievance or dispute shall be referred to the General Manager. Management shall have three working days to answer the grievance or dispute in writing or state the reasons why the grievance or dispute cannot be adjusted or why a satisfactory settlement cannot be reached.

   [d] If not adjusted in paragraph [c], the employee shall have the option at his/her election to either file his/her grievance with the Department of Labor and Immigration or request for arbitration with outside representatives present for either party, plus a representative of the Department of Labor and Immigration, Division of Labor.

   [e] If not adjusted in paragraph [d], within 30 days, the employee shall have the right to do any and all things necessary to vindicate his/her rights under applicable law or under this employment contract.

2. It is the intent of the parties hereto that the procedures set forth herein shall serve as a means for the prompt, fair and amicable adjustment or settlement of grievances, dispute or differences that may arise between them. Accordingly, if any grievance or dispute should arise between the employer and employee, there shall be no interruption of operations by the employer or employee. The employee further agrees that he/she shall not cease or take part in any strike, picketing, sit-down, stay-in, slow-down, or other curtailment or restriction of production and/or interference with work in or about the employer's factories or premises, until the procedure provided herein for settlement of grievances or disputes has been fully complied with. The employer reserves the right to suspend with or without pay or terminate the employee for violation of this section.

3. Any grievance or dispute will automatically be granted if the employer fails to give a disposition within the specified time limit in that step of the grievance procedure. Any grievance not advanced to the next step by the employee within the time limit specified in that step shall be deemed abandoned.

4.  Failure to file any grievance or dispute promptly on occurrence of the grievance or dispute shall be considered to be not consistent with the terms of this employment contract.

5.  Employee shall respect and obey all laws, rules and regulations of the Commonwealth of the Northern Mariana Islands and comply with such reasonable rules and regulations as the employer may establish from time to time.

6.  Employee agrees to work and live in harmony with her/his co-workers, and at all times to conduct herself/himself in an orderly manner, with due regard to the comfort and convenience of her/his co-workers.

## MANAGEMENT RIGHT

The employer reserves exclusively to itself and retains all management rights not expressly prohibited by law. Management shall have the right to determine and control the methods and manner of its operation; establish production, work or efficiency standards; benchmark to measure overall or single job order performance; admonish, suspend and discharge employee for failing to meet standards; promulgate reasonable rules not inconsistent with law and to enforce such rules through disciplinary action; change pay periods consistent with law; transfer, move, eliminate jobs or classification or combined jobs, change the work schedule depending on business requirements, change duties and assignments unless prohibited by law.

The right to hire, discipline, suspend, or terminate for cause, the right to relieve employees from duty because of lack of work or other legitimate reasons, renew employment, and to maintain order and efficiency shall vest exclusively with the employer. The right to discipline, suspend, or discharge for cause shall likewise vest with the employer, provided that claims of wrongful or unjust discipline, suspension, or discharge shall be subject to the grievance procedure herein provided.

The employee understands and agrees that he/she has no right in law or equity to renew his/her employment contract prior to, or after the expiration of this employment contract. Renewal of employment shall be as provided herein and subject to the approval of the Department of Labor and Immigration.

The employee covenant and agree that so long as he/she is in the employ of the Company (herein employer) and for a period of one year after the expiration of his/her work permit or termination of employment, he/she will not directly or indirectly, disclose, communicate, divulge or furnish to or use for the benefit of himself/herself (except while he/she is in the employ solely and in the pursuit of the activities of the company) or any other person, firm, corporation, partnership or association, the names of the customers of the Company, or any trade secrets, designs, strategies, ideas or products or articles sold or distributed by the Company, other proprietary information or materials of the Company which may be communicated to him/her or which he/she may learn or have access to by virtue of his/her activities under this employment contract. The employee further agree that he/she will not, without the consent of the Company in writing first obtained, for a period of one year after his/her employment ceases either by resignation, termination, expiration of permit, or other causes, enter the employ of or render services to any person, firm, partnership or corporation dealing in products or services which compete with any products of or services of the company or engage in any competing business on his/her own account or become interested therein as director, principal, representative, employee or in any relationship or capacity.

## TERMINATION

This contract may be terminated as follows:

1.  With cause by either party by giving the other party ten (10) days advance written notice.

    a.  In the event of termination for cause, the employee may, at his/her election, contest such termination in accordance with the grievance procedures set forth herein, or accept termination and receive payment of services rendered up to the effective date of termination plus a one-way airline ticket for his/her return to his/her point of hire.

    b. Termination for cause shall include any of the following:
    - use or possession of firearms, dangerous weapons, explosives, or drugs at place of employment or at employer provided housing facility
    - bringing in of unauthorized person(s) into the employee's assigned quarters or employer provided facilities
    - misrepresentation of the qualifications, skills, physical or mental fitness or inability to satisfactorily perform the duties for which the employee was hired - mental instability - neurosis - psychosis
    - failure to perform in accordance with established standards of performance
    - off-duty conduct that is detrimental to the employee's performance on the job, to the employer's business success, reputation, or similar concerns
    - careless performance, non-performance, or non-completion of assigned work
    - false statements given in obtaining or renewing a leave of absence
    - conviction in the CNMI of any felony or two or more misdemeanors
    - discrimination on the basis of sex, age, race, color, nationality, religion or handicap
    - use or possession of alcohol on the job, or intoxication on the job
    - reduction in force due to adverse economic conditions or economic necessity
    - shutdown of business operations on economic or institutional grounds
    - employee conduct reflecting unfavorably upon the employer
    - unauthorized taking or use of another person's or company's property
    - cessation of business or down-size of business operation
    - engaging in any unauthorized employment or business activity
    - purposely using company name for personal gains - violation of CNMI or U.S. federal law
    - the breach of any provision of this contract
    - driving without a valid driver's license - five unauthorized absences or tardiness
    - false employment application - abandoning of job or assigned duty
    - violation of company policies - destruction of property - fighting with co-worker(s)
    - assault - theft - insubordination - incompetence - neglect of duty - disloyalty

## REMITTANCE/OTHER OBLIGATIONS

The Employee shall be responsible for remitting any money to his/her family and payment of any taxes as required by his/her government in his/her country of origin.

## ENTIRE AGREEMENT

Page 3 of 4

The foregoing terms and conditions constitute the sole, entire agreement of the parties herein and shall supersede any other agreement, either written, verbal, or otherwise.

## SEVERABILITY AND APPLICATION

In the event that any part hereof or any provision herein contained be rendered or declared invalid by a decree of a court of competent jurisdiction, such invalidation of such part or portion of the employment contract shall be deemed separable from all other provisions of this employment contract other than those held invalid shall be in full force and effect. The parties to this contract shall correct the invalidated portion as soon as practicable by joint negotiations. The parties agree to negotiate in good faith to reform this employment contract in the event some of the provisions are declared invalid.

IN WITNESS WHEREOF, the parties hereto affix their names on the date and space so specified.

## DECLARATION

*I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on* ___3-04-04___ *at Saipan, Commonwealth of the Northern Mariana Islands.*

DATE: 3-04-04                                BY: JOAQUIN S. TORRES/Human Resources Director
                                                  *(Print Name, Title and Sign)*
                                                  L&T INTERNATIONAL CORPORATION

## DECLARATION

*I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on* ___3-04-04___ *at Saipan, Commonwealth of the Northern Mariana Islands.*

DATE: 3-04-04                                JOANNA B. ABELLANOSA
                                             EMPLOYEE *(Print Name and Sign)*

DATE: 8/17/4                    APPROVED BY: _____
                                             DIRECTOR OF LABOR

Page 4 of 4

# LUEN THAI APPAREL AFFILIATES - SAIPAN
## Engineering and Maintenance Department
April 14, 2003

### Required Manpower Complimentation & RIF Schedules

As of 4/14/03

| Section | Position | # | Last | First | Existing # Personnel | Required Manpower | No To Be Reduced | Reason of Reduction | Length of Tenure | EVAL RATING | Subject to RIF | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref & AirCon | Supervisor | 1 | Javier | Reynaldo | 1 | 1 | | | 10 yrs 7 mos | 70 | | |
| | Technician / Mechanic | 1 | De Guzman | Renli | 7 | 6 | 1 | Because of merging and reduction of housing facilities to be maintained. | 8 yrs 7 mos | 70 | | |
| | | 4 | Perillo | Martin Jr. | | | | | 2 months | 70 | | |
| | | 6 | Tiliano | Daniel | | | | | 4 yrs 9 mos | 70 | | |
| | | 5 | Serrano | Rudolfo | | | | | 2 yrs 6 mos | 68 | | |
| | | 2 | Gabi | Gilbert | | | | | 4 yrs 6 mos | 86 | | |
| | | 7 | Duenas | Raymond | | | | | 1 yr 2 mos | 48 | | |
| | | 3 | Mabini | Norberto | | | | | 4 yrs 2 mo | 38 | Mabini, Norberto | For RIF |
| Building Repair & Maintenance | Supervisor | 1 | Reyes | Marcio | 1 | 1 | | | 12 yrs 3 mos | | | |
| | Staff Houses Maintenance and Project Supervisor/Coordinator | 1 | Benjamin | Pabuna | 1 | 1 | | | 13 yrs | | | |
| | Expediter | 1 | Recto | Vilena | 1 | 1 | | | 8 yrs 3 mos | 72 | | |
| | Carpenter | 1 | Benedicto | Fernando | 6 | 6 | | | 11 yrs 10 mos | 68 | | |
| | | 2 | Concebierte | Celso | | | | | 8 yrs 9 mos | 66 | | |
| | | 3 | Paracale | Valentine | | | | | 7 yrs 3 mos | 88 | | |
| | | 4 | Javier STA | Reynaldo | | | | | 12 yrs 3 mos | 72 | | |
| | | 5 | Del Rosario | Benjamin | | | | | 12 yrs | 74 | | |
| | | 6 | Ilarde | Quirino | | | | | 3 yrs 8 mos | 70 | | |
| | Mason | 1 | Javier | Ernesto | 4 | 3 | 1 | Because of merging and reduction of housing facilities to be maintained. | 2 yrs 4 mos | 70 | | |
| | | 2 | Shen | Yong Jie | | | | | 4 yrs 8 mcs | 68 | | |
| | | 3 | Nuncio | Artemio | | | | | 11 yrs 8 mos | 74 | | |
| | | 4 | Miguel | Rufino | | | | | 6 yrs 5 mos | 66 | Miguel, Rufino | For RIF |
| | Painter | 1 | Paglinawan | Danilo | 2 | 2 | | | 13 yrs 2 mos | 72 | | |
| | | 2 | Santos | Ramon | | | | | 2 yrs 5 mos | 68 | | |
| | Plumber | 1 | Remolin | Roberto | 2 | 1 | 1 | Because of merging and reduction of housing facilities to be maintained. | 11 yrs 6 mos | 74 | | |
| | | 2 | Orense | Alvin | | | | | 4 yrs | 68 | Orense, Alvin | For RIF |
| | Repairer | 1 | Pilongco | Graciano | | | | reduction of housing facilities to be maintained. | 7 mos | 60 | | |
| | | 2 | Tabora | Domingo, Jr. | | | | | 2 yrs 10 mos | 60 | Vega, Nassar | For RIF |
| | | 3 | Vega | Nassar | 4 | 2 | 2 | Because of merging and | 1 yr 8 mos | 58 | Dayit, Jose Jr. | For RIF |
| | | 4 | Dayit | Jose, Jr. | | | | | | | | |

Note: There are excess of Personnel in some section/areas of the department because of the merging of factory & housing maintenance crew, also the result Production parnership and merged / ceased of some Production Lines.

Exh. "B"

| Section | Position | | Last | NAME First | Existing # Personnel | Required Manpower | No To Be Reduced | Reason of Reduction | Length of Tenure | EVAL RATING | Subject to RIF | Remarks and/or Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electrical | Supervisor | 1 | Robles | Romeo | 1 | 1 | | | 12 yrs 7 mos | | | |
| | Electrician | 1 | Chen | Fu Xing | 6 | 6 | | | 4 yrs 10 mos | 78 | | |
| | | 2 | Evangelista | Joselito | | | | | 14 yrs 4 mos | 80 | | |
| | | 3 | Maniacop | Reynaldo | | | | | 9 mos | 68 | | |
| | | 4 | Padua | Gerardo | | | | | 8 yrs | 82 | | |
| | | 5 | Marcelo | Merwin | | | | | 9 yrs 5 mos | 62 | | |
| | | 6 | Jacob | Rolando Jr. | | | | | 8 yrs 9 mos | 60 | | |
| Power Generation | Mechanic | 1 | Muña | Ruel | 1 | 1 | | | 2 yrs 8 mos | 86 | | |
| | Operator | 1 | Maggina | Manuel | 2 | 3 | | | 4 yrs 8 mos | 60 | | |
| | | 2 | Wabol | Jose | | | -1 | | 5 yrs | 58 | | |
| SMI Maintenance | Supervisor / Aircon Tech | 1 | De Castro | Manuel | 1 | 1 | | | 4 yrs | | | |
| | Electrician & Gen set Operator | 2 | Vicencio | Rolando | 1 | 1 | | | 7 mos | 68 | | |
| | Repairer/welder/carpenter/Mason | 3 | Xu | Qi Lun | 1 | 1 | | | 3 yrs 2 mos | 70 | | |
| | Aircon Tech./Utility Driver | 4 | Sunwar | Naram | 1 | 1 | | | 6 yrs 6 mos | 64 | | |
| Mechanical | Supervisor | 1 | Oria | Juanito | 1 | 1 | | | 12 yrs 7 mos | | | |
| | Water Treatment Operator | | | | 0 | -1 | -1 | | | | | |
| | Boiler Operator | 1 | Casido | Teodoro | 3 | 3 | | | 6 yrs 7 mos | 84 | | |
| | | 2 | Espiana | Vito | | | | | 5 yrs 7 mos | 58 | | |
| | | 3 | Sarmiento | Noel | | | | | 5 yrs 4 mos | 84 | | |
| | Washer Mechanic | 1 | Paela | Rolver | 2 | 1 | -1 | Because of personel merging and flexibility of work assignement of the staff. | 1 yr 8 mos | 68 | | |
| | | 2 | Llegas | Jerry | | | | | 1 yr 8 mos | 44 | Llegas, Jerry | For RIF |
| | Dryer Mechanic | 1 | Espolas | Marlo Jr. | 1 | 1 | | | 6 yrs 2 mos | 84 | | |
| | Welder / Fabricator / Mechanic | 1 | Romero | Jaime | 3 | 3 | | | 6 yrs 4 mos | 60 | | |
| | | 2 | Mausiq | Carlito | | | | | 6 yrs 7 mos | 68 | | |
| | | 3 | Yao | Jian Yun | | | | | 4 yrs 10 mos | 62 | | |
| | Pipe Fitter / Plumber | 1 | Aguito | Francisco | 2 | 0 | -2 | Because of personel merging and flexibility of work assignment of the staff. | 1 yr 11 mos | 54 | Aguito, Francisco | For RIF |
| | | 2 | Cruz | Benjamin Jr. | | | | | 1 yr 3 mos | 40 | Cruz, Benjamin Jr. | For RIF |

| Section | Position | | Existing # Personnel | Required Manpower | No To Be Reduced | Reason of Reduction | Length of Tenure | EVAL. RATING | Subject to RIF | Remarks and/or Decision |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| General Services | Supervisor - Factory Janitorial Services | | | | | | | | | |
| | 1 | Balita, Alberto | 1 | 1 | | | 11 yrs 4 mos | | | |
| | | | | | | | | | | |
| Janitors - Main Factories | | | 28 | 20 | 8 | | | | | |
| | | NAME Last / First | | | | | | | | |
| | 1 | Abellera Honesto | | | | Result of housekeeping partnership with the production workers and merging and ceased of some operation lines that requires reduction of janitorial staff. | 3 yrs 7 mos | 72 | | |
| | 2 | Barol Montu | | | | | 5 yrs 3 mos | 76 | | |
| | 3 | Bhuiyan Khairul | | | | | 8 mos | Gone | Bhuiyan, Khairul | For RIF (T.W.A.) Contract expired 5/19/03. |
| | 4 | Blancaflor Ruben | | | | | 14 yrs 7 mos | 72 | | |
| | 5 | Dela Cruz Catalino | | | | | 14 yrs 3 mos | 74 | | |
| | 6 | Doroja Antonio | | | | | 14 yrs 4 mos | 68 | | |
| | 7 | Habilito Leo | | | | | 5 mos | 62 | | |
| | 8 | Ishaque Mohamed | | | | | 7 yrs 4 mos | 60 | Ishaque, Mohamed | Resigned / not renewing contract which expires 6/3/03. |
| | 9 | Islam Md. Amirul | | | | | 5 yrs | 72 | | |
| | 10 | Islam Md. Din | | | | | 6 yrs | 72 | | |
| | 11 | Islam Md. Siful | | | | | 7 yrs 9 mos | 88 | | |
| | 12 | Islam Shafiqul | | | | | 2 yrs 1 mo | 60 | Islam, Shafiqul | For RIF (TWA) |
| | 13 | Phill Eufrocina | | | | | 2 yrs 2 mo | 78 | | |
| | 14 | Kashem Md. Adul | | | | | 7 yrs 5 mos | 62 | | |
| | 15 | Khan Md. Suhel | | | | | 8 yrs 5 mos | 68 | | |
| | 16 | Laceamana Virgilio | | | | | 11 yrs 8 mos | 72 | | |
| | 17 | Laserna Norberto | | | | | 13 yrs 9 mos | 68 | | |
| | 18 | Lizo Vicente | | | | | 8 mos | 72 | | |
| | 19 | Mallick Niranjan | | | | | 2 yrs 6 mos | 74 | Mallick, Niranjan | Transferred |
| | 20 | Mannan Mohamad | | | | | 3 yrs 5 mos | 66 | | |
| | 21 | Miah Babul | | | | | 1 yr | 74 | | |
| | 22 | Monsel Jasper Ian | | | | | 8 yrs 4 mos | 74 | | Transferred |
| | 23 | Nicolas Leonardo | | | | | 12 yrs 7 mos | 72 | | Transferred |
| | 24 | Nuda Lambeto | | | | | 12 yrs 2 mos | 74 | | Transferred |
| | 25 | Pangilinan Edgardo | | | | | 7 yrs 9 mos | 72 | | |
| | 26 | Ullah Md. Aman | | | | | 11 yrs 3 mos | 66 | | To be transferred |
| | 27 | Villanueva Eligio | | | | | 3 yrs | 72 | | |
| | 28 | Shamsuzzaman | | | | | | | | |
| | | | | | | | | | | |
| Janitors - GMI Factory | | | 8 | 6 | 2 | Result of housekeeping partnership with the production workers and merging and ceased of some operation lines that requires reduction of janitorial staff. | | | | |
| | 1 | Asuncion Romeo | | | | | 7 mos | 70 | | |
| | 2 | Alam Md. Ashraful | | | | | 7 yrs 5 mos | 62 | | |
| | 3 | Ali Easin | | | | | 1 yr | 80 | | |
| | 4 | Asaduzzama Mohamed | | | | | 4 yrs 9 mos | 66 | | |
| | 5 | Mokter | | | | | 5 yrs 11 mos | 58 | | To be transferred |
| | 6 | Rahman Md. Moktasur | | | | | 5 yrs 5 mos | 64 | | |
| | 7 | Rashid Harun Or | | | | | 7 yrs 5 mos | 58 | | To be transferred |
| | 8 | Sunuwar Padam | | | | | 4 yrs 5 mos | 68 | | |

| Section | Position | No. | Name Last | Name First | Existing Personnel/Implementation | Required Manpower | No To Be Reduced | Reason of Reduction | Length of Tenure | EVAL RATING | Subject to RIF | Remarks and/or Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Services (Housing) | Supervisor - Staff Houses Janitorial Services | 1 | U | Ohn Khin | 1 | 1 | | | 9 yrs 7 mos | | | |
| | Janitors - Staff Houses | 1 | Aziz | Syed Abed | 16 | 15 | 1 | Because of merging and reduction of housing facilities to be maintained due to reduction of Production/orders. | 2 yrs 3 mos | 66 | | |
| | | 2 | Hossain | Moazzem | | | | | 6 yrs | 56 | Hossain, Moazzem | To be transferred |
| | | 3 | Ibrahim | Mohammed | | | | | 4 yrs 7 mos | 58 | | |
| | | 4 | Irabon | Rodolio | | | | | 2 yrs | 68 | | |
| | | 5 | Islam | Md. Raflcul | | | | | 6 yrs | 68 | | |
| | | 6 | Kadir | Mohamed | | | | | 4 yrs 10 mos | 64 | | |
| | | 7 | Mia | Md. Baschu | | | | | 4 yrs 10 mos | 70 | | |
| | | 8 | Miah | Manik | | | | | 3 yrs 11 mos | 68 | Miah, Manik | For RIF |
| | | 9 | Monir | | | | | | 2 yrs 10 mos | 62 | Monir | For RIF |
| | | 10 | Mothalib | Abdul | | | | | 5 mos | 56 | Mothalib, Abdul | For RIF |
| | | 11 | Pelina | Marcos Jr. | | | | | 7 yrs 4 mos | 52 | Pelina, Marcos Jr. | For RIF |
| | | 12 | Rehman | Shahinur | | | | | 4 yrs 10 mos | 70 | Rahman, Shahinur | For RIF |
| | | 13 | Uddin | Md. Gias | | | | | 4 yrs 1 mo | 62 | | |
| | | 14 | Uddin | Tamiz | | | | | 4 yrs 4 mos | 66 | Uddin, Tamiz | For RIF |
| | | 15 | De Vera | Arnold | | | | | 4 yrs 4 mos | 56 | | |
| | | 16 | Primo | Alfonso | | | | | 8 yrs 4 mos | 58 | | |
| | Plumber / Drinking M/o Operator | 1 | Kashem | Abul | 2 | 2 | | | 6 yrs 3 mos | 76 | | |
| | | 2 | Vechi | Rodulfo | | | | | 12 yrs 3 mos | 76 | | |
| | Dump Truck / Refuse Truck Driver | 1 | Dela Cruz | Jesus | 3 | 3 | | | 7 yrs 9 mos | 72 | | |
| | | 2 | Laborce | Benjamin | | | | | 1 yr 5 mos | 74 | | |
| | | 3 | Mollah | Mashid | | | | | 8 yrs 10 mos | 72 | | |
| | Water Truck Driver | 1 | Mendoza | Agapito | 3 | 3 | | | 8 yrs 4 mos | 70 | | |
| | | 2 | Lizo | Leandro | | | | | 2 yrs 2 mos | 72 | | |
| | | 3 | Mangubat | Jerry | | | | | 6 mos | 80 | | |
| | Honeywagon Driver | 1 | Martin | Nestor | 1 | 1 | | | 2 yrs 5 mos | 72 | | |

## 2004 RIF MATRIX

| LAST NAME | FIRST NAME | EFFICIENCY | LAST NAME | FIRST NAME | EFFICIENCY |
|---|---|---|---|---|---|
| ABELLANOSA | JOANNA | 25.08 | CHEN | LI QING | 79.36 |
| AGGARI | VIOLETA | 54.10 | CHEN | LING | 90.15 |
| ALVARADO | MARISA | 44.13 | CHEN | CHUN XIA | 93.39 |
| ANCHETA | NESHELL | 59.13 | CHEN | JUAN | 95.21 |
| ANGELADA | VIRGINIA | 72.69 | CHEN | YU MEI | 96.38 |
| ANTATICO | NORA | 48.42 | CHEN | SHUI YING | 98.28 |
| APIT | LOLY | 25.69 | CONCEPCION | ANDREA | 34.32 |
| APOSTOL | LEONIDA | 43.76 | CONSUL | NOEME | 58.85 |
| APOSTOL | NENITA | 30.77 | CONTEMPLACION | NELIDA | 41.38 |
| AQUINO | MA. RUSSEL | 52.61 | CORREA | HAIDE | 47.87 |
| ARANDA | MARLOU | 35.63 | CRUZ | AGNES | 42.96 |
| ARCEGA | PRECILLA | 53.78 | CRUZ | HELEN | 54.29 |
| ASIA | ANGELITA | 52.98 | DELA CRUZ | MA. ROSARIO | 33.61 |
| ASUNCION | MARIVIC | 49.07 | DELA VEGA | ROSANNA | 84.78 |
| BAAY | CRISTINA | 37.61 | DELOS SANTOS | ELENA | 52.02 |
| BALBIDO | MARISSA | 33.65 | DOMINE | CORAZON | 43.76 |
| BALCITA | AMALIA | 25.69 | DOWAI | ROSITA | 68.26 |
| BALICHA | ESTELITA | 54.70 | DUGAY | NOMIELAIDA | 25.69 |
| BALMOJA | EMEJEAN | 48.42 | ESPELARGA | JEFFREY | 22.16 |
| BANAAG | EVELYN | 48.43 | FAJARDA | AMELITA | 28.95 |
| BANGUILAN | TERESITA | 41.38 | FALCON | JOSEPHINE | 61.59 |
| BANTILLO | DELMA | 36.91 | FAMI | TESSIE | 69.87 |
| BARCELO | EMILY | 24.99 | FAN | XIA CHI | 84.01 |
| BARUELA | RAFAELA | 55.46 | FAN | WEI QIN | 83.54 |
| BASTO | ZENAIDA | 38.09 | FANG | ZHU LIAN | 85.29 |
| BAUTISTA | CONSOLITA | 50.14 | FANG | FANG YING | 81.16 |
| BENITO | CEFERINA | 80.76 | FENG | YUE ZHONG | 100.49 |
| BERNARDINO | EVA | 44.65 | FU | XIAO HUA | 86.08 |
| BUTIC | TERESITA | 44.05 | FU | YAN FENG | 90.62 |
| CABANIT | ANASTACIA | 43.87 | GADIANE | MARILYN | 52.20 |
| CAO | FENG | 95.54 | GALANG | JOCELYN | 31.31 |
| CAO | YU MEI | 91.10 | GAMBOA | MARIA GENIA | 30.78 |
| CAPACITE | EMERITA | 52.98 | GAO | JIAN GANG | 88.90 |
| CARAIT | RUBY | 25.69 | GASES | NENITA | 41.79 |
| CASTRO | ALICIA | 33.88 | GE | ZHI YAN | 83.76 |
| CAVA | MARITA | 51.75 | GELERA | EIREEN | 45.90 |
| CHAVEZ | EVANGELINE | 47.10 | GEORGE | LILIA | 30.78 |
| CHEN | MEI JUN | 92.40 | GONZALES | ELENITA | 65.49 |
| CHEN | CAI YUN | 94.21 | GONZALES | GUADALUPE | 38.09 |
| CHEN | MEI LAN | 84.00 | GONZALES | ELISA | 30.78 |
| CHEN | QUAN FENG | 85.90 | GUO | MEI FANG | 94.09 |
| CHEN | DONG | 88.21 | HAN | JU MEI | 82.79 |
| HAN | ZHONG QING | 85.89 | LU | SHAO HUA | 89.45 |
| HERNANDEZ | WENDELINE | 32.72 | LU | YING QUN | 95.50 |
| HIBI | MARCIANITA | 61.16 | LUO | CUI HONG | 88.10 |

Exh. "C"

| LAST NAME | FIRST NAME | EFFICIENCY | LAST NAME | FIRST NAME | EFFICIENCY |
|---|---|---|---|---|---|
| HOU | ZHI CUI | 87.54 | MA | WEI JUAN | 97.96 |
| HU | GUO JING | 95.33 | MACLANG | MARIDETH | 53.24 |
| HU | CUI RONG | 88.38 | MAGALONG | JOSEPHINE | 52.98 |
| HUANG | MEI JUAN | 88.45 | MAGNAYE | MA. BEATRIZ | 52.02 |
| HUANG | XIU FENG | 87.84 | MANZANILLA | EDELITA | 41.81 |
| IBIA | TESSIE | 67.30 | MAO | CAI HONG | 87.78 |
| INDICO | GRACE | 57.56 | MATEO | MARLA | 38.13 |
| INOPIQUEZ | ROSALINDA | 27.38 | MENDEZ | MERLE | 65.55 |
| JARDINEZ | NENITA | 66.09 | MENDEZ | CIELA | 61.69 |
| JI | JU | 85.78 | MENDOZA | BELINDA | 52.23 |
| JI | BIN | 88.73 | MENG | QING JUAN | 88.35 |
| JIANG | YA JU | 92.29 | MIRANDA | AMALIA | 34.78 |
| JIANG | HONG YUN | 96.85 | MOLINA | ELIZABETH | 44.60 |
| JIANG | HAI YING | 98.32 | MONSALUD | EVA | 51.98 |
| JIN | HONG | 80.64 | MORA | MARIETA | 61.42 |
| KAN | HAI YING | 85.59 | NABOR | CELESTINA | 44.14 |
| LADIA | VICTORIA | 38.09 | NAVARRETE | GRACE | 56.39 |
| LEJANO | ANGELA | 33.65 | NAVARRO | REMY | 57.11 |
| LI | MEI JIAO | 88.08 | NAVIDA | MARICHU | 38.09 |
| LI | WEI HONG | 72.18 | NGESKEBEI | HERLY MARIE | 65.24 |
| LI | FENG YING | 85.40 | NIMO | EULALIA | 52.67 |
| LI | XIA LI | 90.38 | NIPAYA | LEONILA | 34.75 |
| LI | PING | 91.20 | NISPEROS | JENITA | 52.63 |
| LI | WEN BO | 92.56 | NUEVA | MARITES | 25.69 |
| LIAO | XIAO FEN | 94.34 | OLERMO | RUBY | 52.55 |
| LIN | KAI MEI | 84.21 | PANGAN | MARITA | 47.52 |
| LIN | XING ZAN | 101.77 | PANGELINAN | TERESITA | 30.78 |
| LIN | RU YU | 88.72 | PASCUA | DYNA | 41.79 |
| LIU | JIAN FEN | 56.98 | PASCUAL | MYRNA | 52.98 |
| LIU | DAN | 84.88 | PELEGRINO | ADORACION | 52.03 |
| LIU | QING LIN | 95.68 | PENA | ERNESTO JR. |  |
| LIU | SHU HUA | 82.60 | PERFECTO | CHARITO | 33.65 |
| LIU | HAI HUA | 85.84 | POMAREJOS | GLORIA | 31.08 |
| LOPEZ | JERICO | 59.31 | QIAO | YING | 93.56 |
| LORENZO | MA. NIEVA | 68.06 | QIN | GUANG MEI | 85.02 |
| LOZANO | NELIA | 40.07 | QIN | YUN YAN | 95.51 |
| LU | XIAO QIN | 85.87 | QIN | WU MEI | 95.90 |
| LU | XIAO HUA | 85.91 | QUIPOT | MERCIA | 36.89 |
| LU | HUA YING | 88.63 | RAO | ZHI KUN | 85.27 |
| LU | LI LIN | 85.74 | RELEVANTE | ADORA MAE | 34.17 |
| LU | YUE YING | 85.76 | REN | WEI FEN | 91.24 |
| REN | QIAO ZAN | 94.74 | WU | YAN | 86.41 |
| REYES | AMELIA | 52.02 | WU | HAI JUAN | 84.56 |
| RINON | GERTRUDES | 70.26 | WU | LI LAN | 95.26 |
| RIVERA | ANALIZA | 60.76 | XIA | JIE | 87.86 |
| RONG | LI JUAN | 93.56 | XIE | JU ZHEN | 81.84 |
| SAGUIPED | MELLANY | 64.46 | XU | HAI YAN | 85.22 |

Page 2 of 3

| LAST NAME | FIRST NAME | EFFICIENCY | LAST NAME | FIRST NAME | EFFICIENCY |
|---|---|---|---|---|---|
| SALVADOR | JANNA | 52.98 | XU | LIN FEI | 88.84 |
| SAPIANDANTE | MILA | 33.61 | XU | NAN NAN | 92.11 |
| SHA | JIN MEI | 89.16 | XU | CHUN MEI | 99.54 |
| SHAO | JIAN LAN | 85.64 | XU | FENG YING | 92.10 |
| SHEN | JIAN XIU | 89.14 | YANG | YU HAI | 71.48 |
| SHEN | HONG BO | 91.26 | YANG | RONG ZHENG | 92.78 |
| SHI | HAI QIN | 86.24 | YANG | LIAN DI | 82.95 |
| SHU | WEN XIU | 85.26 | YANG | JIN LI | 96.39 |
| SORIANO | MARIETTA | 34.78 | YANG | XIU XIA | 101.49 |
| SU | MEI JUAN | 85.77 | YE | XIAO YAN | 102.16 |
| SUN | XUE YING | 85.05 | YE | XIA HUA | 67.84 |
| SUN | PING | 82.56 | YIN | LI LI | 95.68 |
| SUN | LU HUA | 96.16 | YSMAEL | JOSEFINA | 57.52 |
| TABLICO | CORALINA | 87.49 | YU | JIAN HONG | 101.85 |
| TANG | XIAO QING | 85.59 | YU | ZHENG QIN | 89.19 |
| TAPIADOR | TERESA | 35.87 | YU | SHU XIA | 92.11 |
| TEBERIO | JESSICA | 53.85 | YU | WEI MING | 93.43 |
| TOBIAS | JOCELYN | 41.81 | YU | GUI KAI | 95.76 |
| TU | YING | 87.69 | YU | YA QUN | 85.58 |
| TURLA | GERLIE | 58.91 | YU | HAI LING | 90.79 |
| VALDEZ | ALMAIRA | 69.87 | YU | XIA | 100.52 |
| VALDOZ | SHEROWIN | 44.41 | ZENG | DE JUAN | 99.03 |
| VELARDE | LILIA | 30.78 | ZHANG | CAI XIANG | 88.24 |
| VILLANUEVA | MARIBEL | 47.87 | ZHANG | QI FANG | 90.66 |
| WANG | YIN HUAN | 83.76 | ZHANG | SHU RONG | 98.78 |
| WANG | E LI | 90.88 | ZHANG | YA HONG | 85.59 |
| WANG | XI LAN | 94.11 | ZHANG | XIAO LI | 86.45 |
| WANG | JIAN FEN | 95.21 | ZHANG | MEI XIANG | 92.11 |
| WANG | CHANG LAN | 99.66 | ZHANG | CAI JUAN | 83.76 |
| WANG | WEI ZHU | 82.65 | ZHANG | FENG YING | 86.61 |
| WANG | DE LAN | 96.72 | ZHANG | LI | 92.09 |
| WANG | YOU QIAO | 87.65 | ZHANG | LI | 96.78 |
| WANG | WEI XIAN | 90.85 | ZHANG | XIU FANG | 89.40 |
| WANG | XIN YAN | 91.82 | ZHANG | XIAO LI | 92.20 |
| WANG | JIN YAN | 100.40 | ZHENG | ZI XIAN | 81.00 |
| WENG | XUE FEN | 85.62 | ZHENG | CUI LAN | 88.46 |
| WU | YAN FANG | 87.59 | ZHENG | XIAO YAN | 86.01 |
| WU | XIAO MEI | 91.05 | ZHOU | YUE SONG | 88.45 |
| ZHOU | XI MEI | 91.64 | | | |
| ZHU | BAO MEI | 86.61 | | | |
| ZHU | HAI YAN | 87.43 | | | |
| ZHU | SU FANG | 88.14 | | | |
| ZHU | LI MEI | 96.81 | | | |
| ZHU | GUI LIAN | 88.45 | | | |
| ZHU | RONG HUA | 90.39 | | | |
| ZHU | LI JIAO | 92.57 | | | |
| ZHUO | RONG | 95.67 | | | |



**L&T**
Group of
Companies, Inc.

May 12, 2004

Ms. Joanna Abellanosa
Saipan, MP 96950

Dear Ms. Abellanosa:

**SUBJECT: NOTICE OF TERMINATION**

It is with much regret that we inform you that your employment with the company is hereby terminated effective 10 days from receipt of this notice due to the on-going re-engineering and reduction in force due to economic necessity.

Please turn over any and all company properties in your possession including but not limited to reports and other documents to the undersigned and/or her designee on or before May 13, 2004

Should you have any questions about this notice, please feel free to discuss the same with the undersigned.

Sincerely,

**MA. LUISA DELA-CRUZ ERNEST**
*Human Resources Manager*

diskfileref/trm_ntc_122
/diver



P.O. Box 501280, Saipan, Commonwealth of the Northern Mariana Islands, MP 96950
Telephone: (670) 236-2143/2145; 322-9006/5451 • Facsimile: (670) 322-9202/0893

Exh. "D"