JOE HILL, Esq.
HILL LAW OFFICES
P. O. Box 500917
Saipan, MP 96950
Phone: (670) 234-6806/7743
Fax: (670) 234-7753

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et.al.., <br><br>Plaintiffs, <br><br>vs. <br><br>L&T INTERNATIONAL CORPORATION, <br><br>Defendant. | CIVIL ACTION NO. 05-0010 <br><br><br> CERTIFICATE OF SERVICE |

I, **YANG, LI**, hereby certify that I am an adult person and that I personally served true and correct copies of the following documents in Civil Case No. 05-0010 on Attorney Colin Thompson at his office located on the 2nd Floor of J.E. Tenorio Building at Middle Road, Saipan on August 04, 2006.

　　1.　Notice of motion and verified motion to compel answers to requests for admission and answers to interrogatories;

　　2.　Plaintiffs' notice and verified motion to compel answers to requests for admission and answers to interrogatories;

　　3.　Declaration of Joe Hill in support of motion to compel answers to requests for admission and answer to interrogatories/LR 26.4 certificate of compliance;

　I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 07th day of August, 2006 at Saipan, CM.

_____
YANG, LI
Affiant