JOE HILL
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., | Civil Action No. 05-0010 |
| Plaintiffs, | STIPULATION TO CHANGE OF MOTION HEARING DATE |
| v. | |
| L&T INTERNATIONAL CORPORATION, | |
| Defendant. | |

Counsel for Plaintiffs, Joe Hill and counsel for Defendant, Steven P. Pixley hereby move and stipulate to the change of the hearing date on Defendants' Motion for Summary Judgment from the present August 31, 2006 to Thursday, September 07, 2006 at 8:30 a.m. and so moves this Honorable Court for such an order.

Dated this 10th day of August 2006.

_____
Steven P. Pixley,
Counsel for Defendant

_____
Joe Hill,
Counsel for Plaintiffs