F I L E D
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOANNA ABELLANOSA, *et al.*, ) | Civil No. 05-0010 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | ORDER RE-SETTING |
| ) | MOTION HEARING DATE |
| L&T INTERNATIONAL CORPO- ) | |
| RATION, a corporation of the ) | |
| Commonwealth of the Northern ) | |
| Mariana Islands, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

PURSUANT TO the stipulation of the parties,

IT IS ORDERED that the hearing on defendants' motion for summary judgment is re-scheduled to Thursday, September 7, 2006, at 8:30 a.m. All other dates and deadlines remain unchanged. The parties are admonished to provide the

court with a form order for procedural motions such as this one.

DATED this 14th day of August, 2006.

_____
ALEX R. MUNSON
Judge

2