**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> **STIPULATION TO CHANGE OF MOTION HEARING DATES RE: MOTION TO COMPEL, MOTION FOR SUMMARY JUDGMENT/SETTLEMENT CONFERENCE/PROPOSED ORDER** |

Counsel for Plaintiffs, Joe Hill and counsel for Defendant, Colin M. Thompson hereby move and stipulate to the change of the hearing date and the time for service and filings of the parties' respective opposition and reply to Plaintiffs' Motion to Compel Answers to Requests for Admission and Answers to Interrogatories, presently set for hearing on August 31, 2006 and Defendant's Motion for Summary Judgment, presently set for hearing on September 7, 2006,

for hearing on Thursday, September 14, 2006. Defendant shall file and serve its Opposition to Plaintiffs' Motion to Compel Answers to Request for Admission and Answers to Interrogatories on or before August 31, 2006 and Plaintiffs' Reply, if any, shall be due on or before September 7, 2006. Plaintiffs shall serve and file their Opposition to Defendant's Motion for Summary Judgment, on or before August 31, 2006 and Defendant's Reply shall be due on or before September 7, 2006.

Counsels further stipulate that the presently scheduled September 8, 2006 Settlement Conference in this case be re-set for September 14, 2006 to follow the said hearings.

Dated this 23rd day of August 2006.

SO STIPULATED.

/s/ _____          /s/ _____
Colin M. Thompson                    Joe Hill
Counsel for Defendant                Counsel for Plaintiffs