F I L E D
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> ~~[PROPOSED]~~ ORDER GRANTING THE PARTIES' STIPULATION TO CHANGE OF MOTION HEARING DATES RE: MOTION TO COMPEL, MOTION FOR SUMMARY JUDGMENT AND SETTLEMENT CONFERENCE |

GOOD CAUSE appearing and based on the stipulation of the parties, the hearings on both Plaintiffs' Motion to Compel and Defendant's Motion for Summary Judgment are hereby reset and shall be heard Thursday, September 14, 2006 at 9:00 o'clock a.m., and a Settlement Conference shall be held following said hearing. The filing and service of the parties' respective oppositions and replies to the motions shall be as stated in the Stipulation.

Page 1

SO ORDERED and entered this 24TH day of August 2006.

_____
HON. ALEX R. MUNSON
District Court Judge

Page 2