**JOE HILL, Esq.**
HILL LAW OFFICES
P. O. Box 500917
Saipan, MP 96950
Phone: (670) 234-6806/7743
Fax: (670) 234-7753

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et.al.., | CIVIL ACTION NO. 05-0010 |
| Plaintiffs, vs. | |
| L&T INTERNATIONAL CORPORATION, | CERTIFICATE OF SERVICE |
| Defendant. | |

I, **YANG, LI**, hereby certify that I am an adult person and that I personally served true and correct copies of the following documents in Civil Case No. 05-0010 on Attorney Colin Thompson at his office located on the 2nd Floor of J.E. Tenorio Building at Middle Road, Saipan on September 01, 2006.

1. Plaintiffs' opposition to defendant's motion for summary judgment and plaintiffs' cross motion for summary judgment;

2. Declaration of Joe Hill in support of plaintiffs' opposition to defendant's motion for summary judgment/Rule 56(f) Affidavit;

3. Declaration of Rosario R. Dela Cruz in support of plaintiffs' opposition to defendant's motion for summary judgment;

4. Declaration of Jocelyn Tobias in support of plaintiffs' opposition to defendant's motion for summary judgment;

5. Declaration in support of plaintiffs' opposition to defendant's motion for summary judgment(Mila M. Sapiandante);

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 05th day of September, 2006 at Saipan, CM.

YANG, LI
Affiant