**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> ERRATA RE: PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT <br><br> Date: September 14, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

Plaintiffs respectfully submit the following *errata* correcting Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment filed on August 31, 2006.

   1.   Table of Contents - added after it was inadvertently omitted.

   2.   Table of Authorities - added after it was inadvertently omitted.

   3.   Page 7, Line 3 - add "of Action" after the word "Causes" to read ". . . on the First, Third, Fourth and Seventh Causes of Action."

1    4.    Page 7, Line 9 - strike "Affidavit of Tobias, In Support of Plaintiffs'
2 Opposition" and replace with "Deposition of Tobias, Page 199/Lines 18-25; Page 200/Lines
3 1-21; and Page 201/Lines 20-24.

4    5.    Page 9, Line 8 - the citation "Arriaya" should read "Arriaga"; add page
5 numbers "1236-1237" after page number 1228.

6    6    Page 9, Line 24 - at the end of quotation to add "<u>Ibid</u>. pp. 1236-1237."

7    7.    Page 10, line 1 - to read as "lists items which"

8    8.    Page 10, Line 13 - at the end of quotation to add " <u>Ibid</u>. p. 1243; Footnote 19.

9    9.    Page 10, Line 18 - to read " ...arises from and is restricted to and conditioned
10 on the terms and procedural requirements of the NWA."

11    10.    Page 10, Line 24 - change the word "Complainant" to  read "Complaint" and
12 add the exhibit number to read "(Exhibit "8" First Amended Complaint)."

13    11.    Page 12, Line 1 - change the word "form" to read "from".

14    12.    Page 13, Line 4 - strike "Affidavit of Joe Hill" and insert "Deposition of Jack
15 Torres, page 195/Lines 21-25; page 196/Lines 1-9."

16    13.    Page 13, Line 17 - strike the word "Affidavit" and replace with Declaration;
17 and add "Declaration of Mila Sapiandante; and Declaration of Ariel Cruz."

18    14.    Page 14, line 3 - change the word "non" to "nor".

19    15.    Page 14, Line 10 - after the quotation add "Deposition of Jack Torres, Page
20 196/Lines 10-17.", then insert this quotation on page 12, line 15 before the sentence
21 beginning with the word "Accordingly".

22 **Abellanosa et al., v. L&T Int'l. Corp., Civil Action No. 05-0010**
   **Errata Re: Plaintiff's Opposition to Defendants' Motion for Summary**
23 **Judgment and Plaintiffs' Cross Motion for Summary Judgment**
                                    Page 2 of  4

16. Page 15, Line 24 - change "L & Tt" to read "L&T."

17. Page 16, line 4 - strike the sentence beginning with "Likewise . . ." and insert the following:

Likewise, Defendant's argument that the contract is integrated is thereby refuted and not true, as shown above. First, the employment contract itself, which was unilaterally drafted by the Defendant and "not the standard nonresident contract form used by the CNMI DOL," is not in itself integrated. *See* Defendant's Responses to Requests for Admission Nos. 8 and 9. Secondly, on its face, the employment contract refers to documents outside the four corners of the contract. Thirdly, L&T - as the employer, signed with the Director of Labor an Employer's Nonresident Worker Agreement which contains provisions the terms of which are to be applied to the Employment Agreement. Restatement 2d, Contracts, Section 209, Comment c. Proof of Integration.

18. Page 17, line 13 - strike the word "Affidavit" and insert the word "Declaration".

19. Page 18, at the end of Line 4 - insert (*See* Declarations of Jocelyn Tobias, Ariel M. Cruz, Rosario de la Cruz, and Declaration of Joe Hill).

20. Page 2, paragraph 8 of Tobias' Declaration - strike the word "were" at the beginning of the sentence and replace with I (We), to read "I (We) were employed . . ."

21. Page 2, paragraph 8 of Declaration of Sapiandante - strike the first word "Were" at the beginning of the sentence and change to read "I (We) were employed . . ."

**Abellanosa et al., v. L&T Int'l. Corp., Civil Action No. 05-0010**
**Errata Re: Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment**
Page 3 of  4

**SIGNED** this 5th day of September, 2006.

/S/ _____
**JOE HILL**
Attorney for Plaintiffs

**Abellanosa et al., v. L&T Int'l. Corp., Civil Action No. 05-0010**
**Errata Re: Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment**
Page 4 of 4