| TABLE OF CONTENTS | Page No |
|---|---|
| I.   STANDARDS OF REVIEW | 1 |
|      A.   Summary Judgment. | 1 |
| II.  ARGUMENTS | 4 |
|      I.   HEALTH EXAMINATION & CERTIFICATE COSTS ARE EMPLOYER EXPENSES | 4 |
|      II.  SHIFTING OF EMPLOYER EXPENSES AFFECTS WAGES | 9 |
|      III. UNLAWFUL TERMINATION | 10 |
|      IV.  UNCONSCIONABLE CONTRACT TERMS | 14 |
|      V.   NOT AN INTEGRATED CONTRACT | 15 |
|      VI.  RETURN AIRFARE | 16 |
|      VII. OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON FIFTH CAUSE OF ACTION REGARDING PROOF OF EMOTIONAL DISTRESS | 17 |
| CONCLUSION | 18 |