## TABLE OF AUTHORITIES

| Cases | Page |
|---|---|
| Addisu v. Fred Meyer, Inc. <br> 198 F.3d 1130, 1134 (9th Cir. 2000) | 2 |
| Anderson v. Liberty Lobby, Inc., <br> 477 U.S. 242, 255, 106 S.Ct. 2505, [2513], 91 L.Ed.2d 202 (1986) | 2 |
| Arriaga v. Florida Pacific Farms <br> L.L.C., 305 F.3d 1228 (11th Cir. 2002) | 9 |
| Block v. City of Los Angeles, <br> 253 F.3d 410, 416 (9th Cir. 2001) | 2 |
| Celotex Corp. v. Catrett, <br> 477 U.S. 317, 322, 106 S.Ct. 2548, 2552, 91 L.Ed.2d 265 (1986) | 2 |
| Chandler v. Denton <br> 741 P.2d 855, 867 (Okla. 1987) | 18 |
| *Devereaux v. Abbey,* <br> *__ F.3d. __, Slip Op. p. 5, 2001 WL 1008128 (9th Cir., Sept. 5, 2001)* | 2,3 |
| *Director of Labor v. L&T International* <br> *CAC No. 05-100-06* | 17 |
| *Director of Labor v. Concorde Garment MFG* <br> *CAC No. 05-100-05* | 17 |
| Fox v. Citicorp Credit Services, Inc., *15 F. 3d 1507, 1514(9th Cir. 1994)* | 2,3 |
| F.T.C. V. Gill, <br> *_F.3d_, Slip Op., P.8, 2001 WL 1044631 (9th Cir., Sept. 12, 2001)* | 2,3 |
| Gifford v. Atchison, Topeka and Santa Fe Ry. Co., *685 F.2d 1149, 1155 (9th Cir. 1982)* | 2 |
| Marchant v. U.S. Collections West, Inc., <br> *12 F.Supp.2d 1001, 1004 (D.Ariz.,1998)* | 2 |
| McKnight v. Simpson's Beauty Supply, Inc. <br> *86 N.C. App. 451, 454, 358 S.E. 2d 107, 109 (N.C.Ct.App.1987)* | 18 |
| Nissan Fire & Marine Ins. Co., Ltd. v. Fritz Companies, Inc., <br> *210 F.3d 1099, 1102 (9th Cir. 2000).* | 3 |

Orsini v. O/S Seabrooke O.N., *247 F.3d 953, 958 (9th Cir. 2001)*     2

Price v. Taco Bell Corporation,     2
*934 F. Supp. 1193, 1196 (D.Or. 1996)*

Richardson v. Fairbanks North Star Borough     18
*705 P.2d 454 n. 6 (Alaska 1985)*

Yang v. American Investment Corp. and Jerry Tan,     16
*D. N. Mar. I. C.A. No. 93-0020*

## Constitution and Statutes

### *Statutes*

*3 CMC §4437 (b)*     9

*3 CMC §4437(c)*     5,6
*3 CMC §4437(d)*     11

*3 CMC § 4438(b)*     5,6

*3 CMC § 4602(d)*     15

### *Restatement of the Law*

*Restatement, Second, Contracts § 207*     8

*Restatement, Second, Contracts § 205*     12, 15

*Restatement, Second, Contracts § 206*     14

*Restatement, Second, Contracts § 208*     15

*Restatement, Second, Contracts § 230*     15

### *Rules and Regulations*

*Alien Labor Rules and Regulations, Sec. II.B.3*     5
*Alien Labor Rules and Regulations, Sec.III, Conditions of Employment*     11
*Regulations Governing Health Screening Requirements of Alien Employees*

*Com. Reg., Vol. 19 No. 02, Feb. 15, 1997*     7