# APPENDIX

"A" – Deposition of Jocelyn Tobias;

"B" – Deposition of Jack Torres;

"C" – Defendant's Response to Plaintiffs' Request for Admission Nos. 8&9;

| | | |
|---|---|---|
| 1 | Q | she said that she cannot give it to you because of |
| 2 | | management's order? |
| 3 | A | yes. |
| 4 | Q | did she say anything after that? |
| 5 | A | no. |
| 6 | Q | did she say anything else? |
| 7 | A | no. |
| 8 | Q | did you ever ask anyone else at L&t for a copy of your |
| 9 | | contract? |
| 10 | A | no. |
| 11 | Q | have you, um, ever applied any job, since you lost, |
| 12 | | since your termination at L&T, have you applied for |
| 13 | | any work outside of the cnmi? |
| 14 | A | no. |
| 15 | Q | have you applied for any work in the Philippines since |
| 16 | | you were terminated by L&T? |
| 17 | A | no. |
| 18 | Q | did you expect to have your contract renewed, um, with |
| 19 | | L&T for a second year? |
| 20 | A | yes. |
| 21 | Q | why? |
| 22 | A | on my point of view I think positively I would say yes |
| 23 | | because I myself is not, I worked, I believed that I |
| 24 | | worked hard, not unless, ah, it's, ah, it depends on |
| 25 | | the, oh, it depends on the employer because that is on |

|   |   |   |
|---|---|---|
| 1 |   | their hands if they're gonna renew you or not, because |
| 2 |   | as I've said some things changes without us, no, but |
| 3 |   | if you will ask me if I believe that I would be renew |
| 4 |   | I would positively say yes. |
| 5 | Q | okay. And why would you believe that you would have a |
| 6 |   | renewal? |
| 7 | A | why would I believe I would have a renewal, just, ah, |
| 8 |   | just, I just thought of it. I thought of it. |
| 9 | Q | uh huh. Did anyone at L&T ever promise you that they |
| 10 |   | would renew your contract after one year? |
| 11 | A | no, but, ah, I, I thought of it because they were |
| 12 |   | telling us the point that on the first, ah, on the |
| 13 |   | first year with regards to medical they said that we |
| 14 |   | will be shouldering, the second year for our renewal |
| 15 |   | they will be the ones to be, |
| 16 | Q | shoulder? |
| 17 | A | yes. |
| 18 | Q | okay. |
| 19 | A | be shouldering it or be taking it. |
| 20 | Q | did someone tell you that? |
| 21 | A | yes. |
| 22 | Q | who, who told you that? |
| 23 | A | the people from HR. |
| 24 | Q | who, you don't know the name? |
| 25 |   |   |

| | | |
|---|---|---|
| 1 | A | Baby Lopez and, ah, the other lady, the one we encounter on the window. |
| 3 | Q | uh huh. So 2 different people told you that? |
| 4 | A | yes. |
| 5 | Q | okay. When did Baby Lopez tell you that? |
| 6 | A | I don't remember anymore. |
| 7 | Q | you don't, how do you remember that she told you? |
| 8 | A | I, I knew that she told me that but I don't know the exact dates anymore. |
| 10 | Q | did she tell you that before you signed your contract, employment contract? |
| 12 | A | yes, before. |
| 13 | Q | okay. Did she tell you that in person or over the telephone? |
| 15 | A | in person. |
| 16 | Q | okay. So you met with Baby twice in person before you signed your employment contract, is that right? |
| 18 | A | it's not her but there's 2 of them as I said, they alter. |
| 20 | Q | did, do you remember Baby Lopez telling you that, um, that you would be responsible for your health certificate the first year and L&T would pay for it in the second? |
| 24 | A | yes, the other lady and Baby told that. |
| 25 | Q | to you? |