| | | |
|---|---|---|
| 1 | Q | Does that code have a provision for regarding ah, |
| 2 | | procedures in terminating employees? |
| 3 | A | Not procedures, ah grounds for terminating employees. |
| 4 | Q | Does it provide for any notice to employees ah, in any |
| 5 | | -- any way? |
| 6 | A | Yes, we ah -- what it does, I -- I don't believe it |
| 7 | | provides for notice, but we notify employees ah, when |
| 8 | | we are terminating them not because of the code of |
| 9 | | conduct, but because of the employment contract. |
| 10 | Q | So what about those employees who don't have contracts, |
| 11 | | do they get notice? |
| 12 | A | They do get notice, yes. |
| 13 | Q | Are they entitled to notice? |
| 14 | A | Just like everybody else.  We give them notice as a |
| 15 | | matter of practice. |
| 16 | Q | Do we have a code of conduct here?  Is that a big book |
| 17 | | or just a couple of page? |
| 18 | A | No, it's probably about 5, 6 pages only.  It basically |
| 19 | | states ah, the grounds for -- it basically states the |
| 20 | | grounds for ah -- ah, disciplinary action. |
| 21 | Q | Okay.  Do you believe that L&T would have ah -- would |
| 22 | | have to have closed if the plaintiffs were retained |
| 23 | | through the term of their contract? |
| 24 | A | I -- I -- can you repeat that? |
| 25 | Q | Do you believe that L&T would have to close if the |

| | | |
|---|---|---|
| 1 | | plaintiffs were retained through the ah, term of their |
| 2 | | contract? |
| 3 | A | I don't think it would close because it's ah, we got |
| 4 | | other activities other than...[pause]-- |
| 5 | Q | I guess my question is, do you think if plaintiffs -- |
| 6 | | having to pay plaintiffs through the unexpired term of |
| 7 | | their contracts would have caused L&T to go out of |
| 8 | | business? |
| 9 | A | I don't think so. |
| 10 | Q | Were plaintiffs ever offered a reduced contract in lieu |
| 11 | | of ah, just termination? |
| 12 | A | Well, I don't understand reduced contract-- |
| 13 | Q | Well, did you ever offer them, for example, go to them |
| 14 | | and say that ah, look, we're not getting orders, so |
| 15 | | we're willing to offer you a contract for three months? |
| 16 | | Two more months?  And then you're out? |
| 17 | A | That was not done. |
| 18 | Q | Now, who prepared the ah, contract form for L&T? |
| 19 | A | Pardon me? |
| 20 | Q | Who prepared the contract form for L&T?  The plaintiffs |
| 21 | | -- the one the plaintiffs used. |
| 22 | A | Who prepared it? |
| 23 | | MR. HILL: Yes. |
| 24 | A | What do you mean, ah who prepared it.  HR prepared the |
| 25 | | documents, ah-- |