**REQUEST NO. 5:** Admit or deny that each plaintiff was hired for a term of one year.

**RESPONSE:** Responding Defendant admits that each plaintiff was hired for a term of one year subject to the terms and conditions of non-resident worker contracts.

**REQUEST NO. 6:** Admit that plaintiffs' employment with defendant was not at-will employment.

**RESPONSE:** Responding Defendant admits that plaintiffs' employment with defendant was not at-will employment.

**REQUEST NO. 7:** Admit that the document attached hereto and marked as Exhibit "1" is the nonresident worker contract form used by defendant.

**RESPONSE:** Responding Defendant admits that the documents attached to Plaintiffs' request for Admission and marked as Exhibit "1" is the non-resident worker contract form used by defendant.

**REQUEST NO. 8:** Admit that the contract form in Exhibit "1" was drafted by defendant.

**RESPONSE:** Responding Defendant admits that the contract form in Exhibit "1" was drafted by Defendant.

**REQUEST NO. 9:** Admit that the nonresident contract form used by defendant for plaintiffs is not the standard nonresident contract form used by CNMI DOL.

**RESPONSE:** Responding admits that the nonresident contract form used by defendant for plaintiffs is not the standard nonresident contract form used by CNMI DOL.

APPENDIX "C"