Colin M. Thompson, Esq.
The Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, MP  96950
Telephone:  (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et al., ) | Civil Action No. 05-0010 |
| ) | |
| ) | |
| Plaintiffs. ) | STIPULATION TO EXTEND TIME |
| vs. ) | FOR FILING REPLY and [PROPOSED] |
| ) | ORDER |
| L&T INTERNATIONAL CORP. ) | |
| ) | Date: September 14, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon Alex R. Munson |

**COMES NOW**, Colin M. Thompson, on behalf of the Defendant, L&T International Corporation and Joe Hill on behalf of the Plaintiffs, Abellanosa et. al. to stipulate that defendant's Reply to Plaintiffs' Opposition to Motion for Summary Judgment will be due on Monday , September 11, 2006 instead of Thursday, September 7, 2006.  The hearing will remain on September 14, 2006. Further stipulated that the Defendant will not object to the timing of the filing of Plaintiffs' Errata but reserves all rights to object and challenge the substance of the Errata and the Opposition for Motion for Summary Judgment.  Nothing in this Stipulation will otherwise alter the rights of the Parties under the applicable Rules of Federal Rules of Civil Procedure.

- 1 -

1   Respectfully submitted by:

2

3

4   Date: 9-07-2006                                        _____
                                                           JOE HILL, ESQ.
5                                                          Attorney for Plaintiffs

6

7

8

    Date: 7/6/06                                           _____
9                                                          COLIN M. THOMPSON, ESQ.
                                                           Attorney for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -