FILED
Clerk
District Court

SEP - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ABELLANOSA, JOANNA et al., | ) | Civil Action No. 05-0010 |
| | ) | |
| Plaintiffs. | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| L&T INTERNATIONAL CORP. | ) | Date: September 14, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon Alex R. Munson |

GOOD CAUSE SHOWN, based upon the stipulation of the parties; it is hereby ordered that Defendant's Reply to Plaintiffs' Opposition for Summary Judgment shall be due on September 11, 2006.

SO ORDERED this 8TH day of September, 2006.

_____
HON. ALEX R. MUNSON
District Court Judge