JOE HILL
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> STIPULATION RE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO REQUESTS FOR ADMISSION AND ANSWERS TO INTERROGATORIES / PROPOSED ORDER <br><br> Date: September 14, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

Counsel for Plaintiffs, Joe Hill and counsel for Defendant, Colin M. Thompson hereby stipulate and move to continue or to take Plaintiffs' pending Motion to Compel Answers to Requests for Admission and Answers to Interrogatories off-calendar without prejudice to re-calendaring on subsequent motion.

Dated this ___6___ th day of September 2006.

SO STIPULATED.

_____
Colin M. Thompson
Counsel for Defendant

_____
Joe Hill
Counsel for Plaintiffs

JOE HILL
Hill Law Offices
P.O. Box 500917 – Saipan CM-NP 96950 –
TEL. NO. (670) 234-6860/7743 – FAX: 234-7153