F I L E D
Clerk
District Court

SEP 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> [PROPOSED] *arm* ORDER GRANTING THE PARTIES' STIPULATION RE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO REQUESTS FOR ADMISSION AND ANSWERS TO INTERROGATORIES |

GOOD CAUSE appearing and based on the stipulation of the parties, Plaintiffs' Motion to Compel Answers to Requests for Admission and Answers to Interrogatories is hereby taken off-calendar without prejudice to being re-calendared on subsequent motion.

Page 1

**SO ORDERED** and entered this __11__th day of September 2006.

_____
HON. ALEX R. MUNSON
District Court Judge

Page 2

**RECEIVED**

SEP - 6 2006

Clerk
District Court
The Northern Mariana Islands