IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., | ) CIVIL ACTION NO. 05-0010 |
| Plaintiffs, | ) |
| v. | ) |
| L & T INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

**Rule 30(B)(6) Deposition
of L&T International Corporation
by Mr. Joaquin S. Torres**

Taken at the
Law Offices of Colin M. Thompson
2nd Floor, J.E. Tenorio Building
Gualo Rai, Saipan
Commonwealth of the Northern Mariana Islands

July 10 and 11, 2006

============================
Transcribed by:
Celina A. Concepcion
**dba JUDICIAL SERVICES**
Atuhong Place, Chalan Piao
P. O. Box 500051-CK
Saipan, MP  96950-0051
(670) 235-7585



EXHIBIT A

```
            IN THE UNITED STATES DISTRICT
                      FOR THE
               NORTHERN MARIANA ISLANDS
```

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., | ) CIVIL ACTION NO. 05-0010 |
| Plaintiffs, | ) |
| v. | ) |
| L & T INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

On July 10 and 11, 2006, at the Law Offices of Colin M. Thompson, 2nd Floor, J.E. Tenorio Building, Gualo Rai, Saipan, Commonwealth of the Northern Mariana Islands, personally appeared,

**L&T International Corporation**

**by Joaquin S. Torres**

who was sworn to tell the truth and was thereupon examined as a witness in said cause.

APPEARANCES:

For the plaintiffs:      Joe Hill, Esq.

For the defendant:       Colin M. Thompson, Esq.