# Colin M. Thompson
## Attorney at Law

PMB 917, Box 10001 Saipan, MP 96950, U.S.A.  
E-mail: colin.thompson@saipan.com

Telephone No. : (670) 233-0777  
Facsimile No. : (670) 233-0776

June 2, 2006

*Vi a Facsimile and Hand Delivery*

Joe Hill, Esq.  
Attorney at Law  
P.O. Box 500917  
Susupe Village  
Saipan, MP 96950

Re: Abellanosa et al. vs. L&T Corporation  
    Civil Action No. 05-0010

Dear Joe,

I have received the deposition notices and Subpoenas for Nenita "Baby" Lopez, Ioling "Amy" Tse and Ma. Corazon M. Quing. I agreed to accept service of these Subpoenas, but in doing so, I explained that "Baby" was in the Philippines with a serious medical condition. I gave you an update on her condition last week and again yesterday. Under these circumstances, I can not accept service of her notice or subpoena at this time. I am, however, happy to facilitate service once she returned to Saipan and I will continue to update you on her condition.

It is my intention that this letter will be obviated the need to file a motion to quash the subpoena. If I am incorrect, please let me know right away. Thank you for your anticipated courtesy.

Please give me a call if you have any questions or concerns.

Sincerely,

Colin M. Thompson

cc:   Client

CMT/esl

**EXHIBIT B**

---

Admitted to practice law in the State of California and  
The Commonwealth of the Northern Mariana Islands