**Joe Hill**
Hill Law Offices
P.O.Box 500917
Saipan, CM-MP 96950
Tel:(670) 234 6806/7743
Fax:(670) 234 7753
Email: joe.hill@saipan.com

June 6, 2006

**Attorney Colin M. Thompson**
The Law Offices of Colin M. Thompson
2nd Floor, J. E. Tenorio Building
Gualo Rai, Saipan, CNMI

Re: <u>Abellanosa et al. vs. L & T International Corporation</u>
Civil Action No. 05-0010

Dear Colin:

In response to your letter dated June 2, 2006, you have been given an extension until June 8, 2006 to respond to the interrogatories and to answer the request for admission.

Regarding the deposition notices and subpoenas for Nenita "Baby" Lopez, Amy Tse, and Cory Quing, I understand that you are not presently accepting service for Ms. Lopez's subpoena, but only for service on Ms. Tse and Ms. Quing. Based on the large number of plaintiffs who had contact with Ms. Lopez during the application/hiring process, she is as you know, a key witness and we intend and do not waive Plaintiffs' right, to depose her at the earliest time her health situation will allow it. So please keep me informed and updated on changes in Ms. Lopez's health situation, if and when she anticipates being admitted and/or discharged, and her status as an in and/or out-patient, and anticipated date(s) of her return to the CNMI and/or her availability dates for her deposition.

Respectfully,

Joe Hill


