# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0010                                                    September 14, 2006
                                                              9:20 a.m.

**JOANNA ABELLANOSA, et al -vs- L & T INTERNATIONAL CORPORATION**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Randy Schmidt, Law Clerk
             Ellia Ciammaichella, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Joe Hill, Attorney for Plaintiffs
             Colin Thompson, Attorney for Defendants
             Steve Pixley, Attorney for Defendants

PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

   Plaintiffs were represented in court by Attorney Joe Hill.  Defendants were represented by Attorneys Steve Pixley and ColinThompson.

   Attorney Hill argued on behalf of the Plaintiffs and Attorney Colin Thompson argued on behalf of the defendants.

   Court, after hearing all argument, ordered that the summary judgment would be held in abeyance due to the fact that both parties were still conducting discovery.

                              Adjourned 10:05 a.m.


                                        /s/ K. Lynn Lemieux, Courtroom Deputy