FILED
Clerk
District Court

SEP 14 2006

For The Northern Mariana Islands
By______________________
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOANNA ABELLANOSA, *et al.*, | ) | Civil No. 05-0010 |
| | ) | |
| Plaintiffs | ) | |
| | ) | NOTICE OF ORDER CONTINUING HEARING ON SUMMARY JUDGMENT MOTION TO OCTOBER 5, 2006, AT 9:00 A.M. |
| v. | ) | |
| | ) | |
| L&T INTERNATIONAL CORPO-RATION, a corporation of the Commonwealth of the Northern Mariana Islands, | ) | |
| | ) | |
| Defendant | ) | |
| ______________________________ | ) | |

THIS MATTER came before the court on Thursday, September 14, 2006, for hearing of defendant's motion for summary judgment. Plaintiffs appeared by and through their attorney, Joe Hill. Defendant appeared by and through its attorney, Colin M. Thompson. Steven P. Pixley also appeared on behalf of defendant.

BASED UPON the two Fed.R.Civ.P. 56(f) affidavits of counsel for plaintiffs,

and in the interests of providing plaintiffs a full opportunity to oppose the summary judgment motion,

IT WAS ORDERED that hearing of defendant's summary judgment motion be and was continued until Thursday, October 5, 2006, at 9:00 a.m. Plaintiffs agreed they could file additional materials in opposition to the motion for summary judgment by 3:30 p.m., Friday, September 29, 2006. Defendant shall have until 3:30 p.m., Wednesday, October 4, 2006, to file additional materials in support of its motion. All materials filed shall comply with the requirements of Fed.R.Civ.P. 56.

The trial date of October 16, 2006, remains unchanged.

DATED this 14th day of September, 2006.

_____
ALEX R. MUNSON
Judge