FILED
Clerk
District Court

SEP 29 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>VERIFIED/AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT<br><br>Date: October 05, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

1. TABLE OF CONTENTS

2. TABLE OF AUTHORITIES

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX: 234-7753

ORIGINAL

## TABLE OF CONTENTS

|   |   | Page No. |
|---|---|---|
| 1. | STANDARD OF REVIEW | 1 |
|    | A. Summary Judgment | 1 |
| 2. | ARGUMENTS | 4 |
| I.. | HEALTH EXAMINATION & CERTIFICATE COSTS ARE EMPLOYER EXPENSES | 4 |
| II. | SHIFTING OF EMPLOYER EXPENSES AFFECTS WAGES | 9 |
| III.. | TIME SPENT FOR HEALTH EXAMINATION/CERTIFICATE COMPENSABLE | 11 |
| IV. | UNLAWFUL TERMINATION | 12 |
| V. | RIF POLICY | 14 |
| VI. | UNCONSCIONABLE CONTRACT TERMS | 18 |
| VII. | NOT AN INTEGRATED CONTRACT | 19 |
| VIII. | RETURN AIRFARE | 20 |
| IX. | OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON FIFTH CAUSE OF ACTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | 21 |
| X. | AFFIRMATIVE DEFENSES SUBJECT TO SUMMARY JUDGMENT IN FAVOR OF PLAINTIFFS | 23 |

# TABLE OF AUTHORITIES

| **Cases** | **Page** |
|---|---|
| Addisu v. Fred Meyer, Inc. <br> 198 F.3d 1130, 1134 (9th Cir. 2000) | 2 |
| Anderson v. Liberty Lobby, Inc., <br> 477 U.S. 242, 255, 106 S.Ct. 2505, [2513], 91 L.Ed.2d 202 (1986) | 2 |
| Arriaga v. Florida Pacific Farms <br> L.L.C., 305 F.3d 1228 (11th Cir. 2002) | 10 |
| Block v. City of Los Angeles, <br> 253 F.3d 410, 416 (9th Cir. 2001) | 2 |
| Celotex Corp. v. Catrett, <br> 477 U.S. 317, 322, 106 S.Ct. 2548, 2552, 91 L.Ed.2d 265 (1986) | 2 |
| Chandler v. Denton <br> 741 P.2d 855, 867 (Okla. 1987) | 23 |
| Devereaux v. Abbey, <br> 263 F.3d. 1070, 1074 (9th Cir., 2001) | 2,3 |
| Director of Labor v. L&T International <br> CAC No. 05-100-06 | 21 |
| Director of Labor v. Concorde Garment MFG <br> CAC No. 05-100-05 | 21 |
| Fox v. Citicorp Credit Services, Inc., 15 F. 3d 1507, 1514 (9th Cir. 1994) | 2,3 |
| F.T.C. V. Gill, <br> 265 F.3d 944, (9th Cir., 2001) | 2,3 |
| Gifford v. Atchison, Topeka and Santa Fe Ry. Co., <br> 685 F.2d 1149, 1155 (9th Cir. 1982) | 2 |
| McKnight v. Simpson's Beauty Supply, Inc. <br> 86 N.C. App. 451, 454, 358 S.E. 2d 107, 109 (N.C.Ct.App.1987) | 22 |
| Nissan Fire & Marine Ins. Co., Ltd. v. Fritz Companies, Inc., <br> 210 F.3d 1099, 1102 (9th Cir. 2000). | 2 |

| | |
|---|---|
| <u>Orsini v. O/S Seabrooke O.N.,</u><br>247 F.3d 953, 958 (9th Cir. 2001) | 2 |
| <u>Price v. Taco Bell Corporation,</u><br>934 F. Supp. 1193, 1196 (D.Or. 1996) | 2 |
| <u>Richardson v. Fairbanks North Star Borough</u><br>705 P.2d 454 n. 6 (Alaska 1985) | 22 |
| <u>Yang v. American Investment Corp. and Jerry Tan,</u><br>D. N. Mar. I. C.A. No. 93-0020 | 20 |

**Constitution and Statutes**

**Statutes**

| | |
|---|---|
| 3 CMC §4437 (b) | 12 |
| 3 CMC §4437(c) | 5,6 |
| 3 CMC §4437(d) | 14 |
| 3 CMC § 4438(b) | 5 |
| 3 CMC § 4602(d) | 19 |

**Restatement of the Law**

| | |
|---|---|
| Restatement, Second, Contracts § 207 | 8 |
| Restatement, Second, Contracts § 205 | 15 |
| Restatement, Second, Contracts § 206 | 20 |
| Restatement, Second, Contracts § 208 | 19 |
| Restatement, Second, Contracts § 230 | 19 |

**Rules and Regulations**

| | |
|---|---|
| Alien Labor Rules and Regulations, Sec. II.B.3 | 5 |
| Alien Labor Rules and Regulations, Sec.III, Conditions of Employment<br>Regulations Governing Health Screening Requirements of Alien Employees | 11 |
| Com. Reg., Vol. 19 No. 02, Feb. 15, 1997 7 | 7 |