JOE HILL
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

FILED
Clerk
District Court

SEP 2 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>SUPPLEMENTAL RULE 56(f) AFFIDAVIT OF JOE HILL |

I, JOE HILL, hereby declare as follows:

1. I am counsel for the 76 Plaintiffs in the above-entitled action.

2. I am over the age of eighteen years old, have personal knowledge of the facts set forth herein, am competent to testify as to these facts if called as a witness in a court of law, and if called would testify as stated herein.

3. I have filed a Verified Opposition in this matter on behalf of Plaintiffs.

4. On September 23, 2006 I participated, as counsel for Plaintiffs, telephonically in the deposition of Nenita "Baby" Lopez which was held and audio/video recorded in Manila, by counsel for Defendant, Colin Thompson. I also made an audio tape recording of the telephonic proceedings from my office.

5. My office staff has informed me that they made inquiry with Attorney Thompson's

office staff this morning and were informed that the transcript of Ms. Lopez's deposition has not yet been received and/or completed.

6. The extended filing deadline for Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is today, September 29, 2006 at 3:30p.m.

7. So as to not cause delay and hopefully to expedite matters, counsel has included in Plaintiffs' Verified/Amended Opposition references and citations to the deposition of Ms. Lopez with the page and line numbers in blank, to be filled in by errata/supplementation including references to exhibits upon receipt of the transcript, for which counsel hereby request and seek leave of court.

8. Because of lack of work and personal reasons plaintiff Mercia Quipot I am informed has moved and resides in New Zealand. I have made a diligent effort to contact her or determine her address or location without success. Counsel believes that given time we will likely to be able to contact or she may contract counsel prior to the October 16, 2006 trial date and thereof request the court in the exercise of its sound discretion to grant said plaintiff additional and reasonable time to comply and file her affidavit as may appear proper.

9. Plaintiffs Marichu Navida and Helen Cruz are in the Philippines and our office is awaiting receipt of their signed declaration. Upon receipt my office will file and serve counsel for defendant promptly.

10. Similarly, Plaintiff Haide Correa is in Alaska and we are awaiting receipt of her signed declaration and will likewise file and serve it upon receipt.

11. The Court in the sound exercise of its discretion is therefore asked to grant the subject plaintiffs appropriate time to comply and file any document that may so required by the Court.

12. I attained from the CNMI DOL Hearing Office a certified copy of the Notice of Violation; Unauthorized Employment: wrongful termination of contract n CAC No. 05-100-05 & CAC NO. 05-101-06 and from the DOL a certified copy of the DOL contract form used in

this matter.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 29th day of September, 2006.

/s/ _____
JOE HILL
Declarant

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX: 234-7753