|   |   |
|---|---|
| JOE HILL<br>Hill Law Offices<br>Susupe Village<br>P.O. Box 500917<br>Saipan, MP 96950<br>Tel: (670) 234-6806/7743<br>Fax: (670) 234-7753 | F I L E D<br>Clerk<br>District Court<br><br>OCT - 3 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Attorney for Plaintiffs,

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>ERRATA RE: VERIFIED/AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT<br><br>Date: October 5, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

Plaintiffs respectfully submit the following *errata* regarding their Verified/Amended Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment filed on September 29, 2006.

1. Page 7, Line 13 - strike the word "Affidavits" and replace with "Declarations".

2. Page 9, Line 4 - insert the following: "61, lines 6-25; page 62, lines 1-7." after the phrase "Deposition of Jack Torres p."

3. Page 9, Line 5 - strike the solitary letter "L".

4. Page 11, Line 14 - strike the word "Affidavit" and replace with "Declarations".

5. Page 11, Line 17 - strike the word "Affidavits" and replace with "Declarations".

6. Page 14, Line 21 - strike the word "repatriation" and replace with "separation".

7. Page 22, Line 16 - Add "Declarations of Plaintiffs" at the end of the phrase/sentence.

8. Page 23, Line 11 - strike the period (.) after the word "defenses" and replace with comma (,).

9. Page 2, paragraph 12 on Supplemental Rule 56(f) Affidavit of Joe Hill - strike the word "attained" and replace with "obtained".

**SIGNED** this 2nd day of October, 2006.

JOE HILL
Attorney for Plaintiffs