1

**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950
Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs,

2

3

4

5

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

8

9

| | |
|---|---|
| **ABELLANOSA, JOANNA, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**L&T INTERNATIONAL CORPORATION,**<br><br>**Defendant.** | **Civil Action No. 05-0010**<br><br>**SUPPLEMENTAL ERRATA RE: VERIFIED/AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: <u>October 5, 2006</u><br>Time: <u>9:00 a.m.</u><br>Judge: <u>Hon. Alex R. Munson</u> |

10

11

12

13

14

15

16

17

Plaintiffs respectfully submit the following *supplemental errata* regarding their

18

Verified/Amended Opposition to Defendant's Motion for Summary Judgment

19

and Plaintiffs' Cross Motion for Summary Judgment filed on September 29, 2006.

20

1.   Page 16, Line 17 - insert the following: "; Defendant's Supplemental

21

Response to Plaintiffs' First Set of Request for Admissions, Response No. 28."

22

after the phrase "See Declaration of Ariel Cruz."

23

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753

2.    Page 21, Line 11 - insert the following: "; Defendant's Supplemental

Response to Plaintiffs' First Set of Request for Admissions, Response No. 35."

after the phrase "may and should be granted to plaintiffs."

**SIGNED** this 4th day of October,  2006.


/s/ _____
          **JOE HILL**
      Attorney for Plaintiffs

Page 2 of  2