FILED
Clerk
District Court

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et. al., | Civil Action No. 05-0010 |
| Plaintiffs, | |
| | ERRATA RE: REPLY FILED |
| vs. | SEPTEMBER 12, 2006 |
| L&T INTERNATIONAL CORPORATION. | |
| | Date: October 5, 2006 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Alex R. Munson |

Defendant respectfully submits this errata relating to its Reply to Opposition to Defendant's Motion for Summary Judgment filed September 12, 2006. Defendants requests that the Court strike pg. 4 lines 2-14, because counsel inadvertently cited an unpublished Ninth Circuit case.

Respectfully submitted this 4th day of October 2006.

_____
COLIN M. THOMPSON, ESQ.
Attorney for Defendant