Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

F I L E D
Clerk
District Court

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et. al., ) | Civil Action No. 05-0010 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **DECLARATION OF** |
| ) | **JOSEPHINE AUTENCIO** |
| L&T INTERNATIONAL CORPORATION. ) | |
| ) | |
| Defendant. ) | |

I, Josephine Autencio, do declare that:

1. I am the Accountant for L&T Group of Companies, L&T Group of Companies is the successor corporation to L&T International Corporation.

2. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

3. In my capacity as Accountant, I am responsible for preparing the payroll for L & T employees.

4. I am also familiar with the record keeping system of the Accounting Department.

- 1 -

5. I caused the payroll preparation for the 76 Plaintiffs during their employment with L&T.

6. Payroll registers are prepared contemporaneously with the issuance of the payroll. Usually, the payroll register is prepared a day or two in advance of the issuance of the payroll.

7. At the time these payroll registers were prepared, I reviewed them prior to submission to our Accounting Manager and approval of the Financial Comptroller.

8. These payroll registers are kept in the Accounting Office in the regular course of the business.

9. I reviewed the first payroll of each of the 76 Plaintiffs and none of the 76 Plaintiffs worked over time in the first work week of their employment with L & T.

10. With the exception of two, the payroll registers representing the initial payroll were all signed by the plaintiffs.

11. Joanna Abellanosa did not work any overtime during the workweek from May 9, 2004 to May 15, 2004.

12. Attached to this declaration as *Exhibit "A1"* is a true and correct copy of Joanna Abellanosa's payroll register for the period May 9, 2004 to May 13, 2004.

13. Attached to this declaration as Exhibit "A2-A41" are true and correct copies of the payroll registers representing the first paycheck of the 76 Plaintiffs.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 4th day of October, 2006.



JOSEPHINE AUTENCIO

Declarant

```
L&T  GROUP  OF  COMPANIES                                    Rundate: 05/12/200
PAYROLL SLIP                                                 Time: 20:13:28
FOR THE PERIOD 05/09/2004 - 05/13/2004
```

Employee Code: LPI13853
Employee Name: ABELLANOSA, JOANNA B

## EARNINGS

| | |
|---|---:|
| Regular Pay | 76.25 |
| OverTime 1 | |
| OverTime 2 | |
| Miscellaneous | |
| TOTAL EARNINGS | 76.25 |

## DEDUCTIONS

| | |
|---|---:|
| FICA Tax | |
| Withholding Tax | 1.53 |
| A/R Others | |
| Food & Lodging | |
| TOTAL DEDUCTIONS | 1.53 |

NET PAY    74.72

Check Number: 33487
Check Date  : 05/13/2004

RECEIVED BY: _____

PREPARED BY: _____         REVIEWED BY: _____

                                 APPROVED BY: _____

A1

```
L&T  GROUP  OF   COMPANIES
PAYROLL SLIP                                           Rundate: 02/19/2
FOR THE PERIOD 02/01/2004 - 02/14/2004                    Time: 14:41:2

Employee Code: LPI13474
Employee Name: BASTO, ZENAIDA G
```

## EARNINGS

```
    Regular Pay         71.68
    OverTime 1
    OverTime 2
    Miscellaneous
                       -------
    TOTAL EARNINGS      71.68
```

## DEDUCTIONS

```
    FICA Tax
    Withholding Tax      1.43
    A/R Others
    Food & Lodging
                       -------
    TOTAL DEDUCTIONS     1.43

                           NET PAY    70.25

Check Number: 28079
Check Date  : 02/19/2004
```

RECEIVED BY: _(signature)_

PREPARED BY: _(signature)_             REVIEWED BY: _(signature)_

                              APPROVED BY: _(signature)_

A2

```
L&T  GROUP  OF  COMPANIES                          Rundate: 02/19/20
PAYROLL SLIP                                          Time: 14:40:53
FOR THE PERIOD 02/01/2004 - 02/14/2004

Employee Code: LPI13470
Employee Name: LADIA, VICTORIA T
```

## EARNINGS

| | |
|---|---|
| Regular Pay | 71.68 |
| OverTime 1 | |
| OverTime 2 | |
| Miscellaneous | |
| **TOTAL EARNINGS** | **71.68** |

## DEDUCTIONS

| | |
|---|---|
| FICA Tax | |
| Withholding Tax | 1.43 |
| A/R Others | |
| Food & Lodging | |
| **TOTAL DEDUCTIONS** | **1.43** |

**NET PAY   70.25**

```
Check Number: 28255
Check Date  : 02/19/2004
```

RECEIVED BY: _____

PREPARED BY: _____     REVIEWED BY: _____

APPROVED BY: _____

**A3**

```
L&T GROUP OF COMPANIES
PAYROLL SLIP                                          Rundate: 02/19/20
FOR THE PERIOD 02/01/2004 - 02/14/2004                Time: 14:40:49
```

Employee Code: LPI13473
Employee Name: NAVIDA, MARICHU N

## EARNINGS

| | |
|---|---|
| Regular Pay | 71.68 |
| OverTime 1 | |
| OverTime 2 | |
| Miscellaneous | |
| TOTAL EARNINGS | 71.68 |

## DEDUCTIONS

| | |
|---|---|
| FICA Tax | |
| Withholding Tax | 1.43 |
| A/R Others | |
| Food & Lodging | |
| TOTAL DEDUCTIONS | 1.43 |

NET PAY   70.25

Check Number: 28256
Check Date  : 02/19/2004

RECEIVED BY: *Navida*

PREPARED BY: _____   REVIEWED BY: _____

APPROVED BY: _____

A4

L&T GROUP OF COMPANIES
PAYROLL REGISTER (OFFICE GROUP (GARMENTS)
FOR THE PERIOD 01/18/2004 - 01/31/2004

Case 1:05-cv-00810 Document 139 Filed 10/04/2006 Page 7 of 20

RUN DATE: 02/04/2004
PAGE: 7

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 LPI13373 | POMAREJOS, GLORIA C | 24.00 | | | 73.20 | | | | 73.20 | 1.46 | | | | | | 71.74 | 27955 | 02/06/2004 | [signature] |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/01/2004 - 02/14/2004

RUN DATE: 02/18/2004
PAGE: 6

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 LPI13469 | MOLINA, ELIZABETH L | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28170 | 02/20/2004 | *signature* |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

003464
A6

L&T GROUP OF COMPANIES
PAYROLL REGISTER (OFFICE - GROUP OF COMPANIES)
FOR THE PERIOD 02/01/2004 - 02/14/2004

RUN DATE: 02/18/2004
PAGE: 7

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 LPI13468 | PANGAN, MARITA L | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28181 | 02/20/2004 | /s/ |

PREPARED BY: _____  REVIEWED BY: _____  APPROVED BY: _____

003465
A7

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 1

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG | OT 1 | OT 2 | AMOUNT REG PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | DEDUCTIONS 401(K) | FCGD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 LPI13626 | ALVARADO, MARISA A | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28346 | 03/05/2004 | [signature] |
| 14 LPI13716 | ANTATICO, NORA T | 7.75 | | | 23.64 | | | | 23.64 | | | | | | | 23.64 | 28348 | 03/05/2004 | [signature] |

PREPARED BY: _____[signature]_____   REVIEWED BY: _____[signature]_____   APPROVED BY: _____[signature]_____

003472
A8

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE I GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 2

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 LPI13625 | BANAAG, EVELYN J | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28354 | 03/05/2004 | |
| 25 LPI13627 | BANGUILAN, TERESITA D | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28356 | 03/05/2004 | |
| 26 LPI13672 | BANTILLO, DELMA B | 23.75 | | | 72.44 | | | | 72.44 | 1.45 | | | | | | 70.99 | 28357 | 03/05/2004 | |
| 30 LPI13717 | BERNARDINO, EVA G | 7.75 | | | 23.64 | | | | 23.64 | | | | | | | 23.54 | 28360 | 03/05/2004 | |
| 37 LPI13618 | BUTIC, TERESITA M | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28363 | 03/05/2004 | |
| 38 LPI13639 | CABANIT, ANASTACIA A | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28364 | 03/05/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003473

A9

L&T GROUP OF COMPANIES  
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)  
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004  
PAGE: 3

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 LPI13634 | CHAVEZ, EVANGELINE G | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28369 | 03/05/2004 | EYchavez |
| 51 LPI13619 | CONTEMPLACION, NELIDA D | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28371 | 03/05/2004 | |
| 52 LPI13632 | CORREA, HAIDE C | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28372 | 03/05/2004 | HCorrea |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003474  
A10

L&T GROUP OF COMPANIES  
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)  
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004  
PAGE: 4

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 LPI13628 | DELOS SANTOS, ELENA O | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28382 | 03/05/2004 | _signed_ |
| 72 LPI13630 | DOMINE, CORAZON A | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28384 | 03/05/2004 | _signed_ |
| 80 LPI13673 | FAJARDA, AMELITA S | 23.75 | | | 72.44 | | | | 72.44 | 1.45 | | | | | | 70.99 | 28390 | 03/05/2004 | _signed_ |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

003475

L&T GROUP OF COMPANIES
PAYROLL REGISTER.- OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 5

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 LPI13633 | GASES, NENITA D | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28397 | 03/05/2004 | ✓ |
| 90 LPI13635 | GELERA, EIREEN C | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28399 | 03/05/2004 | [signature] |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

003476

A12

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 7

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 LPI13644 | MAGNAYE, MA. BEATRIZ M | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28424 | 03/05/2004 | |
| 141 LPI13624 | MANZANILLA, EDELITA C | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28430 | 03/05/2004 | |
| 147 LPI13589 | MATEO, MARLA F | 63.75 | 8.00 | | 194.44 | 36.60 | | | 231.04 | 6.93 | | | | | | 224.11 | 28434 | 03/05/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003478
A13

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 8

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 LPI13671 | MENDOZA, BELINDA A | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28436 | 03/05/2004 | [signature] |
| 166 LPI13611 | NABOR, CELESTINA S | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28445 | 03/05/2004 | [signature] |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003479
A14

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 9

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | DEDUCTIONS WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 LPI13642 | NIMO, EULALIA T | 40.00 | 3.50 | | 122.00 | 16.01 | | | 138.01 | 2.76 | | | | | | 135.25 | 28452 | 03/05/2004 | [signed] |
| 175 LPI13621 | NISPEROS, JENITA A | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28453 | 03/05/2004 | [signed] |
| 181 LPI13620 | OLERMO, RUBY T | 40.00 | 3.50 | | 122.00 | 16.01 | | | 138.01 | 2.76 | | | | | | 135.25 | 28457 | 03/05/2004 | [signed] |
| | | | | | | | | | | | | | | | | | 25019 | 03/03/2004 | |

PREPARED BY: [signed]   REVIEWED BY: [signed]   APPROVED BY: [signed]

003480

A15

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 10

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 LPI13616 | PASCUA, DYNA C | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 28465 | 03/05/2004 | |
| 194 LPI13643 | PELEGRINO, ADORACION H | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.55 | 28466 | 03/05/2004 | [signature] |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

003481
A16

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 11

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 214 LPI13637 | REYES, AMELIA J | 40.00 | | | 122.00 | | | | 122.00 | 2.44 | | | | | | 119.56 | 28479 | 03/05/2004 | Reyes |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003482
A17



003483