

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/15/2004 - 02/28/2004

RUN DATE: 03/03/2004
PAGE: 13

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 LPI13711 | VALDOZ, SHEROWIN C | 7.75 | | | 23.84 | | | | 23.84 | | | | | | | 23.84 | 35503 | 03/05/2004 | |
| 253 LPI13593 | VILLANUEVA, MARIBEL T | 39.75 | | | 121.24 | | | | 121.24 | 2.42 | | | | | | 118.82 | 35507 | 03/05/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003484
AM

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 1

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 LPI13778 | ARCEGA, PRECILLA V | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 28880 | 03/19/2004 | |
| 19 LPI13771 | ASIA, ANGELITA M | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 28881 | 03/19/2004 | |
| 21 LPI13739 | BAAY, CRISTINA R | 56.00 | 2.00 | | 170.80 | 9.15 | | | 179.95 | 3.60 | | | | | | 176.35 | 28883 | 03/19/2004 | |

PREPARED BY:_____     REVIEWED BY:_____     APPROVED BY:_____

003489
A20

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 2

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 25 LPI13783 | BALBIDO, MARISSA G | 27.00 | | | 82.35 | | | | 82.35 | 1.65 | | | | | | 80.70 | 28688 | 03/19/2004 | *signature* |
| 34 LPI13785 | BAUTISTA, CONSOLITA T | 27.00 | | | 82.35 | | | | 82.35 | 1.65 | | | | | | 80.70 | 28694 | 03/19/2004 | *signature* |

PREPARED BY:_____    REVIEWED BY:_____    APPROVED BY:_____

003490
A 21

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 3

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG. PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 LPI13764 | CAPACITE, EMERITA B | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 28704 | 03/19/2004 | |
| 55 LPI13790 | CAVA, MARITA A | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 28706 | 03/19/2004 | |
| 59 LPI13784 | CONCEPCION, ANDREA M | 32.00 | | | 97.60 | | | | 97.60 | 1.95 | | | | | | 95.65 | 28709 | 03/19/2004 | |

PREPARED BY: _____        REVIEWED BY: _____        APPROVED BY: _____

003491



A22

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 4

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS | | | AMOUNT | | | OTHER EARNINGS | GROSS PAY | DEDUCTIONS | | | | | | NET PAY | CHECK | | SIGNATURE |
|------|---------------|-------|---|---|--------|---|---|----------------|-----------|------|------|--------|------|---------|--------|---------|--------|------|-----------|
| | | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | | | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | | NUMBER | DATE | |
| 65 LPI13777 CRUZ, HELEN L | | 27.25 | | | 83.11 | | | | 83.11 | 1.66 | | | | | | 81.45 | 29713 | 03/19/2004 | |
| 79 LPI13779 DELA CRUZ, MA. ROSARIO R | | 27.00 | | | 82.35 | | | | 82.35 | 1.65 | | | | | | 80.70 | 29720 | 03/19/2004 | |

PREPARED BY:_____    REVIEWED BY:_____    APPROVED BY:_____

003492



A23

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 6

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 LPI13768 | GONZALES, ELENITA C | 27.00 | | | 82.35 | | | | 82.35 | 1.95 | | | | | | 80.70 | 26749 | 03/19/2004 | |
| 118 LPI13719 | HERNANDEZ, WENDELINE M | 72.00 | | | 219.60 | | | | 219.60 | 6.59 | | | | | | 213.01 | 26753 | 03/19/2004 | |

PREPARED BY:_____    REVIEWED BY:_____    APPROVED BY:_____

003494



A24

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 7

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. OT 1 OT 2 | AMOUNT REG.PAY OT PAY 1 OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER DATE | SIGNATURE |
|------|---------------|----------------------|----------------------------------|----------------|-----------|------|------|--------|------|---------|--------|---------|-------------------|-----------|
| 127 LPI13787 | INOPIQUEZ, ROSALINDA A | 32.00 | 97.00 | | 97.00 | 1.95 | | | | | | 95.05 | 26780 03/19/2004 | |
| 144 LPI13786 | LEJANO, ANGELA B | 27.00 | 82.35 | | 82.35 | 1.65 | | | | | | 80.70 | 26775 03/19/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

**L &T. GROUP OF COMPANIES**

PAYROLL REGISTER - OFFICE 1 GROUP (CURRENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 8

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG HOURS OT 1 OT 2 | REG/RAT AMOUNT OT RAT 1 OT RAT 2 | OTHER EARNINGS | GROSS PAY | FICA | W/TAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 LP137772 | MACLANG, MARIDETH L | 25.00 | 84.45 | | 84.45 | 1.77 | | | | | | 84.68 | 26733 03/18/2004 | |

PREPARED BY: _____   REVIEWED BY: _____   APPROVED BY: _____

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 10

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. OT 1 OT 2 | AMOUNT REG.PAY OT PAY 1 OT PAY 2 | OTHER EARNING | GROSS PAY | FICA | DEDUCTIONS MWTAX 401(K) FOOD LODGING OTHERS | NET PAY | CHECK NUMBER DATE | SIGNATURE |
|------|---------------|---------------------|-----------------------------------|---------------|-----------|------|-------------------------------------------|---------|-------------------|-----------|
| 192 LP113769 | MONSALUD, EVA U | 32.00 | 57.60 | | 57.60 | 1.95 | | 55.65 | 20000 03/19/2004 | |

207
208
209
210

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 11

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime
pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 219 LPI13741 | PANGELINAN, TERESITA P | 55.75 | 2.00 | | 170.04 | 9.15 | | | 179.19 | 3.58 | | | | | | 175.61 | 29224 | 03/19/2004 | |
| 224 LPI13789 | PASCUAL, MYRNA M | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 29226 | 03/19/2004 | |
| 227 LPI13770 | PERFECTO, CHARITO F | 27.00 | | | 82.35 | | | | 82.35 | 1.65 | | | | | | 80.70 | 29231 | 03/19/2004 | |

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

003499



A28

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 12

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|-----------|------|------|---------------|----------|----------|---------------|-----------|------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 235 LPI13720 | QUIPOT, MERCIA G | 72.00 | 2.00 | | 219.60 | 9.15 | | | 228.75 | 6.86 | | | | | | 221.89 | 28536 | 03/19/2004 | *Mercia Quipot* |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003500

A29

L&T GROUP OF COMPANIES
PAYROLL REGISTER – OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 02/29/2004 - 03/13/2004

RUN DATE: 03/18/2004
PAGE: 13

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 258 LPI13773 | SALVADOR, JANNA D | 29.00 | | | 88.45 | | | | 88.45 | 1.77 | | | | | | 86.68 | 28851 | 03/19/2004 | |
| 261 LPI13780 | SAPIANDANTE, MILA M | 27.00 | | | 82.35 | | | | 82.35 | 1.65 | | | | | | 80.70 | 28853 | 03/19/2004 | |
| 273 LPI13721 | TAPIADOR, TERESA U | 72.00 | | | 219.60 | | | | 219.60 | 6.59 | | | | | | 213.01 | 28861 | 03/19/2004 | |
| | PAGE TOTAL >>> | 4,932.55 | 1,072.80 | 1,072.38 | | | | | 7,078.53 | 324.69 | | 48.15 | 278.90 | 367.72 | | 6,063.07 | | | |

PREPARED BY:_____    REVIEWED BY:_____    APPROVED BY:_____

003501



Λ30

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 1

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPI13853 ABELLANOSA, JOANNA B | | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29028 | 04/02/2004 | |
| 18 LPI13857 APIT, LOLY L | | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29037 | 04/02/2004 | |
| 20 LPI13882 AQUINO, MA. RUSSEL D | | 54.00 | 2.00 | | 164.70 | | 9.15 | | 173.85 | 3.48 | | | | | | 170.37 | 29039 | 04/02/2004 | |
| 21 LPI13862 ARANDA, MARLOU C | | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29040 | 04/02/2004 | |

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

003507



A31

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 2

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|-----------------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 32 LPI13851 | BALCITA, AMALIA P | 67.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 6.41 | | | | | | 207.09 | 29049 | 04/02/2004 | |
| 33 LPI13883 | BALICHA, ESTELITA E | 54.00 | 2.00 | | 164.70 | 9.15 | | | 173.85 | 3.48 | | | | | | 170.37 | 29050 | 04/02/2004 | |

PREPARED BY:_____     REVIEWED BY:_____     APPROVED BY:_____

003508

A32

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 3

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| | CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | LPI13863 | CARAIT, RUBY B | 67.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 6.41 | | | | | | 207.09 | 29089 | 04/02/2004 | *R.Carait* |

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

003509



A33

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 4

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|-----------------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 72 LPI13855 | CRUZ, AGNES A | 87.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 11.00 | | | | | | 202.50 | 29078 | 04/02/2004 | |

PREPARED BY: _____        REVIEWED BY: _____        APPROVED BY: _____

003510

A34

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER – OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 – 03/27/2004

RUN DATE: 04/01/2004
PAGE: 5

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 LPI13856 | DUGAY, NOMIELAIDA W | 67.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 6.41 | | | | | | 207.09 | 29093 | 04/02/2004 | *(signature)* |

PREPARED BY:_____        REVIEWED BY:_____        APPROVED BY:_____

003511



A35

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 6

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and all owances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. OT 1 OT 2 | AMOUNT REG.PAY OT PAY 1 OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | DEDUCTIONS 401(K) FOOD LODGING OTHERS | NET PAY | CHECK NUMBER DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 LPI13885 GADTANE, MARILYN J | | 54.00 2.00 184.70 | 8.15 | | 173.85 | 3.48 | | 170.37 | 29109 04/02/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003512

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 9

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | DEDUCTIONS FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|-----------------|------|--------|------|---------|--------|---------|--------------|------|-----------|
| 170 LPI13886 | LOZANO, NELIA D | 54.00 | 2.00 | | 164.70 | 9.15 | | | 173.85 | 3.48 | | | | | | 170.37 | 29151 | 04/02/2004 | *[signature]* |

PREPARED BY:_____     REVIEWED BY:_____     APPROVED BY:_____

003515

A37

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 10

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | HOURS REG. | OT 1 | OT 2 | AMOUNT REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | W.TAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | CHECK NUMBER | DATE | SIGNATURE |
|------|---------------|------------|------|------|----------------|----------|----------|----------------|-----------|------|-------|--------|------|---------|--------|---------|--------------|------|-----------|
| 203 LPI13852 | MIRANDA, AMALIA M | 67.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 6.41 | | | | | | 207.09 | 29173 | 04/02/2004 | A.Miranda |

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

003516

A38

**L&T GROUP OF COMPANIES**
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 11

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | OTHER EARNINGS | GROSS PAY | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | NUMBER | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 LPI13850 | NIPAYA, LEONILA L | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29168 | 04/02/2004 | |
| 226 LPI13849 | NUEVA, MARITES A | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29190 | 04/02/2004 | |

PREPARED BY: _____    REVIEWED BY: _____    APPROVED BY: _____

003517



A37

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 14

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | — HOURS — | | | — AMOUNT — | | | OTHER EARNINGS | GROSS PAY | — DEDUCTIONS — | | | | | | NET PAY | CHECK | | SIGNATURE |
|------|---------------|-----------|------|------|-----------|--------|-------|----------------|-----------|------|------|--------|------|---------|--------|---------|--------|------|-----------|
| | | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | | | FICA | WTAX | 401(K) | PROD | LODGING | OTHERS | | NUMBER | DATE | |
| 131 LPI13858 | SORIANO, MARIETTA DLC | 67.00 | 2.00 | | 204.35 | | 9.15 | | 213.50 | 6.41 | | | | | | 207.09 | 29235 | 04/02/2004 | *Mozman* |
| | PAGE TOTAL >>> | | | | 5,173.75 | 895.70 | 897.24 | | 6,966.69 | 285.68 | 48.15 | 230.75 | 359.32 | | | 6,044.99 | | | |

PREPARED BY: _____

REVIEWED BY: _____

APPROVED BY: _____

003520

A 40

L&T GROUP OF COMPANIES
PAYROLL REGISTER - OFFICE 1 GROUP (GARMENTS)
FOR THE PERIOD 03/14/2004 - 03/27/2004

RUN DATE: 04/01/2004
PAGE: 13

The undersigned hereby acknowledge receipt of the amount appearing after our respective names in full settlement of all our regular and applicable overtime
pay and allowances and that as of the last date of this payroll sheet, we have no unsatisfied claims or other compensation arising out of our employment.

| CODE | EMPLOYEE NAME | — HOURS — | | | — AMOUNT — | | | OTHER | GROSS | — DEDUCTIONS — | | | | | | | CHECK | | SIGNATURE |
| | | REG. | OT 1 | OT 2 | REG.PAY | OT PAY 1 | OT PAY 2 | EARNINGS | P A Y | FICA | WTAX | 401(K) | FOOD | LODGING | OTHERS | NET PAY | NUMBER | DATE | |
| 265 LPI13864 RELEVANTE, ADORA MAE A | | 67.00 | 2.00 | | 204.35 | 9.15 | | | 213.50 | 6.41 | | | | | | 207.09 | 29218 | 04/02/2004 | *(signature)* |

PREPARED BY:_____        REVIEWED BY:_____        APPROVED BY:_____

003519

A4/