**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950
Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> **PLAINTIFFS' FILING OF DISCOVERY MATERIALS PURSUANT TO LOCAL RULE 26.13** |

Pursuant to the Case Management Scheduling Order and Local Rule 26.13, Plaintiffs hereby file those portions of the discovery documents cited and relied on in Plaintiffs' Verified/Amended Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment, as follows:

I. Defendant's Response to Plaintiffs' First Set of Request of Interrogatories. (Responses Nos. 69 through 77);

II. Defendant L&T International Corporation's Response to Plaintiffs' First Set of Request for Admission. (Responses Nos. 8, 9, 14, and 27);

III. Defendant's Supplemental Response to Plaintiffs' First Set of Request for Admissions. (Responses Nos. 28, and 35);

IV. Deposition of Jack Torres. (pages 34, 61, 62, 101, 146, 155, 156, 157, 195, and 196); and

V. Deposition of Jocelyn Tobias. (pages 199, 200, and 201).

**SIGNED** this 4th day of October, 2006.

/s/ _____
**JOE HILL**
Attorney for Plaintiffs

# I.

# DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR INTERROGATORIES
**(RESPONSES NOS. 69 through 77)**

# II.

# DEFENDANT L&T INTERNATIONAL CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS

**(RESPONSES NOS. 8, 9, 14, and 27)**

# III.

# DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS
### (RESPONSES NOs. 28, and 35)

# IV.

## DEPOSITION OF JACK TORRES
(Pages 34, 61, 62, 101, 146, 155, 156, 157, 195, and 196)

# V.

# DEPOSITION OF JOCELYN TOBIAS
**(Pages 199, 200, and 201)**