# I.

# DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR INTERROGATORIES
(RESPONSES NOS. 69 through 77)

**INTERROGATORY NO. 68:** State and describe in detail, the legal and factual basis for and supporting the defendant's First Affirmative Defense that "Plaintiff fails to state a claim upon a relief can be granted" as set forth in its Answer.

**RESPONSE:** There is no independent cause of action for return airfare.

**INTERROGATORY NO. 69:** State and describe in detail, the legal and factual basis for and supporting the defendant's Second Affirmative Defense that "Plaintiff's claims are barred by Waiver" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 70:** State and describe in detail, the legal and factual basis for and supporting the defendant's Third Affirmative Defense that "Plaintiff's claims are barred by Estoppel" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 71:** State and describe in detail, the legal and factual basis for and supporting the defendant's Fourth Affirmative Defense that "Plaintiff's claims are barred by Fraud" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 72:** State and describe in detail, the legal and factual basis for and supporting the defendant's Fifth Affirmative Defense that "Plaintiff's claims are barred by the Statute of Limitations" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 73:** State and describe in detail, the legal and factual basis for and supporting the defendant's Sixth Affirmative Defense that "Plaintiff's claims are barred by Illegality" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 74:** State and describe in detail, the legal and factual basis for and supporting the defendant's Seventh Affirmative Defense that "Plaintiff's claims are barred by Laches" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 75:** State and describe in detail, the legal and factual basis for and supporting the defendant's Eight Affirmative Defense that "Plaintiff's claims are barred by Unclean hands" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 76:** State and describe in detail, the legal and factual basis for and supporting the defendant's Ninth Affirmative Defense that "Plaintiff's claims are barred by Release" as set forth in its Answer.

**RESPONSE:** Defendant has discovered no facts to support this defense at this time. Discovery is continuing.

**INTERROGATORY NO. 77:** State and describe in detail, the legal and factual basis for and supporting the defendant's Tenth Affirmative Defense that "Plaintiff's claims are barred by Statute of Frauds" as set forth in its Answer.

**RESPONSE:** To the extent that Plaintiffs seek relief beyond the one year contract period, the claims are barred by the statute of frauds.

**INTERROGATORY NO. 78:** State and describe in detail what information, documentation, and facts defendant had in its possession indicating and supporting assertion that "Plaintiff's claims are limited because Plaintiff has not suffered damage or because of Plaintiff's failure to mitigate damages" as set forth in the Eleventh Affirmative Defense in its Answer.

**RESPONSE:** Please refer to plaintiffs' deposition testimony and documents produced pursuant to Defendant requests.

**INTERROGATORY NO. 79:** State the name(s), business address(es), and job title(s) or capacity(ies) of the persons, officer(s), employee(s) or agent(s) answering or providing any information used to answer any of these Interrogatories.

**RESPONSE:**

| | | |
|---|---|---|
| Joaquin Torres | - | Human Resources, Director |
| Ma. Luisa C. Ernest | - | Human Resources Manager |
| Glicerio "Eli" Arago | - | Secretary, Treasurer and Director |