1
2
3
4
5
6
7
8

# II.

# DEFENDANT L&T INTERNATIONAL CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS

(RESPONSES NOS. 8, 9, 14, and 27)

14
15
16
17
18
19
20
21
22
23

Colin M. Thompson, Esq.
The Law Offices of Colin M. Thompson
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOANNA ABELLANOSA, et al., ) | Civil Action No. 05-0010 |
| ) | |
| Plaintiffs. ) | DEFENDANT L&T INTERNATIONAL |
| vs. ) | CORPORATION'S RESPONSE TO |
| ) | PLAINTIFFS' FIRST SET OF |
| L&T INTERNATIONAL CORP. ) | REQUEST FOR ADMISSIONS |
| ) | |
| Defendant. ) | |

Propounding Party: Plaintiffs, Joanna Abellanosa, et. al.

Responding Party: Defendant, L&T International Corporation

**TO : PLAINTIFFS and THEIR ATTORNEY OF RECORDS**

Pursuant to Federal Rules of Civil Procedure 36, Defendant, L&T International Corporation (Responding Defendant) hereby responds to Plaintiff First Set of Request for Admissions. The number of responses below correspond to the number of Plaintiffs' requests and in each case, L&T International reserves the right to supplement its response to any particular request a later time as new becomes available.

1

**REQUEST NO. 5:** Admit or deny that each plaintiff was hired for a term of one year.

**RESPONSE:** Responding Defendant admits that each plaintiff was hired for a term of one year subject to the terms and conditions of non-resident worker contracts.

**REQUEST NO. 6:** Admit that plaintiffs' employment with defendant was not at-will employment.

**RESPONSE:** Responding Defendant admits that plaintiffs' employment with defendant was not at-will employment.

**REQUEST NO. 7:** Admit that the document attached hereto and marked as Exhibit "1" is the nonresident worker contract form used by defendant.

**RESPONSE:** Responding Defendant admits that the documents attached to Plaintiffs' request for Admission and marked as Exhibit "1" is the non-resident worker contract form used by defendant.

**REQUEST NO. 8:** Admit that the contract form in Exhibit "1" was drafted by defendant.

**RESPONSE:** Responding Defendant admits that the contract form in Exhibit "1" was drafted by Defendant.

**REQUEST NO. 9:** Admit that the nonresident contract form used by defendant for plaintiffs is not the standard nonresident contract form used by CNMI DOL.

**RESPONSE:** Responding admits that the nonresident contract form used by defendant for plaintiffs is not the standard nonresident contract form used by CNMI DOL.

**REQUEST NO. 14:** Admit that defendant signed and executed a document entitled Application to Employ Nonresident Worker(s) and Employer's Nonresident Worker Agreement, to employ plaintiffs as required under the Nonresident Workers Act (NWA).

**RESPONSE:** Responding Defendant admits that defendant signed and executed a document entitled Application to Employ Nonresident Worker(s) and Employer's Nonresident Worker Agreement, to employ plaintiffs as required under the Nonresident Workers Act (NWA).

**REQUEST NO. 15:** Admit that defendant did not pay the physical examination fees of the plaintiffs listed in Exhibit "4" of the First Amended Complaint.

**RESPONSE:** Responding Defendant admits it did not pay the physical examination fees of the plaintiffs listed in Exhibit "4" of the First Amended Complaint.

**REQUEST NO. 16:** Admit that defendant did not pay the health certificate fees of the plaintiffs listed in Exhibit "4" of the First Amended Complaint.

**RESPONSE:** Responding Defendant admits it did not pay the health certificate fees of the plaintiffs listed in Exhibit "4" of the First Amended Complaint.

**REQUEST NO. 17:** Admit that plaintiffs listed in Exhibit "5" of the First Amended Complaint were required by defendant to pay the fees for their physical examination.

**RESPONSE:** Responding Defendant denies that plaintiffs listed in Exhibit "5" of the First Amended Complaint were required by defendant to pay the fees for their physical examination.

**REQUEST NO. 18:** Admit that plaintiffs listed in Exhibit "5" of the First Amended Complaint were required by defendant to pay the fees for their health certificates.

**RESPONSE:** Responding Defendant denies that plaintiffs listed in Exhibit "5" of the First Amended Complaint were required by defendant to pay the fees for their health certificates.

**RESPONSE:** Responding Defendant admits that in calculating plaintiffs regular hourly rate for overtime pay, defendant did not factor in the amount or reasonable value of physical examination fees, and health certificate fees.

**REQUEST NO. 24:** Admit that defendant sometimes used workers from affiliate corporations to perform work for defendant.

**RESPONSE:** Responding Defendant admits that defendant sometimes used workers from affiliate corporations to perform work for defendant.

**REQUEST NO. 25:** Admit or deny that plaintiffs' employment was terminated without just cause.

**RESPONSE:** Responding Defendant denies that plaintiffs' employment was terminated without just cause.

**REQUEST NO. 26:** Admit that defendant did not give each plaintiff ten (10) days advance written notice before termination.

**RESPONSE:** Responding Defendant denies that defendant did not give each plaintiff ten (10) days advance written notice before termination.

**REQUEST NO. 27:** Admit that defendant did not offer any position or employment opportunity to the plaintiffs with the companies, corporations, affiliates or business entities, affiliated or connected with or under the Tan Holdings Corporation in lieu of terminating plaintiffs.

**RESPONSE:** Responding Defendant admits that defendant did not offer any position or employment opportunity to the plaintiffs with the companies, corporations, affiliates or business entities, affiliated or connected with or under the Tan Holdings Corporation in lieu of terminating plaintiffs.