1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# III.

# DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS
(RESPONSES NOs. 28, and 35)

Colin M. Thompson, Esq.
The Law Offices of Colin M. Thompson
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOANNA ABELLANOSA, et al., | Civil Action No. 05-0010 |
| Plaintiffs. vs. | DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS |
| L&T INTERNATIONAL CORP. | |
| Defendant. | |

Propounding Party: Plaintiffs, Joanna Abellanosa, et. al.

Responding Party: Defendant, L&T International Corporation

**TO :   PLAINTIFFS  and THEIR ATTORNEY OF RECORD**

Pursuant to Federal Rules of Civil Procedure 36, Defendant, L&T International Corporation (Responding Defendant) hereby responds to Plaintiff First Set of Request for Admissions. The number of responses below correspond to the number of Plaintiffs' requests and in each case, L&T International reserves the right to supplement its response to any particular request a later time as new becomes available.

RECEIVED
The Law Offices of
Joe Hill
Attorney at Law
Date: 8/31/2006
Time: 6:35 p.m
Rec'd by: LILY

1

**REQUEST NO. 21**:  Admit that pursuant to the Nonresident Workers Act (3 CMC §§ 4437[c]; 4438[b]), defendant-employer was required to pay the fees for plaintiffs' health certificates.

**RESPONSE:**  Objection Vague as to time. Responding Defendant denies that pursuant to the Nonresident Workers Act (3 CMC §§ 4437[c]; 4438[b]), defendant-employer was required to pay the fees for plaintiffs' health certificates prior to employment with the Responding Defendant.

**REQUEST NO. 25:** Admit or deny that plaintiffs' employment was terminated without just cause.

**RESPONSE:**  Responding Defendant denies that plaintiffs' employment was terminated without just cause.

**REQUEST NO. 26:** Admit that defendant did not give each plaintiff ten (10) days advance written notice before termination.

**RESPONSE:**  Responding Defendant denies that defendant did not give each plaintiff ten (10) days advance written notice before termination.

**REQUEST NO. 28:**  Admit that defendant hired Chinese workers who performed the work of Hand Packers during the period from February 1, 2004 through April 1, 2006.

**RESPONSE:** Admit.

**REQUEST NO. 31:**  Admit that plaintiffs did not read the substantive content of their employment contract prior to signing.

**RESPONSE:** Responding Defendant admits that some of the Plaintiffs testified in depositions that they did not read the substantive content of their employment contract prior to signing. Except to the extent admitted, L&T lacks sufficient information to admit or deny request No. 31 despite reasonable inquiry conducted to date.

**REQUEST NO. 35:** Admit that defendant is obligated to pay plaintiffs' return airfare to the Philippines.

**RESPONSE:** Responding Defendant admits that defendant is obligated to pay plaintiffs' return airfare to the Philippines to the extent provided for in the non-resident worker contract and according to CNMI law.

Dated this 30th day of August, 2006.

**COLIN M. THOMSON**
Attorney at Law