# IV.

# DEPOSITION OF JACK TORRES
(Pages 34, 61, 62, 101, 146, 155, 156, 157, 195, and 196)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., | ) CIVIL ACTION NO. 05-0010 |
| Plaintiffs, | ) |
| v. | ) |
| L & T INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

**Rule 30(B)(6) Deposition (continued)
of L&T International Corporation
by Mr. Joaquin S. Torres**

Taken at the
Law Offices of Colin M. Thompson
2nd Floor, J.E. Tenorio Building
Gualo Rai, Saipan
Commonwealth of the Northern Mariana Islands

September 20, 2006

===========================
Transcribed by:
Celina A. Concepcion
**dba JUDICIAL SERVICES**
Atuhong Place, Chalan Piao
P. O. Box 500051-CK
Saipan, MP  96950-0051
(670) 235-7585

1   A   ....and or if their work and entry permits have been
2       issued or released.
3   Q   Okay, please cancel processing of their work and entry
4       permits and or if their work and entry permits have
5       been issued slash released, okay. Ah, what was the
6       purpose of that?
7   A   Well, it's self explanatory. Exactly what it says.
8   Q   Okay. Okay, let's see if we can move on to, I'm
9       looking now, I guess we can mark this separately, I
10      think these are separate documents, we'll make this
11      separate, they were produced, you gave it under your
12      No. 11 attached to it, but I think they're...[pause],
13      we'll make them separate here. Okay, I'm looking at a
14      document dated June 26, 2003? Ah, addressed to a Dr.
15      Joaquin A. Tenorio and appears to be from Eloy S. Inos.
16      Ah, let me ask you to look at this, Mr. Torres, and
17      tell me what that is and what it represents?
18  A   This is in response to a question that you asked me
19      whether there -- there was any other communication from
20      the company to -- to the Department of Labor regarding
21      the economic situation at that time.
22  Q   Uh-huh?
23  A   And this is it.
24  Q   Okay, and Mr. Eloy Inos is Vice President of ah, Tan
25      Holdings? Or what. What is it.

```
                IN THE UNITED STATES DISTRICT
                          FOR THE
                   NORTHERN MARIANA ISLANDS

ABELLANOSA, JOANNA, et al.,    ) CIVIL ACTION NO. 05-0010
                               )
           Plaintiffs,         )
                               )
     v.                        )
                               )
L & T INTERNATIONAL CORPORATION,)
                               )
           Defendant.          )
                               )
```

**Rule 30(B)(6) Deposition
of L&T International Corporation
by Mr. Joaquin S. Torres**

Taken at the
Law Offices of Colin M. Thompson
2nd Floor, J.E. Tenorio Building
Gualo Rai, Saipan
Commonwealth of the Northern Mariana Islands

July 10 and 11, 2006

===========================
Transcribed by:
Celina A. Concepcion
**dba JUDICIAL SERVICES**
Atuhong Place, Chalan Piao
P. O. Box 500051-CK
Saipan, MP  96950-0051
(670) 235-7585

| | | |
|---|---|---|
| 1 | | Queen -- Quin -- Quing?  And ah, Ms. Barnabe, ah, were |
| 2 | | there others that were involved in the initial |
| 3 | | interviews with the plaintiffs in this case? |
| 4 | A | I believe ah, Charlie So and ah, David Zheng (ph.).  Ah |
| 5 | | David is no longer with us, Charlie is still with us. |
| 6 | Q | Okay, and had you given ah, your staff, had they had |
| 7 | | any -- before they went into these interviews, any |
| 8 | | training or ah, instructions as to ah, what to say to |
| 9 | | the applicants, ah about the payment of the health |
| 10 | | examination fee and health certificate fee? |
| 11 | A | There were no specific instructions with respect to |
| 12 | | that particular issue, ah however, ah -- ah these |
| 13 | | people, I mean my staff know ah, when the employer |
| 14 | | becomes responsible and when they are not responsible. |
| 15 | | We've been doing this thing for years. |
| 16 | Q | Okay, are you saying that for years you -- the |
| 17 | | employees have paid for their health certificate, |
| 18 | | examination fee? |
| 19 | A | For -- for initial applications?  Yes. |
| 20 | Q | And, what about the second -- okay, so if they paid for |
| 21 | | the initial application, who pays for the second if |
| 22 | | they renewed? |
| 23 | A | The second is paid by -- by -- by the employer, I mean |
| 24 | | that's clear in the statute, that once you -- you are a |
| 25 | | nonresident worker, you become a nonresident worker ah, |

```
 1              and when I say nonresident worker is -- I mean a non --
 2              an alien who has a permit here, then the employer is
 3              responsible for payment of medical expenses.
 4     Q        So, your staff, you're confident that your staff would
 5              have told the plaintiffs of this policy that you said
 6              that you've been following through the years?
 7     A        I'm sure of that.
 8     Q        And then for the second year, ah what would your staff
 9              have told the plaintiffs about payment for the second
10              year ah, health examination....
11     A        I don't--
12     Q        ....fee and ah--
13     A        I don't -- I don't think there would be any discussion
14              about second year, I mean their -- their task was to
15              prepare documents for submission ah, so I don't believe
16              any of the staff would be talking about second year.
17     Q        But you just said that that was ah, that they paid for
18              the first year--
19     A        No, you asked me whether they know and I said, yes,
20              they would know that when a -- when an employee ah,
21              either arrives here or is consensually transferred
22              here, that the employer would become responsible after
23              they receive the permit.  Before that?  The employer is
24              not responsible.  They know that.  That's what you
25              asked me, whether they know that that's -- that's the
```

1    MR. THOMPSON:  It's okay.

2    MR. HILL:  We will--

3    MR. THOMPSON:  Just for the record, that document

4    ...[unintelligible] these documents that have been available

5    to you for your inspection.

6    MR. HILL:  Okay.  Let me just go off--

7    OFF/ON RECORD

8    MR. HILL:  Okay, Mr. Torres, we're back on now, I'd ask

9    that you look at the ah, document that you provided ah,

10   during the break, ah entitled reduction in force, RIF, ah

11   dated April 21st, 2003.  All right, now is that the one that

12   you say that -- the RIF and the policy that was in effect

13   when plaintiffs were RIF-ed in 2004?

14   A    Yes, sir.

15   Q    Okay, and that would have been the one that you applied

16        to the plaintiffs?

17   A    Yes.

18   Q    Okay, now let me call your attention to, I'll give you,

19        show you a copy of ah, the termination letter, where is

20        that, okay, you have a copy of the termination letter

21        there, right?  Of the plaintiffs?

22   A    Yes, yes.

23   Q    Okay, and ah, now looking at that termination letter,

24        ah how many days ah, notice you have there?

25   A    Ten days.

-101-

| | | |
|---|---|---|
| 1 | | orders either just shortly prior to May? Or early May. |
| 2 | Q | Now, when plaintiffs were hired ah, in the beginning |
| 3 | | part of ah, 2004, ah had there been order projections |
| 4 | | made by Ms. Connie Yeung's office? |
| 5 | A | Yes. |
| 6 | Q | And, what were those projections at that time? |
| 7 | A | The projections were-- |
| 8 | Q | As far as the head counts you would need? |
| 9 | A | Yes, ah she-- |
| 10 | Q | For the -- for the-- |
| 11 | A | She had a, ah head count requirement of approximately |
| 12 | | 400, that the factory needed 400 based on the -- the |
| 13 | | January, February, ah projection? |
| 14 | Q | 2004? |
| 15 | A | Yes. |
| 16 | Q | And, that projection was for what, over a period of a |
| 17 | | year? How long would they need this 400 for. |
| 18 | A | Well, the -- the -- the projection was based on -- on |
| 19 | | the level of orders, so the -- the January and February |
| 20 | | looked very good and we didn't have enough manpower, so |
| 21 | | ah, hence the decision to recruit ah, because ah, we |
| 22 | | were not able to deliver garments ah, on time because |
| 23 | | we had a lot of orders in January and February. Ah, |
| 24 | | that's why we decided to -- to recruit because the |
| 25 | | orders did not match our manning level, we needed more |

| | | |
|---|---|---|
| 1 | A | Now, I believe that what -- what -- what ah -- I don't |
| 2 | | think they were told that we were recruiting for |
| 3 | | packers, I don't think so.  They were classified as |
| 4 | | packers once -- once we were not able to ah -- they |
| 5 | | were hired as packers once we were not able to -- to |
| 6 | | hire ah, to recruit the -- the necessary numbers of |
| 7 | | sewers and pressers. |
| 8 | Q | And, did they qualify as packers?  Or what is the |
| 9 | | qualifications of a packer...[unintelligible]. |
| 10 | A | Basically, that ah -- they ah -- here's what happened, |
| 11 | | ah -- ah when we did not get the -- the results that we |
| 12 | | wanted from both the -- the DES referral and the walk- |
| 13 | | in, ah the company decided to ah, hire those that |
| 14 | | responded to -- either have some experience, garment |
| 15 | | experience, or were able to -- to work ah, standing, in |
| 16 | | a standing position. |
| 17 | Q | The basic skills? |
| 18 | A | Ah, no, no basic skills, if they -- if they ah, have |
| 19 | | basic skills?  Ah, they were hired.  If they didn't |
| 20 | | have packing skills, but were able to work eight hours |
| 21 | | standing?  They were selected. |
| 22 | Q | Okay, so the workers that -- the plaintiffs and the |
| 23 | | workers that you were recruiting at that time as |
| 24 | | packers, ah, there was no conditions preceded that they |
| 25 | | had to have previous packing experience? |

-155-

1  A   No, see, we didn't recruit for -- for packers. We just
2      basically needed people to work -- to work and if they
3      didn't have -- if they had packing experience? We
4      hired. If they didn't have packing experience, but
5      could work standing for eight hours? We hired. Those
6      -- those classifications were -- were made after they
7      were selected to -- to submit them as packers.
8  Q   Well, let me ask you this then, was the plan then that
9      you would hire these persons and then train them, give
10     them some training in the packing?
11 A   Yeah, they would -- they -- they would ah -- ah yes,
12     and as a matter of fact, they did have ah, on the job,
13     they were shown how to do, do things, because--
14 Q   On the job training?
15 A   Yes.
16 Q   Now, were any of the plaintiffs terminated because they
17     didn't do their jobs right?
18 A   Not that I -- that I -- I know.
19 Q   Did you speak with Ms., ah -- all the other people in
20     the HR department about this, or?
21 A   The plaintiffs, the plaintiffs were terminated ah, as a
22     result of the reduction in force, but not from some
23     disciplinary action.
24 Q   To your knowledge, were any of the plaintiffs, ah
25     terminable for ah, any other reasons, other than

-156-

```
 1            reduction in force?
 2    A       At the time the decision was made?  No.
 3    Q       What about after the time the decision was made?
 4    A       I can't say because they've been terminated, I mean if
 5            -- if, for instance, they -- they ah -- they can be
 6            terminated for ah -- ah violation of the employment
 7            contract, any of those enumerated provisions.  Let's
 8            say, ah one of those or two of those violates, ah for
 9            instance, ah have ah -- were engaged in altercation?
10            They would be terminated because we have zero tolerance
11            for -- for that ah -- for work place violence.
12    Q       Okay, to your knowledge, as you sit here today, was
13            there any pre-existing grounds or cause that you could
14            have terminated any of the plaintiffs for, other than
15            reduction in force?
16    A       No.
17    Q       Now, which, would you identify for me which supervisors
18            and employees were involved in selecting and
19            determining the employees to be RIF-ed?
20    A       As -- as I said yesterday, a determination on head
21            count was -- was ah, based by taking ah -- ah the 296
22            packers and ah -- ah taking the difference of the
23            projected ah -- the percentage of projected versus
24            confirmed orders for ah -- ah June.  So, it was 296
25            times 32%.  That's the formula that was used to ah,
```

-157-

| | | |
|---|---|---|
| 1 | Q | Does that code have a provision for regarding ah, |
| 2 | | procedures in terminating employees? |
| 3 | A | Not procedures, ah grounds for terminating employees. |
| 4 | Q | Does it provide for any notice to employees ah, in any |
| 5 | | -- any way? |
| 6 | A | Yes, we ah -- what it does, I -- I don't believe it |
| 7 | | provides for notice, but we notify employees ah, when |
| 8 | | we are terminating them not because of the code of |
| 9 | | conduct, but because of the employment contract. |
| 10 | Q | So what about those employees who don't have contracts, |
| 11 | | do they get notice? |
| 12 | A | They do get notice, yes. |
| 13 | Q | Are they entitled to notice? |
| 14 | A | Just like everybody else. We give them notice as a |
| 15 | | matter of practice. |
| 16 | Q | Do we have a code of conduct here? Is that a big book |
| 17 | | or just a couple of page? |
| 18 | A | No, it's probably about 5, 6 pages only. It basically |
| 19 | | states ah, the grounds for -- it basically states the |
| 20 | | grounds for ah -- ah, disciplinary action. |
| 21 | Q | Okay. Do you believe that L&T would have ah -- would |
| 22 | | have to have closed if the plaintiffs were retained |
| 23 | | through the term of their contract? |
| 24 | A | I -- I -- can you repeat that? |
| 25 | Q | Do you believe that L&T would have to close if the |

| | | |
|---|---|---|
| 1 | | plaintiffs were retained through the ah, term of their |
| 2 | | contract? |
| 3 | A | I don't think it would close because it's ah, we got |
| 4 | | other activities other than...[pause]-- |
| 5 | Q | I guess my question is, do you think if plaintiffs -- |
| 6 | | having to pay plaintiffs through the unexpired term of |
| 7 | | their contracts would have caused L&T to go out of |
| 8 | | business? |
| 9 | A | I don't think so. |
| 10 | Q | Were plaintiffs ever offered a reduced contract in lieu |
| 11 | | of ah, just termination? |
| 12 | A | Well, I don't understand reduced contract-- |
| 13 | Q | Well, did you ever offer them, for example, go to them |
| 14 | | and say that ah, look, we're not getting orders, so |
| 15 | | we're willing to offer you a contract for three months? |
| 16 | | Two more months?  And then you're out? |
| 17 | A | That was not done. |
| 18 | Q | Now, who prepared the ah, contract form for L&T? |
| 19 | A | Pardon me? |
| 20 | Q | Who prepared the contract form for L&T?  The plaintiffs |
| 21 | | -- the one the plaintiffs used. |
| 22 | A | Who prepared it? |
| 23 | | MR. HILL: Yes. |
| 24 | A | What do you mean, ah who prepared it.  HR prepared the |
| 25 | | documents, ah-- |