V.

DEPOSITION OF JOCELYN TOBIAS
(Pages 199, 200, and 201)

```
              UNITED STATES DISTRICT COURT

                        FOR THE

               THE NORTHERN MARIANA ISLANDS


ABELLANOSA JOANNA et.al.      ) Case No.: 05-0010
                              )
        Plaintiff,            ) DEPOSITION OF JOCELYN TOBIAS
                              )
   vs.                        )
                              )
L&T INTERNATIONAL CORPORATION )
                              )
        Defendant             )
                              )
```

***********************************

TRANSCRIBED BY:
DM SUMMONS & TRANSCRIPTION SERVICES CO.
P.O. BOX 5313 CHRB
SAIPAN MP 96950
Phone/Fax (670) 256-1460

DEPOSITION - 1

| | | |
|---|---|---|
| 1 | Q | she said that she cannot give it to you because of |
| 2 | | management's order? |
| 3 | A | yes. |
| 4 | Q | did she say anything after that? |
| 5 | A | no. |
| 6 | Q | did she say anything else? |
| 7 | A | no. |
| 8 | Q | did you ever ask anyone else at L&t for a copy of your |
| 9 | | contract? |
| 10 | A | no. |
| 11 | Q | have you, um, ever applied any job, since you lost, |
| 12 | | since your termination at L&T, have you applied for |
| 13 | | any work outside of the cnmi? |
| 14 | A | no. |
| 15 | Q | have you applied for any work in the Philippines since |
| 16 | | you were terminated by L&T? |
| 17 | A | no. |
| 18 | Q | did you expect to have your contract renewed, um, with |
| 19 | | L&T for a second year? |
| 20 | A | yes. |
| 21 | Q | why? |
| 22 | A | on my point of view I think positively I would say yes |
| 23 | | because I myself is not, I worked, I believed that I |
| 24 | | worked hard, not unless, ah, it's, ah, it depends on |
| 25 | | the, oh, it depends on the employer because that is on |

DEPOSITION - 199

their hands if they're gonna renew you or not, because as I've said some things changes without us, no, but if you will ask me if I believe that I would be renew I would positively say yes.

Q  Okay. And why would you believe that you would have a renewal?

A  Why would I believe I would have a renewal, just, uh, just, I just thought of it. I thought of it.

Q  Uh huh. Did anyone at L&T ever promise you that they would renew your contract after one year?

A  No, but, ah, I, I thought of it because they were telling us the point that on the first, ah, on the first year with regards to medical they said that we will be shouldering, the second year for our renewal they will be the ones to be,

Q  shoulder?

A  yes.

Q  okay.

A  be shouldering it or be taking it.

Q  did someone tell you that?

A  yes.

Q  err, who told you that?

A  the people from HR.

Q  who, you don't know the name?

A   Baby Lopez and, ah, the other lady, the one we encounter on the window.

Q   uh huh. So 2 different people told you that?

A   yes.

Q   Okay. When did Baby Lopez tell you that?

A   I don't remember anymore.

Q   you don't, how do you remember that she told you?

A   I, I knew that she told me that but I don't know the exact dates anymore.

Q   did she tell you that before you signed your contract, employment contract?

A   yes, before.

Q   Okay. Did she tell you that in person or over the telephone?

A   in person.

Q   Okay. So you met with Baby twice in person before you signed your employment contract, is that right?

A   It's not her but there's 2 of them as I said, they enter.

Q   did, do you remember Baby Lopez telling you that, um, that you would be responsible for your health certificate the first year and L&T would pay for it the second?

A   yes, the other lady and Baby told that.

Q   to you?

DEPOSITION - 201