F I L E D
Clerk
District Court

OCT - 5 2006

For The Northern Mariana Islands
By_____(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0010                                              October 5, 2006
                                                        9:10 a.m.

**JOANNA ABELLANOSA , et al -vs- L & T INTERNATIONAL CORPORATION**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Joe Hill, Attorney for Plaintiffs
                Colin Thompson, Attorney for Defendants
                Steve Pixley, Attorney for Defendants

PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

   Plaintiffs were represented in court by Attorney Joe Hill. Defendants were represented by Attorneys Steve Pixley and Colin Thompson.

   Attorney Hill argued on behalf of the Plaintiffs and Attorney Colin Thompson argued on behalf of the defendants.

   Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                                        Adjourned 10:30 a.m.


                                        By: _____/s/_____
                                        K. Lynn Lemieux, Courtroom Deputy