FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOANNA ABELLANOSA, et al, ) | |
| ) | |
| Plaintiffs, ) | CIVIL CASE NO. 05-0010 |
| ) | |
| -v- ) | ORDER |
| ) | |
| L & T INTERNATIONAL CORPORATION, ) | |
| ) | |
| Defendant(s) ) | |

WHEREAS, it is necessary to provide a panel of jurors to try this case, and

WHEREAS, there are 56 prospective jurors available in Petit Jury Pool 101060501.

NOW THEREFORE, IT IS ORDERED that this case will be tried by a panel of 30 jurors to be selected from Petit Jury Pool 101060501.

IT IS FURTHER ORDERED that on Friday, October 6, 2006 at 10:00 a.m., the Clerk of Court or his authorized deputy clerks shall randomly select by electronic method 30 prospective jurors from Petit Jury Pool 101060501. Ensuing the selection, the Clerk of Court or his authorized deputy clerks shall issue summons to these 30 jurors for their appearance on Monday, October 23, 2006 at 8:00 a.m. for the trial of this case.

Dated this 6th day of October, 2006.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)