F I L E D
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOANNA ABELLANOSA, *et al.*, | ) | Civil No. 05-0010 |
| | ) | |
| Plaintiffs | ) | |
| | ) | ORDER CHANGING |
| v. | ) | TRIAL DATE FROM |
| | ) | OCTOBER 16, 2006, TO |
| L&T INTERNATIONAL CORPO- | ) | OCTOBER 23, 2006 |
| RATION, a corporation of the | ) | |
| Commonwealth of the Northern | ) | |
| Mariana Islands, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

DUE TO the continued hearing on defendant's motion for summary judgment, and with the agreement of both parties,

IT IS ORDERED that trial in this matter is rescheduled from Monday,

AO 72
(Rev. 08/82)

October 16, 2006, to Monday, October 23, 2006, at 9:00 a.m.

DATED this 6th day of October, 2006.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge