**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950
Tel: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>SUBMISSION PURSUANT TO SUPPLEMENTAL RULE 56(f) AFFIDAVIT OF JOE HILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Plaintiffs, by counsel, respectfully submit the Declarations of Plaintiffs Helen L. Cruz and Marichu Navida in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment pursuant to the Supplemental Rule 56(f) Affidavit of Joe Hill requesting leave of court to grant said off-island Plaintiffs additional and reasonable time to comply and file their individual

Declarations in this case. Attached herewith are the facsimile declarations of Plaintiffs Helen L. Cruz and Marichu Navida subject to the presentation/submission in court of the original copies upon receipt.

**SIGNED** this 11th day of October, 2006.

/s/ _____
**JOE HILL**
Attorney for Plaintiffs