FILED
Clerk
District Court

OCT 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

JOANNA ABELLANOSA, *et al.*,      )      Civil No. 05-0010
                                  )
            Plaintiffs            )
                                  )
        v.                        )
                                  )      JUDGMENT
L&T INTERNATIONAL CORPO-          )
RATION, a corporation of the      )
Commonwealth of the Northern      )
Mariana Islands,                  )
                                  )
            Defendant             )
_____ )

THIS MATTER having been fully decided by the granting of summary

judgment in favor of defendant; NOW, THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that final judgment is

hereby entered in favor of defendant and that plaintiffs shall take nothing by their

AO 72
(Rev. 08/82)

complaint.

Costs pursuant to 28 U.S.C. § 1920 are awarded defendant, and upon approval by the court or clerk shall be included in, and made part of, this judgment.

DATED this 19th day of October, 2006.


_____
ALEX R. MUNSON
Judge