Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA et. al., | ) Civil Action No. 05-0010 |
|  | ) |
| Plaintiffs, | ) |
|  | ) BILL OF COSTS |
| vs. | ) |
|  | ) |
| L&T INTERNATIONAL CORPORATION. | ) |
|  | ) Date: Nov. 1, 2006 |
| Defendant. | ) Time: n/a |
|  | ) Judge: Hon. Alex R. Munson |

## INTRODUCTION

On October 19, 2006 this Court entered Judgment in favor of Defendant granting summary judgment. Pursuant to Rule 54 of the Federal Rules of Civil Procedures, Defendant submits this Bill of Costs.

## AUTHORITY FOR TAXATION OF COSTS

28 U.S.C. § 1920 Taxation of costs:

> A judge or clerk of any court of the United States may tax as costs the following:
> 1) Fees of the clerk and marshal;
> 2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;
> 3) Fees and disbursements for printing and witnesses;

1

4) Fees for exemplification and copies of papers necessarily obtained for use in the case;
5) Docket fees under section 1923 of this title;
6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

Federal Rule of Civil Procedure 54(d)(1):

Except when express provision therefore is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the Clerk on one day's notice. On motion served within 5 days thereafter, the action of the Clerk may be reviewed by the court.

Federal Rule of Appellate Procedure 39(e):

The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

1) the preparation and transmission of the record;
2) the reporter's transcript, if needed to determine the appeal;
3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and
4) the fee for filing the notice of appeal.

Judgment having been entered in the above entitled action against Plaintiffs on October 19, 2006, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees for exemplification and copies of papers necessarily obtained for use in the case: | $2,957.25 |
| Deposition Transcripts | $7,794.00 |
| Notary Public for Nenita Lopez Deposition: | $100.80 |
| Video Professional Services Fee for Nenita Lopez Deposition: | $100.00 |
| Airfare charges: | $553.00 |

Hotel Accommodation (for Depo in Manila Phils.).................................. $ 522.65

TOTAL:.................................... .................................... $12,027.70

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Dated this 30th day of October, 2006.

_____
**GLICERIO ARAGO**
Vice-President for Finance and
Administration for L&T

Dated this 30th day of October, 2006.

/s/ Colin M. Thompson
**COLIN M. THOMPSON, Esq.**
Attorney for Defendant

## Abellanosa et.al. vs. L&T International Corp.
Civil Action No. 05-0010

**Copying Costs:**

| Date of Invoice | Amount |
|---|---|
| Sep-05 | $ 27.75 |
| Oct-05 | $ 15.00 |
| Nov-05 | no charge |
| Dec-05 | $ 30.00 |
| Jan-06 | no charge |
| Feb-06 | no charge |
| Mar-06 | $ 90.50 |
| Apr-06 | $ 19.00 |
| May-06 | $ 969.75 |
| Jun-06 | $ 35.00 |
| Jul-06 | $ 318.50 |
| Aug-06 | $ 17.50 |
| Sep-06 | $ 1,434.25 |
| **Total Amount:** | **$ 2,957.25** |

CONCORDE GARMENT MFG CORPORATION
**SUMMARY OF PAYMENTs RELATED TO ABELLANOSA ET AL CASE**
AS OF SEPTEMBER 2006

| REFERENCE | DOC. NO. | DOC. DATE | TOTAL PAYMENT | TEXT |
|---|---|---|---|---|
| CA#05-0010 | 1900016640 | 05/22/2006 | 332.00 | TRANSCRIPTION SERVCES RE EDELITA MANZANILLA |
| CA#05-0010 | 1900018232 | 05/31/2006 | 868.00 | TRANSCRIPTION SERVCES RE JOCELYN TOBIAS |
| CA#05-0010 | 1900013074 | 04/03/2006 | 465.00 | TRANSCRIPTION SERVICES RE ABELLANOSA ET AL |
| CA#05-0010 | 1900014913 | 05/05/2006 | 400.00 | TRANSCRIPTION SERVICES RE AMALIA BALCITA |
| CA#05-0010 | 1900016641 | 05/18/2006 | 268.00 | TRANSCRIPTION SERVICES RE AMALIA MIRANDA |
| CA#05-0010 | 1900016470 | 05/14/2006 | 496.00 | TRANSCRIPTION SERVICES RE ANDREA CONCEPCION |
| CA#05-0010 | 1900025285 | 07/11/2006 | 324.00 | TRANSCRIPTION SERVICES RE BELINDA MENDOZA |
| CA#05-0010 | 1900025285 | 07/11/2006 | 420.00 | TRANSCRIPTION SERVICES RE DELMA BANTILLO |
| CA#05-0010 | 1900016469 | 05/18/2006 | 868.00 | TRANSCRIPTION SERVICES RE JOCELYN TOBIAS |
| CA#05-0010 | 1900014912 | 05/05/2006 | 284.00 | TRANSCRIPTION SERVICES RE MA RUSSEL AQUINO |
| CA#05-0010 | 1900025285 | 07/11/2006 | 184.00 | TRANSCRIPTION SERVICES RE MARIA MATEO |
| CA#05-0010 | 1900025285 | 07/11/2006 | 284.00 | TRANSCRIPTION SERVICES RE MARITES NUEVA |
| CA#05-0010 | 1900018318 | 05/26/2006 | 580.00 | TRANSCRIPTION SERVICES RE MILA SAPIANDANTE |
| CA#05-0010 | 1900025285 | 07/11/2006 | 316.00 | TRANSCRIPTION SERVICES RE N CONTEMPALCION |
| CA#05-0010 | 1900018318 | 05/26/2006 | 388.00 | TRANSCRIPTION SERVICES RE NORA ANTATICO |
| CA#05-0010 | 1900025285 | 07/11/2006 | 196.00 | TRANSCRIPTION SERVICES RE PRECILLA ARCEGA |
| CA#05-0010 | 1900035335 | 10/09/2006 | 580.00 | TRANSCRIPTION SRVCS OF NENITA BABY LOPEZ (INV#54) |
| CA#05-0010 | 1900025285 | 07/11/2006 | 256.00 | TRANSCRIPTION SERVICES RE PRECILLA ARCEGA |
| CA#05-0010 | 1900256637 | 07/31/2006 | 285.00 | TRANSCRIPTION SERVICES re; Jack Torres |

TOTAL $ 7,794.00

FROM : TANHOLDINGS          FAX NO. : 6703230023          Feb. 04 1998 01:04PM P1

L & T Group of Companies Ltd (Saipan)                    TEL:
P. O. BOX 501280                                         FAX:
Saipan MP                                                INTERNET:

                        D E B I T    N O T E
                                    DM No:      LTSP 24224
                                    Doc Date:   10/24/2006
                                    SAP Doc No: 7000002637LTSP
                                    CC Doc. No: 7000002637LTSP06
                                    Request No:

MESSRS: Concorde Garment Manufacturing Corp.
        P.O. Box 501280 Lower Base Dr.
        Saipan, Northern Mariana Islands 96950

ATTN:   Henie Esmero

Note that we have debited your account as shown below:
                          P A R T I C U L A R S
Re air fare charges (through American Express) for October 2006.
 Colin Thompson      Spn-Mla-Spn      $    553.00
 Joel Mendoza        Spn-Mla               488.35
 Prem Rai            Spn-Npl             1,160.50
 Mamerto Cardona     Mla-Spn               467.00
 Nestor Martin       Spn-Mla-Spn           553.00

                                  TOTAL     3,221.85   USD
*** THREE THOUSAND TWO HUNDRED TWENTY-ONE AND 85/100 US Dollar ***

                              For and on behalf of
                              L & T Group of Companies Ltd (Saipan)

                              _____
Prepared by:    GARY TING           Authorized Signature
Prepared Date:  10/24/2006
Requested by:   Ferdie Santos


FROM : TANHOLDINGS          FAX NO. : 6703230023          Feb. 04 1998 01:04PM P2

Prepared for/Preparado para    Account Number/Número de Cuenta    Closing Date/Fecha de Corte   Page 3 of 7
LINDA ANG                      3787-951346-32008                  10/20/06
L & T INT. CORP.

| Activity continued/Actividad - Continuación | | Reference Code | Amount $ |
|---|---|---|---|
| 09/22/06 | CONTINENTAL AIRLINES SAIPAN    PC         09/20 | 06072230000 | 527.00 |
|  | TKT# 0052256476496 | | |
|  | SPECIAL SERVICE TICKET | | |
|  | THOMPSON/COLIN MR         CONTINENTAL AIRLINES | | |
|  | CONTINENTAL AIRLINES      SAIPAN         PC | | |
|  | FROM | | |
|  |   SAIPAN  MARIANA IS | | |
|  | TO                        CARRIER CLASS | | |
|  |   MANILA  PHILIPPINES     CO     BL | | |
|  | TO | | |
|  |   SAIPAN  MARIANA IS      CO     BL | | |

P.O.# 198 W
Colin

CONT - 1990 20000



**PAN PACIFIC**
*Manila*

MissErnest, Maria Luisa

United States
COPY OF INVOICE

| | | |
|---|---|---|
| Room No. | : | 1508 |
| Arrival | : | 21-09-06 |
| Departure | : | 24-09-06 |
| Folio No. | : | 6949 |
| Cashier No. | : | 226 |
| User ID | : | Janice Laurence |
| Page No. | : | 1 of 2 |

Company Name : CTSI Logistics Philippines Incorporated
Agent Name :

25-SEP-06 03:53 PM

| Date | Description | Debit | Credit |
|---|---|---|---|
| 21-09-06 | Package Charge | 4,770.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 21-09-06 | Service Charge Rooms | 477.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 21-09-06 | VAT Rooms | 643.95 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 22-09-06 | Package Charge | 4,770.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 22-09-06 | Service Charge Rooms | 477.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 22-09-06 | VAT Rooms | 643.95 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 23-09-06 | Mini Bar Beverage | 138.05 | |
| | 09198. Thompson Colin #1110=>Ernest Maria Luisa #1508 pringles | | |
| 23-09-06 | Mini Bar Beverage | 200.80 | |
| | 09198 Thompson Colin #1110=>Ernest Maria Luisa #1508 smb dry | | |
| 23-09-06 | Mini Bar Beverage | 200.80 | |
| | 09198 Thompson Colin #1110=>Ernest Maria Luisa #1508 smb pale | | |
| 23-09-06 | Package Charge | 4,770.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 23-09-06 | Service Charge Rooms | 477.00 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 23-09-06 | VAT Rooms | 643.95 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 24-09-06 | Room Service Bfast Food | 518.70 | |
| | #1110 ; CHECK #7106 Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 24-09-06 | Mini Bar Beverage | 200.80 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 24-09-06 | Mini Bar Beverage | 200.80 | |
| | Thompson Colin #1110=>Ernest Maria Luisa #1508 | | |
| 24-09-06 | Package Charge | 4,770.00 | |

M. Adriatico cor. Gen. Malvar Sts., Malate, Manila 1004 Philippines
Tel (632) 536 0788 Fax (632) 536 6220 Website www.panpacific.com
TIN / VAT 003-839-334-000

## PAN PACIFIC
*Manila*

MissErnest, Maria Luisa

United States
COPY OF INVOICE

Company Name : CTSI Logistics Philippines Incorporated
Agent Name :

| | | Room No. | : 1508 |
|---|---|---|---|
| | | Arrival | : 21-09-06 |
| | | Departure | : 24-09-06 |
| | | Folio No. | : 6949 |
| | | Cashier No. | : 226 |
| | | User ID | : Janice Laurence |
| | | Page No. | : 2 of 2 |

25-SEP-06 03:53 PM

| | | | |
|---|---|---|---|
| 24-09-06 | Thompson Colin #1110=>Ernest Maria Luisa #1508<br>Service Charge Rooms | 477.00 | |
| 24-09-06 | Thompson Colin #1110=>Ernest Maria Luisa #1508<br>VAT Rooms | 643.95 | |
| 24-09-06 | Thompson Colin #1110=>Ernest Maria Luisa #1508<br>Transportation | 900.00 | |
| 24-09-06 | Thompson Colin #1110=>Ernest Maria Luisa #1508<br>to<br>Mastercard HSBC | | 25,923.75 |
| | **Total** | **25,923.75** | **25,923.75** |
| | Total VAT | 2,340.00 PHP | |
| | Balance | 0.00 PHP | |

_____
Guest Signature

I agree that I am personally liable for the following statements and if the person, company or
association indicated by me as responsible for payment of the same does not do so, that my
liability for such payments shall be joint and several with such person, company or association.

M. Adriatico cor. Gen. Malvar Sts., Malate, Manila 1004 Philippines
Tel (632) 536 0788 Fax (632) 536 6220 Website www.panpacific.com
TIN / VAT 003-839-334-000