**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>FIRST DECLARATION IN SUPPORT OF PLAINTIFFS' OBJECTION TO TAXING AND AWARDING OF COSTS TO DEFENDANT |

I, the undersigned, hereby declare as follows:

1. I am a plaintiff in the above-entitled case.

2. I am over the age of eighteen years old, have personal knowledge of the facts set forth herein, am competent to testify as to these facts if called as a witness in a court of law, and if called would testify as stated herein.

3. I was hired in early 2004 by and worked for L&T Intl. Corporation for approximately 2 1/2 months under a written contract for one (1) year, when L&T terminated me allegedly as a reduction in force, on or about May 13, 2004.

4. Since the May 13, 2004 termination I have been unable to find other work/employment even though I have diligently sought work/employment by going to, asking for work and/or making application for work at and with numerous companies and employers on a continuing



ATTACHMENT 1

basis.

5. As an alien resident in the CNMI I am not eligible for food stamps or assistance under the federal NAP Program.

6. I have no regular source of income, no savings, stocks, bonds, bank savings or funds from any other source with which to support myself and do not own any real property from which to support myself.

7. The only other sum certain that I am owed and entitled to is the approximate $400.00 value of airfare to the Philippines owed by L&T which they refuse to give for my support.

8. I can not afford to or pay any amount as costs as I am already impoverished and if ordered to pay any amount would be made even more an indigent and destitute.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of November, 2006.

JOE HILL
Hill Law Offices
P.O. Box 500917 – Saipan CM-MP 96950
TEL. NO. (670) 234-6860/7743 – FAX: 234-7753

1) ABELLANOSA, JOANNA

2) ALVARADO, MARISA

3) ANTATICO, NORA

4) APIT, LOLY    *Loly L. Apit*

5) AQUINO, RUSSEL

6) ARANDA, MARLOU

7) ARCEGA, PRECILLA

8) ASIA, ANGELITA

9) BAAY, CRISTINA

10) BALBIDO, MARISSA

11) BALCITA, AMALIA

12) BALICHA, ESTELITA

13) BANAAG, EVELYN

14) BANGUILAN, TERESITA

15) BANTILLO, DELMA

16) BASTO, ZENAIDA

17) BAUTISTA, CONSOLITA

18) BERNARDINO, EVA

19) BUTIC, TERESITA

20) CABANIT, ANASTACIA

21) CAPACITE, EMERITA

22) CARAIT, RUBY

23) CAVA, MARITA

24) CHAVEZ, EVANGELINE  *[signed]*

25) CONCEPCION, ANDREA

26) CONTEMPLACION, NELIDA

27) CORREA, HAIDE

28) CRUZ, AGNES  *[signed]*

29) CRUZ, HELEN

30) DELA CRUZ, ROSARIO

31) DELOS SANTOS, ELENA  *[signed]*

32) DOMINE, CORAZON

33) DUGAY, NOMIELAIDA

34) FAJARDA, AMELITA  *[signed]*

35) GADIANE, MARILYN

36) GASES, NENITA

37) GELERA, EIREEN

38) GONZALES, GUADALUPE  *[signed]*

39) HERNANDEZ, WENDELINE

40) INOPIQUEZ, ROSALINDA  *[signed]*

41) LADIA, VICTORIA

42) LEJANO, ANGELA  *Angela B. Lejano*

43) LOZANO, NELIA  *[signed]*

44) MACLANG, MARIDETH

45) MAGNAYE, BEATRIZ  *[signed] 11/6/6*

46) MANZANILLA, EDELITA

47) MATEO, MARLA  *[signature]*

48) MENDOZA, BELINDA  *[signature]*

49) MIRANDA, AMALIA

50) MOLINA, ELIZABETH  *[signature]*

51) MONSALUD, EVA

52) NABOR, CELESTINA  *[signature]*

53) NAVIDA, MARICHU

54) NIMO, EULALIA

55) NIPAYA, LEONILA

56) NISPEROS, JENITA

57) NUEVA, MARITESS

58) OLERMO, RUBY

59) PANGAN, MARITA

60) PANGELINAN, TERESITA  *[signature]*

61) PASCUA, DYNA

62) PASCUAL, MYRNA

63) PELEGRINO, ADORACION

64) PERFECTO, CHARITO

65) POMAREJOS, GLORIA

66) QUIPOT, MERCIA

67) RELEVANTE, ADORA MAE

68) REYES, AMELIA

69) SALVADOR, JANNA  *Janna Salvador*

70) SAPIANDANTE, MILA  *M Sapiandante*

71) SORIANO, MARIETTA  *[signature]*

72) TAPIADOR, TERESA  *[signature]*

73) TEBERIO, JESSICA

74) TOBIAS, JOCELYN

75) VALDOZ, SHEROWIN

76) VILLANUEVA, MARIBEL