JOE HILL
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> SECOND DECLARATION IN SUPPORT OF PLAINTIFF'S OBJECTION TO TAXING AND AWARDING OF COSTS TO DEFENDANT |

I, the undersigned, hereby declare as follows:

1. I am a plaintiff in the above-entitled case.

2. I am over the age of eighteen years old, have personal knowledge of the facts set forth herein, am competent to testify as to these facts if called as a witness in a court of law, and if called would testify as stated herein.

3. I was hired in early 2004 by and worked for L&T Intl. Corporation for approximately 2 1/2 months under a written contract for one (1) year, when L&T terminated me allegedly as a reduction in force, on or about May 13, 2004.

4. Since May 13, 2004 I have had only occasional work/employment and at the minimum wage rate of $3.05 per hour, which places me and my income well below the U.S. government's guideline for poverty level persons.



ATTACHMENT 2

5. I am presently unemployed even though I have diligently sought work/employment by either going to, asking for work/or making application for work at various companies and potential employers on a continuing basis.

6. As an alien resident in the CNMI I am not eligible for food stamps or assistance under the federal NAP Program or any CNMI program.

7. I have no regular source of income, no savings, stocks, bonds, bank savings or funds from any other source with which to support myself and do not own any real property from which to support myself.

8. The only other sum certain that I am owed and entitled to is the approximate $400.00 value of airfare to the Philippines owed by L&T which they refuse to give for my support.

9. I can not afford to or pay any amount as costs as I am already impoverished and if ordered to pay any amount would be made even more an indigent and destitute..

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2 day of November, 2006.

JOE HILL
Hill Law Offices
P.O. Box 500917 – Saipan CM-MP 96950
TEL. NO (670) 234-6860/7743 · FAX: 234-7753

1) ABELLANOSA, JOANNA

2) ALVARADO, MARISA

3) ANTATICO, NORA

4) APIT, LOLY

5) AQUINO, RUSSEL

6) ARANDA, MARLOU

7) ARCEGA, PRECILLA

8) ASIA, ANGELITA

9) BAAY, CRISTINA    *Cristina R. Baay*

10) BALBIDO, MARISSA

11) BALCITA, AMALIA

12) BALICHA, ESTELITA    *[signature]*

13) BANAAG, EVELYN

14) BANGUILAN, TERESITA

15) BANTILLO, DELMA

16) BASTO, ZENAIDA    *[signature]*

17) BAUTISTA, CONSOLITA

18) BERNARDINO, EVA

19) BUTIC, TERESITA    *[signature]*

20) CABANIT, ANASTACIA

21) CAPACITE, EMERITA

22) CARAIT, RUBY    *Ruby Carait*

23) CAVA, MARITA

24) CHAVEZ, EVANGELINE

25) CONCEPCION, ANDREA

26) CONTEMPLACION, NELIDA

27) CORREA, HAIDE

28) CRUZ, AGNES

29) CRUZ, HELEN

30) DELA CRUZ, ROSARIO  *[signature]*

31) DELOS SANTOS, ELENA

32) DOMINE, CORAZON  *[signature: CADomine]*

33) DUGAY, NOMIELAIDA  *[signature: Ndugay]*

34) FAJARDA, AMELITA

35) GADIANE, MARILYN

36) GASES, NENITA  *[signature]*

37) GELERA, EIREEN  *[signature: Eireen C. Gelera]*

38) GONZALES, GUADALUPE

39) HERNANDEZ, WENDELINE  *[signature: WHernandez]*

40) INOPIQUEZ, ROSALINDA

41) LADIA, VICTORIA

42) LEJANO, ANGELA

43) LOZANO, NELIA

44) MACLANG, MARIDETH

45) MAGNAYE, BEATRIZ

46) MANZANILLA, EDELITA

47) MATEO, MARLA

48) MENDOZA, BELINDA

49) MIRANDA, AMALIA

50) MOLINA, ELIZABETH

51) MONSALUD, EVA

52) NABOR, CELESTINA

53) NAVIDA, MARICHU

54) NIMO, EULALIA

55) NIPAYA, LEONILA

56) NISPEROS, JENITA

57) NUEVA, MARITESS

58) OLERMO, RUBY

59) PANGAN, MARITA    *MPangan* (signature)

60) PANGELINAN, TERESITA

61) PASCUA, DYNA

62) PASCUAL, MYRNA

63) PELEGRINO, ADORACION

64) PERFECTO, CHARITO

65) POMAREJOS, GLORIA

66) QUIPOT, MERCIA

67) RELEVANTE, ADORA MAE

68) REYES, AMELIA

69) SALVADOR, JANNA

70) SAPIANDANTE, MILA

71) SORIANO, MARIETTA

72) TAPIADOR, TERESA

73) TEBERIO, JESSICA

74) TOBIAS, JOCELYN

75) VALDOZ, SHEROWIN

76) VILLANUEVA, MARIBEL    *M Villanueva* [signature]