**JOE HILL**
Hill Law Offices
Susupe Village
P.O. Box 500917
Saipan, MP 96950

Tel: (670) 234-6806/7743
Fax: (670) 234-7753

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-0010<br><br>FOURTH DECLARATION IN SUPPORT OF PLAINTIFF'S OBJECTION TO TAXING AND AWARDING OF COSTS TO DEFENDANT |

I, the undersigned, hereby declare as follows:

1. I am a plaintiff in the above-entitled case.

2. I am over the age of eighteen years old, have personal knowledge of the facts set forth herein, am competent to testify as to these facts if called as a witness in a court of law, and if called would testify as stated herein.

3. I was hired in early 2004 by and worked for L&T Intl. Corporation for approximately 2 1/2 months under a written contract for one (1) year, when L&T terminated me allegedly as a reduction in force, on or about May 13, 2004.

4. I am presently working at the wage rate of $3.75 per hour, minus taxes of 4%. I can be terminated from this job at any time.

5. Because of my sudden termination from work by L&T and loss of income, I was unable

ATTACHMENT 7

to keep up and pay my financial obligations and to support myself. I fell into debt and since have been and still continue to catch up and pay-off my obligations.

6. Even given my modest income and salary of $3.75 my income is well below the U.S. government's guideline for poverty level persons so I am already impoverished and would be made indigent if required to pay any amount other than nominal, as costs.

7. I am not eligible for food stamps or assistance under the federal NAP Program.

8. Additionally since I must provide for the sustenance of my children and their education in the Philippines and my own food, transportation here in the CNMI and other necessities out of the $3.75 wages I have nothing left for the payment of court costs and if ordered by the court to pay the costs in this case I would be unable to pay and would be made even more impoverished, indigent and destitute.

9. I have no regular source of income, no savings, stocks, bonds, bank savings or funds from any other source with which to support myself and do not own any real property from which to support myself.

10. I believe that L&T owes me approximately $400.00 the value and amount of an airline ticket to Manila, but understand that L&T refuses to give me the value of that ticket for me to use to support myself.

11. I can not afford to or pay any amount as costs as I am already impoverished and if ordered to pay any amount would be made even more an indigent and destitute..

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of November, 2006.

                                        Evelyn Banaag,
                                        Declarant

JOE HILL
Hill Law Offices
P.O. Box 500917 - Saipan CM-MP 96950
TEL. NO. (670) 234-6860/7743 - FAX: 234-7753