# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> DECLARATION IN SUPPORT OF PLAINTIFFS' BILL OF COSTS |

I, Alma H. Ng, hereby declare as follows:

1. I am over the age of eighteen years, have personal knowledge of the facts set forth herein, am competent to testify to the same, and if called to testify my testimony would be as stated herein;

2. I am a graduate of the University of the East, Manila, Philippines and have been a certified public accountant in the Philippines since 1982.

3. I have worked as an Accountant and related duties for Attorney Joe Hill since 1991 in Saipan, CNMI.

4. That for the case of Abellanosa et al vs. L&T International, I recorded the following costs which were reasonably necessary and the office has actually incurred in this matter:

    a. Filing fee                                         $250.00

    b. Service of process
          Complaint & Summons          $20.00
          Opposition on Motion To Dismiss    $20.00

          Motion for Leave to Comply         $20.00

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CNMI 96950 ~
TEL. NO. (670) 234-6800/7743 ~ FAX: 234-7753

ATTACHMENT 9

|  |  |
|---|---|
| First Amended Complaint | $20.00 |
| Case Management Conference And Initial Disclosure | $20.00 |
| Motion to Compel | $20.00 |

c. Translation services re deposition
   of Amy Tse - Mr. Chi Kwan Ng     $112.50

d. Transcription services - Judicial Services
   Jack Torres deposition     $1,152.00

e. Courier services     $66.46

f. Telephone charges     $174.24

g. Copying charges (8533 @ $0.25/page)  $2,133.25
                                        ------------

**Total costs incurred**     **$4,008.45**

I DECLARE UNDER PENALTY OF PERJURY that the foregoing items/amounts are correct and have been necessarily incurred in the case; that the services for which fees have been charged were actually and necessarily performed; and that this declaration was executed on November 2, 2006, at Susupe Village, Island of Saipan, Commonwealth of the Northern Mariana Islands.

*Alma H. Ng*
Alma H. Ng
Declarant

JOE HILL
Hill Law Offices
P.O. Box 500917 ~ Saipan CM-MP 96950 ~
TEL. NO. (670) 234-6860/7743 ~ FAX: 234-7753