F I L E D
Clerk
District Court

NOV - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOANNA ABELLANOSA, *et al.*, | ) | Civil No. 05-0010 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER THAT |
| L&T INTERNATIONAL CORPO- | ) | PARTIES BEAR |
| RATION, a corporation of the | ) | OWN COSTS |
| Commonwealth of the Northern | ) | |
| Mariana Islands, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The court having now reviewed the complete submissions from both plaintiffs and defendant, and in an exercise of the discretion afforded it under 28 U.S.C. § 1920, hereby

AO 72
(Rev. 08/82)

ORDERS that its previous determination that costs be awarded to defendant be and hereby is vacated and that each party shall bear its own costs.

DATED this 7th day of November, 2006.

_____
ALEX R. MUNSON
Judge