1  **JOE HILL**
   Hill Law Offices
2  Susupe Village
   P.O. Box 500917
3  Saipan, MP 96950
   Tel: (670) 234-6806/7743
4  Fax: (670) 234-7753

5  Attorney for Plaintiffs

FILED
Clerk
District Court

NOV 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABELLANOSA, JOANNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION, <br><br> Defendant. | Civil Action No. 05-0010 <br><br> REPRESENTATION STATEMENT PURSUANT TO 9TH CIRCUIT RULE 3-2 AND FRAP 12(b) |

Plaintiffs : **Joanna Abellanosa et al.**,
(See attached list)

Counsel for Plaintiffs : Joe Hill
Hill Law Offices
P.O. Box 500917
Saipan, MP 96950
Tel. No. (670) 234-6806
Fax No. (670) 234-7753

Defendant : **L&T International Corporation**

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753

ORIGINAL

1
2              P.O. Box 501280
               Saipan, CNMI

3
      Counsels for Defendant :   **Colin M. Thompson**
4                                Law Offices of Colin M. Thompson
                                 PMB 917, Box 10001
5                                Saipan, MP 96950
                                 Tel No. (670) 233-0777
6                                Fax No. (670) 233-0776

7                                **Steven P. Pixley**
                                 Second Floor, CIC Centre
8                                Beach Road, Garapan
                                 P.O. Box 7757 SVRB
9                                Saipan, MP 96950
                                 Tel. No. (670) 233-2898/5175
10                               Fax No. (670) 233-4617
11

12    **SIGNED** this 20th day of November, 2006.

13

14                                     _____
15                                            **JOE HILL**
                                          Attorney for Plaintiffs
16

-2-

1) ABELLANOSA, JOANNA
2) ALVARADO, MARISA
3) ANTATICO, NORA
4) APIT, LOLY
5) AQUINO, RUSSEL
6) ARANDA, MARLOU
7) ARCEGA, PRECILLA
8) ASIA, ANGELITA
9) BAAY, CRISTINA
10) BALBIDO, MARISSA
11) BALCITA, AMALIA
12) BALICHA, ESTELITA
13) BANAAG, EVELYN
14) BANGUILAN, TERESITA
15) BANTILLO, DELMA
16) BASTO, ZENAIDA
17) BAUTISTA, CONSOLITA
18) BERNARDINO, EVA
19) BUTIC, TERESITA
20) CABANIT, ANASTACIA
21) CAPACITE, EMERITA
22) CARAIT, RUBY
23) CAVA, MARITA
24) CHAVEZ, EVANGELINE
25) CONCEPCION, ANDREA
26) CONTEMPLACION, NELIDA
27) CORREA, HAIDE
28) CRUZ, AGNES
29) CRUZ, HELEN
30) DELA CRUZ, ROSARIO
31) DELOS SANTOS, ELENA
32) DOMINE, CORAZON
33) DUGAY, NOMIELAIDA
34) FAJARDA, AMELITA
35) GADIANE, MARILYN
36) GASES, NENITA
37) GELERA, EIREEN
38) GONZALES, GUADALUPE
39) HERNANDEZ, WENDELINE
40) INOPIQUEZ, ROSALINDA
41) LADIA, VICTORIA
42) LEJANO, ANGELA
43) LOZANO, NELIA
44) MACLANG, MARIDETH

45) MAGNAYE, BEATRIZ
46) MANZANILLA, EDELITA
47) MATEO, MARLA
48) MENDOZA, BELINDA
49) MIRANDA, AMALIA
50) MOLINA, ELIZABETH
51) MONSALUD, EVA
52) NABOR, CELESTINA
53) NAVIDA, MARICHU
54) NIMO, EULALIA
55) NIPAYA, LEONILA
56) NISPEROS, JENITA
57) NUEVA, MARITESS
58) OLERMO, RUBY
59) PANGAN, MARITA
60) PANGELINAN, TERESITA
61) PASCUA, DYNA
62) PASCUAL, MYRNA
63) PELEGRINO, ADORACION
64) PERFECTO, CHARITO
65) POMAREJOS, GLORIA
66) QUIPOT, MERCIA
67) RELEVANTE, ADORA MAE
68) REYES, AMELIA
69) SALVADOR, JANNA
70) SAPIANDANTE, MILA
71) SORIANO, MARIETTA
72) TAPIADOR, TERESA
73) TEBERIO, JESSICA
74) TOBIAS, JOCELYN
75) VALDOZ, SHEROWIN
76) VILLANUEVA, MARIBEL