F I L E D
Clerk
District Court

(Rev. 08/02)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

NOV 2 1 2006

## TRANSCRIPT DESIGNATION AND ORDERING FORM

For The Northern Mariana Islands

By_____
(Deputy Clerk)

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. __CV 05-0010__

Short Case Title JOANNA ABELLANOSA et al vs. L&T INTERNATIONAL CORPORATION

Date Notice of Appeal Filed by Clerk of District Court_____

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| TRANSCRIPT OF HEARINGS | | Opening Statements |
| SEE ATTACHMENT | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☒ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __November 21, 2006__

Estimated date for completion of transcript_____

Type or Print Name___ JOE HILL ___

Signature of Attorney_____    Phone Number __234-6806__

Address___ P.O. BOX 500917, SAIPAN, MP 96950 ___

NOTE: This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS:
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

**COPY ONE**

# ATTACHMENT
## TO
## TRANSCRIPT DESIGNATION AND ORDERING FORM

1. **September 14, 2006 –** Hearing on Defendant L&T's Motion for Summary Judgment.


2. **October 5, 2006 –** Hearing on Defendant L&T's Motion for Summary Judgment (continuation).