UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED
DEC - 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOANNA ABELLANOSA; MARISSA ALVARADO; NORA ANTATICO, Loly Apit, Russel Aquino, Marlou Aranda, Precilla Arcega, Angelita Asia, Cristina Baay, Marissa Balbido, Amalia Balcita, Estelita E. Balicha, Evelyn Banaag, Teresita Banguilan, Delma Bantillo, Zenaida Basto, Consolita Bautista, Eva Bernardino, Teresita Butic, Anastacia Cabanit, Capacite Emerita, Ruby Carait, Marita Cava, Evangeline Chavez, Andrea Concepcion, Nelida Contemplacion, Haide Correa, Helen Cruz, Agnes Cruz, Ma. Rosario Dela Cruz, Elena Delos Santos, Corazon Domine, Nomielada Dugay, Amelita Fajarda, Marily Gadiane, Nenita Gases, Eireen Gelera, Guadalupe Gonzales, Wendeline Hernandez, Rosalinda Inopiquez, Victoria Ladia, Angela Lejano, Nelia Lozano, Marideth Maclang, Beatriz Magnaye, Edelita Manzanilla, Marla Mateo, Belinda Mendoza, Amalia Miranda, Elizabeth Molina, Eva Monsalud, Celestina Nabor, Marichu Navida, Eulalia Nimo, Leonila Nipaya, Jenita Nisperos, Maritas Nueva, Ruby Olermo, Marita Pangan, Teresita Pangelinan, Dyna Pascua, Myrna Pascual, Adoracion Pelegrino, Charito Perfecto, Gloria Pomarejos, Mercia Quipot, Adora Mae Relevante, Amelia Reyes, Janna Salvador, Mila Sapiandante, Marietta Soriano, Teresa Tapiador, Jessica Teberico, Jocelyn Tobias, Sherowin Valdoz, Maribel Villanuev.<br><br>Plaintiffs - Appellants, | No. 06-17267<br>D.C. No. CV-05-00010-ARM<br><br>**TIME SCHEDULE ORDER**<br><br>FILED<br>Clerk<br>District Court<br><br>DEC 1 4 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

V.

L & T INTERNATIONAL CORPORATION,

        Defendant - Appellee.

The parties shall meet the following time schedule:

| | |
|---|---|
| 11/30/06 | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| 12/11/06 | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| 12/20/06 | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| 1/22/07 | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| 3/8/07 | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 4/9/07 | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |
| *** | The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:
Cathy A. Catterson
Clerk of Court

RT

By: Ruben Talavera
Deputy Clerk