**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOANNA ABELLANOSA, et al., | ) | APPEALS NO. 06-17267 |
| | ) | D.C. NO. CV. 05-0010-ARM |
| Plaintiffs, | ) | |
| | ) | September 14, 2006 |
| vs. | ) | Garapan, Saipan |
| | ) | |
| L & T INTERNATIONAL CORPORATION, | ) | |
| | ) | REPORTER'S TRANSCRIPT OF |
| Defendant. | ) | DEFENDANT'S MOTION FOR |
| | ) | SUMMARY JUDGMENT |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:     Joe Hill, Esq.
                   P. O. Box 500917
                   Saipan, MP 96950
                   Telephone: (670) 234-7743
                   Facsimile: (670) 234-7753

For Defendant:     Colin M. Thompson, Esq.
                   PMB 917, Box 10001
                   Saipan, MP 96950
                   Telephone:(670) 233-0777
                   Facsimile:(670) 233-0776

                   and

                   Steven Pixley, Esq.
                   P. O. Box 501280
                   Saipan, MP 96950
                   Telephone: (670) 322-2866
                   Facsimile: (670) 322-4716

Also Present:      Rolando Calayo, Mr. Hill's assistant

FILED
Clerk
District Court

JAN 1 2 2007

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128 CHRB
SAIPAN, MP 96950