**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOANNA ABELLANOSA, et al., ) | **APPEALS NO. 06-17267** |
| ) | D.C.NO. CV. 05-0010-ARM |
| Plaintiffs, ) | |
| ) | October 5, 2006 |
| vs. ) | Garapan, Saipan |
| ) | |
| L & T INTERNATIONAL CORPORATION, ) | |
| ) | **REPORTER'S TRANSCRIPT OF** |
| Defendant. ) | **DEFENDANT'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |

**BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

**APPEARANCES:**

For Plaintiff:      Joe Hill, Esq.
                    P. O. Box 500917
                    Saipan, MP 96950
                    Telephone: (670) 234-7743
                    Facsimile: (670) 234-7753

For Defendant:      Colin M. Thompson, Esq.
                    PMB 917, Box 10001
                    Saipan, MP 96950
                    Telephone:(670) 233-0777
                    Facsimile:(670) 233-0776

                    and

                    Steven Pixley, Esq.
                    P. O. Box 501280
                    Saipan, MP 96950
                    Telephone: (670) 322-2866
                    Facsimile: (670) 322-4716

Also Present:       Rolando Calayo, Mr. Hill's assistant

F I L E D
Clerk
District Court

JAN 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128 CHRB
SAIPAN, MP 96950