F I L E D

MAR 20 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| JOANNA ABELLANOSA; et al., | No. 06-17267 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. CV-05-00010-ARM |
| v. | District of the Northern Mariana Islands |
| L & T INTERNATIONAL CORPORATION, | ORDER |
| Defendant - Appellee. | |

F I L E D
Clerk
District Court

MAR 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

On or before April 4, 2007, counsel for appellants is requested to contact the undersigned to report on the status of the case.

FOR THE COURT

*Pete Sherwood*

Peter W. Sherwood
Circuit Mediator