UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

F I L E D

JUN 2 6 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOANNA ABELLANOSA; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>L & T INTERNATIONAL CORPORATION,<br><br>Defendant - Appellee. | No. 06-17267<br><br>D.C. No. CV-05-00010-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

F I L E D
Clerk
District Court

JUL - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The briefing schedule previously set by the court is amended as follows: appellee shall file an answering brief on or before August 6, 2007; appellants may file an optional reply brief on or before August 20, 2007.

FOR THE COURT

*/s/ Pete Shrw*

Peter W. Sherwood
Circuit Mediator