FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

JOANNA ABELLANOSA; MARISSA
ALVARADO; NORA ANTATICO, Loly
Apit, Russel Aquino, Marlou Aranda,
Precilla Arcega Angelita Asia, Cristina
Baay, Marissa Balbido, Amalia Balcita,
Estelita E. Balicha, Evelyn Banaag,
Teresita Banguilan, Delma Bantillo,
Zenaida Basto, Consolita Bautista, Eva
Bernardino, Teresita Butic, Anastacia
Cabanit Capacite Emerita, Ruby Carait,
Marita Cava, Evangeline Chavez, Andrea
Concepcion, Nelida Contemplacion, Haide
Correa, Helen Cruz, Agnes Cruz, Ma.
Rosario Dela Cruz Elena Delos Santos,
Corazon Domine, Nomielada Dugay,
Amelita Fa jarda, Marily Gadiane, Nenita
Gases, Eireen Gelera Guadalupe Gonzales,
Wendeline Hernandez, Rosalinda
Inopiquez, Victoria Ladia, Angela Lejano,
Nelia Lozano Marideth Maclang, Beatriz
Magnaye, Edelita Manzanilla, Marla
Mateo, Belinda Mendoza, Amalia Mir
anda, Elizabeth Molina Eva Monsalud,
Celestina Nabor, Marichu Navida, Eulalia
Nimo Leonila Nipaya, Jenita Nisperos,
Maritas Nueva, Ruby Olermo, Marita
Pangan, Teresita Pangelinan, Dyna Pascua
Myrna Pascual, Adoracion Pelegrino,
Charito Perfecto, Glori a Pomarejos,
Mercia Quipot, Adora Mae Relevante,
Amelia Reyes, Janna Salvador, Mila
Sapiandante, Marietta Soriano Teresa
Tapiador, Jessica Teberico, Jocelyn
Tobias, Sherowin Valdoz, Maribel
Villanue   v.

No.  06-17267
D.C. No.  CV-05-00010-ARM
District of the Northern Mariana
Islands, nmi

FILED
Clerk
District Court

**MANDATE**

AUG - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiffs - Appellants,

V.

L & T INTERNATIONAL
CORPORATION,

Defendant - Appellee.

The judgment of this Court, entered 6/26/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk